# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Check __one__ box, only.)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government not a party.)*
- ☐ 4  Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check __one__ box, only for plaintiff and __one__ box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Check __one__ box, only.)*

### CONTRACT
- ☐ 110  Insurance
- ☐ 120  Marine
- ☐ 130  Miller Act
- ☐ 140  Negotiable Instrument
- ☐ 150  Recovery of Overpayment & Enforcement of Judgment
- ☐ 151  Medicare Act
- ☐ 152  Recovery of Defaulted Student Loan (Excludes Veterans)
- ☐ 153  Recovery of Veteran's Benefits
- ☐ 160  Stockholders' Suits
- ☐ 190  Other Contract
- ☐ 195  Contract Product Liability
- ☐ 196  Franchise

### TORTS

**PERSONAL INJURY**
- ☐ 310  Airplane
- 315  Airplane Product Liability
- 320  Assault, Libel & Slander
- ☐ 330  Federal Employers' Liability
- ☐ 340  Marine
- ☐ 345  Marine Product Liability
- ☐ 350  Motor Vehicle
- ☐ 355  Motor Vehicle Product Liability
- ☐ 360  Other Personal Injury
- 362  Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 530  General
- ☐ 367  Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368  Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370  Other Fraud
- ☐ 371  Truth in Lending
- ☐ 380  Other Personal Property Damage
- ☐ 385  Property Damage Product Liability

### PRISONER PETITIONS
- ☐ 510  Motions to Vacate Sentence
- ☐ 530  General
- ☐ 535  Death Penalty

**Habeas Corpus:**
- ☐ 540  Mandamus & Other
- ☐ 550  Civil Rights
- ☐ 555  Prison Condition
- 560  Civil Detainee - Conditions of Confinement

### LABOR
- ☐ 710  Fair Labor Standards Act
- ☐ 720  Labor/Management Relations
- ☐ 740  Railway Labor Act
- ☐ 751  Family and Medical Leave Act
- ☐ 790  Other Labor Litigation
- ☐ 791  Employee Retirement Income Security Act

### PROPERTY RIGHTS
- ☐ 820  Copyright
- ☐ 830  Patent
- ☐ 835  Patent - Abbreviated New Drug Application
- ☐ 840  Trademark
- 880  Defend Trade Secrets Act of 2016 (DTSA)

### OTHER STATUTES
- ☐ 375  False Claims Act
- ☐ 376  Qui Tam (31 USC 3729 (a))
- ☐ 400  State Reapportionment
- ☐ 410  Antitrust
- ☐ 430  Banks and Banking
- ☐ 450  Commerce
- ☐ 460  Deportation
- ☐ 470  Racketeer Influenced and Corrupt Organizations
- ☐ 480  Consumer Credit
- ☐ 485  Telephone Consumer Protection Act (TCPA)
- ☐ 490  Cable/Sat TV
- ☐ 850  Securities/Commodities/ Exchange
- ☐ 890  Other Statutory Actions
- ☐ 891  Agricultural Arts
- ☐ 893  Environmental Matters
- ☐ 895  Freedom of Information Act
- ☐ 896  Arbitration
- ☐ 899  Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950  Constitutionality of State Statutes

### REAL PROPERTY
- ☐ 210  Land Condemnation
- ☐ 220  Foreclosure
- ☐ 230  Rent Lease & Ejectment
- ☐ 240  Torts to Land
- ☐ 245  Tort Product Liability
- 290  All Other Real Property

### CIVIL RIGHTS
- ☐ 440  Other Civil Rights
- ☐ 441  Voting
- ☐ 442  Employment
- 443  Housing/Accommodations
- ☐ 445  Amer. w/ Disabilities- Employment
- ☐ 446  Amer. w/Disabilities - Other
- ☐ 448  Education

### BANKRUPTCY
- ☐ 422  Appeal 28 USC 158
- ☐ 423  Withdrawal 28 USC 157

### IMMIGRATION
- ☐ 462  Naturalization Application
- ☐ 463  Habeas Corpus – Alien Detainee (Prisoner Petition)
- ☐ 465  Other Immigration Actions

### FORFEITURE/PENALTY
- ☐ 625  Drug Related Seizure of Property 21 USC 881
- ☐ 690  Other

### SOCIAL SECURITY
- ☐ 861  HIA (1395ff)
- ☐ 862  Black Lung (923)
- ☐ 863  DIWC/DIWW (405(g))
- ☐ 864  SSID Title XVI
- ☐ 865  RSI (405(g))

### FEDERAL TAXES
- ☐ 870  Taxes (U.S. Plaintiff or Defendant
- ☐ 871  IRS—Third Party 26 USC 7609

## V. ORIGIN *(Check one box, only.)*

- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District (specify)
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
☐ Check if this is a **class action** under Rule 23, F.R.CV.P.

Demand $

CHECK Yes only if demanded in complaint:
Jury Demand: ☐ Yes   ☐ No

## IX. RELATED CASE(S) IF ANY *(See instructions):*   Judge _____   Case Number _____

## X. Is this a previously dismissed or remanded case?   ☐ Yes   ☐ No   If yes, Case # _____   Name of Judge _____

Date: _____

Signature of Attorney of Record _____