## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Graciela Dela Torre

Plaintiff,

v.

Case No.: 1:22–cv–07059
Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of America

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 27, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for the Notice of Settlement. Absent submission of appropriate dismissal papers on or before January 29, 2024, the parties are directed to submit a further written status report on that date. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.