**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
Case No.: 1:22-cv-07059

GRACIELA DELA TORRE,

      Plaintiff,

v.

NIPPON LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

_____/

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees, costs, and expenses.

***Respectfully Submitted this 23rd day of January, 2024.***

<table>
<tr>
<td>

*/s/ Justin Wax Jacobs*
Justin Wax Jacobs
j-waxajacobs@nipponlifebenefits.com
Nippon Life Insurance Company of America
666 Third Avenue, Ste. 2201
New York, NY 10017
T: (646) 207-1379
F: (212)-867-3057
*Counsel for Defendant*

/s/ *Kimberly A. Jones*
Kimberly A. Jones
Kimberly.Jones@faegredrinker.com

</td>
<td>

*/s/ Edward Philip Dabdoub*
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net
Kevin Edward Probst (FBN. 51422)
kprobst@longtermdisability.net
DABDOUB LAW FIRM, P.A.
1600 Ponce de Leon Blvd., Suite 1202
Coral Gables, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007
*Counsel for Plaintiff*

*/s/ Justin Lewicky*
JLewicky@ankinlaw.com

</td>
</tr>
</table>

FAEGRE DRINKER BIDDLE & REATH
LLP
320 Canal St., Ste 3300
Chicago, IL 60606
T: (312) 569-1000
F: (312) 569-3000
*Local Counsel for Defendant*

Ankin Law Office LLC
10 North Dearborn St., Suite 500
Chicago, IL 60602
Tel: 312.600.0000
*Local Counsel for Plaintiff*