## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Graciela Dela Torre

                Plaintiff,

v.                               Case No.: 1:22–cv–07059
                                        Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the parties' Joint Stipulation [34], and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice with each party to bear its own attorneys' fees, costs, and expenses. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.