UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1

Eastern Division

Graciela Dela Torre (Plaintiff,)

v.

Case No.: 1:22–cv–07059

Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of America (Defendant.)

## APPEARANCE FORM FOR PRO SE LITIGANTS

1. **Plaintiff's Name:**

   o Graciela Dela Torre

2. **Contact Information:**

   o Address: 653 Wing St, Elgin IL 60123

   o Phone Number: (630) 670-5914

   o Email: GMESTIZA1@GMAIL.COM

3. **Case Information:**

   o Case Number: 1:22-cv-07059

   o Judge: Honorable Rebecca R. Pallmeyer

4. **Party Represented:**

   o Self (Pro Se)

5. **Statement of Representation:**

   o I, Graciela Dela Torre, hereby enter my appearance in the above-captioned case as a pro se litigant.

6. **Signature:**

   o _____ 01/22/2025

Graciela Dela Torre, Plaintiff, Pro Se

7. **Date: January 22, 2025**

**FILED**

JAN 22 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT