**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Graciela Dela Torre, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:22-cv-07059 |
| | ) | |
| Nippon Life Ins. Co. of Am. | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF KIMBERLY JONES**

Pursuant to LR 83.17, one of the attorneys of record, Kimberly Jones, moves to withdraw her appearance as counsel for Defendant in the above matter as she is no longer associated with Faegre Drinker Biddle & Reath LLP. In support of this motion, Ms. Jones states as follows:

1. Ms. Jones's last day at Faegre Drinker Biddle & Reath LLP was October 4, 2024.

2. Matthew Morrissey of Faegre Drinker Biddle & Reath has filed an appearance and will remain as counsel for Defendant in this action.

3. Ms. Jones has provided notice of her withdrawal to counsel of record for Defendant.

4. Accordingly, good cause exists for Ms. Jones to withdraw from this matter.

**WHEREFORE,** Ms. Jones respectfully requests that this motion be granted and that Ms. Jones be removed from the list of CM/ECF recipients in this matter.

Dated: January 28, 2025

WILLKIE FARR & GALLAGHER LLP

/s/ Kimberly Jones
Kimberly Jones
300 North LaSalle Drive
Suite 5100
Chicago, IL 60654
Tel: (312) 728-9134
Email: kjones@willkie.com

83952819.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2025 I electronically filed the foregoing via the ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Kimberly Jones*