# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

| | |
|---|---|
| Graciela Dela Torre | |
| Plaintiff, | |
| v. | Case No.: 1:22−cv−07059 |
| | Honorable Rebecca R. Pallmeyer |
| Nippon Life Insurance Company of America | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to withdraw as attorney [40] is granted; Attorney Kimberly Ann Jones is terminated as counsel for Defendant Nippon Life Insurance Company of America. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.