## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Graciela Dela Torre

                                  Plaintiff,

v.                                           Case No.: 1:22–cv–07059

                                             Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

         MINUTE entry before the Honorable Rebecca R. Pallmeyer: If Plaintiff De la Torre's motion to reopen this case is granted, she will not be required to pay a new filing fee. Her application for leave to proceed in forma pauperis [38] is therefore stricken as moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.