**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
Case No.: 1:22-cv-07059

GRACIELA DELA TORRE,

      Plaintiff,

v.

NIPPON LIFE INSURANCE
COMPANY OF AMERICA,

      Defendant.

_____/

## DABDOUB LAW FIRM, P.A.'S MOTION TO WITHDRAW
## AS PLAINTIFF'S COUNSEL

Pursuant to LR 83.17, the undersigned attorneys of record for the Plaintiff, Graciela Dela Torre, respectfully request that this Honorable Court enter an Order granting leave to withdraw as counsel for the Plaintiff and, as grounds thereof, states as follows:

1. The instant matter was filed on December 14, 2022, arising out of a dispute between the parties as to whether Plaintiff remained entitled to her long term disability benefits when Defendant terminated her benefits effective November 18, 2021.

2. The parties filed a Notice of Settlement with the Court on December 19, 2023, and a Joint Stipulation of Dismissal with Prejudice on January 23, 2024.

3. On January 24, 2024, the Court entered a Notification of Docket Entry dismissing this matter with prejudice and further stating that the civil case was terminated.

4. Undersigned counsel was recently contacted by Plaintiff concerning her desire to reopen this case and advised Plaintiff that DABDOUB LAW FIRM, P.A. was no longer representing her in this matter.

5.  Plaintiff filed a pro se Motion to Reopen Case Pursuant to Rule 60(b) on January 22, 2025.

6.  On January 28, 2025, Plaintiff contacted undersigned counsel and requested that he formally withdraw as her attorney from this case effective immediately.

7.  This motion is being filed in response to Plaintiff's request and due to the irreconcilable differences which have arisen between Plaintiff and undersigned counsel.

8.  Pursuant to LR 83.17, a Notification of (Pro Se) Party Contact Information form is being contemporaneously filed as an attachment.

9.  For the foregoing reasons, good cause exists for undersigned counsel and DABDOUB LAW FIRM, P.A. to withdraw from this matter.

**WHEREFORE**, DABDOUB LAW FIRM, P.A. respectfully requests that this Honorable Court grant its motion to withdraw from representing Plaintiff in this matter effective immediately.

Dated: January 30, 2025

Respectfully submitted,

*/s/ Kevin E. Probst*
Kevin E. Probst (FBN. 51422)
kprobst@longtermdisability.net
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net
DABDOUB LAW FIRM, P.A.
1600 Ponce de Leon Blvd., Suite 1205
Coral Gables, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I electronically filed the foregoing document via

CM/ECF and served Plaintiff via electronic mail to: gmestiza1@gmail.com


By: */s/ Kevin E. Probst*
Kevin E. Probst