

UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1

Eastern Division

**FILED**

**JAN 31 2025**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Graciela Dela Torre          Plaintiff,

v.                                                    Case No.:

1:22–cv–07059

Honorable Rebecca

R. Pallmeyer

Nippon Life Insurance Company of America

Defendant.

## **PLAINTIFF'S MOTION TO FILE CONFIDENTIAL INFORMATION UNDER SEAL**

Plaintiff, Graciela Dela Torre, respectfully moves this Honorable Court for permission to file **confidential information under seal** for the sole purpose of presenting evidence in this case and states as follows:

## I. INTRODUCTION**

1. Plaintiff has obtained **key evidence** that is critical to the reopening of this case.

2. This evidence includes **confidential documents** exchanged between Plaintiff and the involved parties.

3. These documents are **not public records** and contain **sensitive information** that should be reviewed only by the Court and the appropriate parties.

## II. LEGAL BASIS FOR SEALING**

4. Courts have the authority to seal records under Local Rule 26.2 and Federal Rule of Civil Procedure 5.2 when public disclosure would be inappropriate.

5. Plaintiff's evidence contains:

   *Personal identifying information (e.g., medical records, financial details).

   *Privileged communications that should not be publicly disclosed.

   *Proprietary or sensitive data that is not relevant to the public interest but is essential to the case.

UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1

Eastern Division

**III. JUSTIFICATION FOR SEALING\*\***

6. If publicly disclosed, these documents could cause irreparable harm to Plaintiff.

7. Filing under seal ensures that the **integrity of the case** is maintained while still allowing the Court to consider the evidence.

**\*IV. REQUEST FOR RELIEF\*\***

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Grant this Motion to File Confidential Information Under Seal.

2. Allow Plaintiff to submit **specific documents** in a sealed manner for review.

3. Ensure that only the **Court and authorized parties** have access to these records.

Dated: Jan 31, 2025

Respectfully submitted,

Graciela Dela Torre (Gracie) _____ . Jan 31, 2025

Pro Se Plaintiff

653 Wing St

(630) 670-5914

GMESTIZA1@GMAIL.COM

Exhibit 1

 **Gmail**

Gracie Dlt <gmestiza1@gmail.com>

## RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America
1 message

**Wax Jacobs, Justin (NY)** <J-WaxJacobs@nipponlifebenefits.com>      Tue, Jan 28, 2025 at 2:31 PM
To: Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>, "GMESTIZA1@gmail.com" <GMESTIZA1@gmail.com>

Ms. Presslak,

The Defendant is available at 9am on February 13, 2025.

Best,

Justin Wax Jacobs

ジャスティン　ワックス　ジェイコブス

Assistant General Counsel

Nippon Life Benefits

666 Third Avenue, Suite 2201

New York, NY 10017

Mobile:  646-630-4923

Fax:  212-867-3057

E-mail:  j-waxjacobs@nipponlifebenefits.com

◆ Nippon Life Benefits

*www.nipponlifebenefits.com*

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby requested not to disseminate, distribute or copy any information inadvertently provided.

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Tuesday, January 28, 2025 2:41 PM
**To:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; GMESTIZA1@gmail.com
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good afternoon,

Please let me know if the parties are available on 2/13 at 9:00; 11-noon or 2:00 pm.

Thank you.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

**219 South Dearborn, Room 2506A**

**Chicago, IL 60604**

*(312) 435-5637*

**From:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>
**Sent:** Monday, January 27, 2025 12:21 PM
**To:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>; GMESTIZA1@gmail.com; kjones@willkie.com
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

CAUTION - EXTERNAL:

Good Afternoon,

Unfortunately, I have a conflict that week. My schedule is relatively flexible the following week, if the Court has the availability.


Best,

Justin Wax Jacobs

ジャスティン　ワックス　ジェイコブス

Assistant General Counsel


Nippon Life Benefits

666 Third Avenue, Suite 2201

New York, NY 10017

Mobile: 646-630-4923

Fax: 212-867-3057

E-mail: j-waxjacobs@nipponlifebenefits.com


 Nippon Life Benefits

     *www.nipponlifebenefits.com*


The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby requested not to disseminate, distribute or copy any information inadvertently provided.


IRS CIRCULAR 230 NOTICE. Any tax advice expressed above was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.


**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Monday, January 27, 2025 12:46 PM
**To:** GMESTIZA1@gmail.com; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; kjones@willkie.com
**Subject:** 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America


**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1/30/25, 5:41 PM                    Gmail - RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

Good morning,

Judge Pallmeyer would like to set an in-person hearing for the recent motion filed by plaintiff to re-open the case. Please let me know if the parties are available on February 4th, 5th, or 6th.


Thank you.


*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

**219 South Dearborn, Room 2506A**

**Chicago, IL 60604**

*(312) 435-5637*


**Set up your web portal account for quick access to your benefit information!**
By registering, you will have access to a range of self-service tools and helpful information.
Please visit https://www.nipponlifebenefits.com/portal-registration/ to see more information.

### Disclaimer:

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**Set up your web portal account for quick access to your benefit information!**
By registering, you will have access to a range of self-service tools and helpful information.
Please visit https://www.nipponlifebenefits.com/portal-registration/ to see more information.

### Disclaimer:

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

Exhibit 2

 **Gmail**

**Gracie Dlt <gmestiza1@gmail.com>**

---

## RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America
1 message

---

**Christina Presslak** <Christina_Presslak@ilnd.uscourts.gov>    Thu, Jan 30, 2025 at 5:55 PM
To: Gracie Dlt <gmestiza1@gmail.com>, "Morrissey, Matthew M." <matthew.morrissey@faegredrinker.com>
Cc: "Wax Jacobs, Justin (NY)" <J-WaxJacobs@nipponlifebenefits.com>

Good evening,

Since the parties are not in agreement, please file a motion to re-set this scheduled hearing date. Please file all motions on the court docket.

Thank you.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

**219 South Dearborn, Room 2506A**

**Chicago, IL 60604**

*(312) 435-5637*

**From:** Gracie Dlt <gmestiza1@gmail.com>
**Sent:** Thursday, January 30, 2025 5:45 PM
**To:** Morrissey, Matthew M. <matthew.morrissey@faegredrinker.com>
**Cc:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>
**Subject:** Re: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**CAUTION - EXTERNAL:**

 **Subject:** Request for Consideration of Scheduling Conflict – February 12, 2025

Good evening,

1/31/25, 2:55 AM                    Gmail - RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

I would like to formally inform all parties that I am unavailable on February 12, 2025. (Attached is a previous communication from the defendant confirming availability for Feb 13, at 9:00am)

Mr. Morris, I respectfully request that you consider filing a motion for a continuance for the conflicting court hearing to ensure my ability to attend this case. I ask for this consideration due to the significant impact this matter has on my financial and personal well-being.

While I understand that for some, this may be viewed as just a case number, for me, it carries profound and lasting consequences. My financial instability is a direct result of my benefits being improperly terminated and my case not being adequately represented despite the available evidence—both included and excluded. I have compiled extensive documentation to substantiate these claims.

Additionally, I am submitting **A Motion to File Confidential Information Under Seal** for both current and future filings to ensure that sensitive evidence is reviewed by the Court without being made public. The approval of this motion is essential not only to uphold the integrity of this case but also to protect me from any wrongful accusations regarding the disclosure of privileged attorney-client communications and the unfair settlement agreement. It is imperative that I am afforded the opportunity to present all necessary evidence in a legally protected manner to support a fair and just resolution.

I appreciate your consideration and look forward to a fair accommodation regarding the scheduling of this hearing. For your reference, I have attached the motion. However, I have also prepared an original version, which I will be sending via USPS to the address below to ensure proper filing.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

**219 South Dearborn, Room 2506A**

**Chicago, IL 60604**

*(312) 435-5637*

Best regards,
Gracie.


On Thu, 30 Jan 2025, 3:15 pm Morrissey, Matthew M., <matthew.morrissey@faegredrinker.com> wrote:

Ms. Presslak,


Shortly after I filed my appearance in this case, the Court scheduled an in-person hearing for February 13, 2025 at 9:00 A.M. (see attached).


Unfortunately, I have a conflicting court hearing at that time.


I conferred with Mr. Jacobs and we are both available for a hearing on February 12, 2025.


Please let us know if the Court is amenable to rescheduling the hearing for that date.


Thank you for your assistance with this matter.



**Matthew M. Morrissey**

Partner

matthew.morrissey@faegredrinker.com

Connect: vCard

+1 312 569 1365 direct

**Faegre Drinker Biddle & Reath** LLP

320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA

---

**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Tuesday, January 28, 2025 1:54 PM
**To:** Jones, Kim <KJones@willkie.com>; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; GMESTIZA1@gmail.com
**Cc:** Morrissey, Matthew M. <matthew.morrissey@faegredrinker.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**This Message originated outside your organization.**

---

Good afternoon,

Thank you for the update.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

*219 South Dearborn, Room 2506A*

*Chicago, IL 60604*

*(312) 435-5637*

**From:** Jones, Kim <KJones@willkie.com>
**Sent:** Monday, January 27, 2025 10:29 PM
**To:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>; GMESTIZA1@gmail.com
**Cc:** Morrissey, Matthew M. <matthew.morrissey@faegredrinker.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**CAUTION - EXTERNAL:**

Ms. Presslak,

My apologies for the delayed response. I have switched law firms and will no longer be outside counsel for defendant on this matter. Matt Morrissey from Faegre Drinker (copied here) will be taking over and filing an appearance for Nippon. I will file my withdrawal once Mr. Morrissey files his appearance.

Please let me know if you have any questions.

Thank you,

Kim Jones

**Kim Jones**
**Willkie Farr & Gallagher LLP**
300 North LaSalle Dr. | Chicago, IL 60654-3406
Direct: +1 312 728 9134 | Fax: +1 312 728 9199
kjones@willkie.com | vCard | www.willkie.com bio

**From:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>
**Sent:** Monday, January 27, 2025 12:21 PM
**To:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>; GMESTIZA1@gmail.com; Jones, Kim <KJones@willkie.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**\*\*\* EXTERNAL EMAIL \*\*\***

Good Afternoon,

Unfortunately, I have a conflict that week. My schedule is relatively flexible the following week, if the Court has the availability.

Best,

Justin Wax Jacobs

ジャスティン　ワックス　ジェイコブス

Assistant General Counsel

Nippon Life Benefits

666 Third Avenue, Suite 2201

New York, NY 10017

Mobile:   646-630-4923

Fax:       212-867-3057

E-mail:   j-waxjacobs@nipponlifebenefits.com

*www.nipponlifebenefits.com*

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby requested not to disseminate, distribute or copy any information inadvertently provided.

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Monday, January 27, 2025 12:46 PM
**To:** GMESTIZA1@gmail.com; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; kjones@willkie.com
**Subject:** 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

Judge Pallmeyer would like to set an in-person hearing for the recent motion filed by plaintiff to re-open the case. Please let me know if the parties are available on February 4th, 5th , or 6th.

Thank you.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

**219 South Dearborn, Room 2506A**

**Chicago, IL 60604**

*(312) 435-5637*

**Set up your web portal account for quick access to your benefit information!**
By registering, you will have access to a range of self-service tools and helpful information.
Please visit https://www.nipponlifebenefits.com/portal-registration/ to see more information.

**Disclaimer:**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---------- Forwarded message ----------
From: "usdc_ecf_ilnd@ilnd.uscourts.gov" <usdc_ecf_ilnd@ilnd.uscourts.gov>
To: "ecfmail_ilnd@ilnd.uscourts.gov" <ecfmail_ilnd@ilnd.uscourts.gov>
Cc:
Bcc:
Date: Tue, 28 Jan 2025 21:06:16 +0000
Subject: Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America set/reset hearings

**This Message originated outside your organization.**

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.2)

**Notice of Electronic Filing**

The following transaction was entered on 1/28/2025 at 3:06 PM CST and filed on 1/28/2025

**Case Name:**     Dela Torre v. Nippon Life Insurance Company of America

**Case Number:**     1:22-cv-07059

**Filer:**

**WARNING: CASE CLOSED on 01/24/2024**

**Document Number:** 41

**Docket Text:**
**MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion and by agreement of the parties, an in-person hearing is set for 2/13/2025 at 9:00 a.m. for motion to re-open case [37]. Mailed notice. (cp, )**

**1:22-cv-07059 Notice has been electronically mailed to:**

Matthew M Morrissey      alice.continpage@faegredrinker.com, matthew.morrissey@faegredrinker.com

Justin Aaron Wax Jacobs      j-waxjacobs@nipponlifebenefits.com

Kevin E Probst      kprobst@longtermdisability.net

Graciela Dela Torre      gmestiza1@gmail.com

Edward Philip Taric Dabdoub      paralegal@longtermdisability.net, geneses@longtermdisability.net, eddie@longtermdisability.net, nina@longtermdisability.net

Justin R. Lewicky      kwojtowicz@ankinlaw.com, jlewicky@ankinlaw.com, smazariegos@ankinlaw.com

Kimberly Ann Jones    kjones@willkie.com, maoch1@willkie.com

**1:22-cv-07059 Notice has been delivered by other means to:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 Gmail

*Exhibit 3*

Gracie Dlt <gmestiza1@gmail.com>

## RE: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life
1 message

**Kevin Probst** <kprobst@longtermdisability.net>
To: Gracie Dlt <gmestiza1@gmail.com>
Cc: Paralegal <Paralegal@longtermdisability.net>

Thu, Dec 21, 2023 at 6:00 PM

Hi, Graciela:

The attached word doc reflects the tracked changes.

If you have any questions and prefer to speak by phone, let me know a few good times that work for you tomorrow.

Otherwise, as soon as you return your signature page, I'll sign as well and relay to Nippon's attorney which will start the 30 day clock for them to issue your check.

Regards,

Kevin



**Kevin Probst, J.D.**

Disability Insurance & ERISA Attorney

*Office*

305.754.2000

longtermdisability.net

🇫 🐦 📺 in G+

*Fax*

305.754.2007

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

**From:** Gracie Dlt <gmestiza1@gmail.com>
**Sent:** Thursday, December 21, 2023 6:45 PM
**To:** Kevin Probst <kprobst@longtermdisability.net>
**Subject:** Re: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

Email received, what are those changes?

On Thu, Dec 21, 2023, 2:32 PM Kevin Probst <kprobst@longtermdisability.net> wrote:

Good afternoon, Gracie:

Since Nippon's attorney and I needed to make a few minor edits to the release, please sign and (**only**) return page 7 of the attached updated version.

Kindly confirm receipt of this email and let us know if you have any questions.

Regards,

Kevin

**Kevin Probst, J.D.**

**Disability Insurance & ERISA Attorney**

*Office*

305.754.2000

longtermdisability.net

*Fax*

305.754.2007

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

**From:** Kevin Probst
**Sent:** Tuesday, December 19, 2023 11:42 AM
**To:** Gracie Dlt <gmestiza1@gmail.com>
**Cc:** Paralegal <Paralegal@longtermdisability.net>
**Subject:** Settlement Release: Dela Torre v. Nippon Life

Hi, Graciela:

Please review the attached settlement agreement & release. You only need to send back page 7 after completing as follows:

BY: (Sign your name here)

ITS: (Write "Plaintiff")

DATE: (self-explanatory)

Let us know if you have any questions before signing.

Regards,

Kevin

**Kevin Probst, J.D.**

**Disability Insurance & ERISA Attorney**

*Office*

305.754.2000

longtermdisability.net

*Fax*

305.754.2007

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

**Settlement Agreement rev. - Dela Torre v Nippon.docx**
45K

*Part of Exhibit 3*

# SETTLEMENT AGREEMENT AND MUTUAL SPECIFIC RELEASE

This Settlement Agreement and Mutual Specific Release ("Agreement") is entered into ~~as of December 14, 2023,~~ by and among Graciela Dela Torre ("Dela Torre") and Nippon Life Insurance Company of America ("Nippon"), effective as of the date of execution. Dela Torre and Nippon are collectively referred to herein as the "Parties," and individually as a "Party."

A.      Graciela Dela Torre was insured under a group long term disability ("LTD") policy (hereinafter referred to as the "Policy"), Nippon policy number D20800 ~~D20800~~GLT Q953 (previously identified as GLT Q953), issued by Nippon. Attached as Exhibit A

B.      Dela Torre submitted claim 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 (the "Claim") to Nippon seeking disability payments pursuant to the LTD Policy. In June 2019, Nippon, through its claim administrator, determined Dela Torre to be disabled and eligible for monthly payments under the Policy.

C.      In November 2021, Nippon, through its claim administrator, determined that Dela Torre was no longer disabled and therefore no longer eligible for LTD payments under the Policy. Nippon terminated all LTD payments to Dela Torre in November 2021.

D.      Dela Torre internally appealed Nippon's November 2021 determination and termination. During the appellate process Dela Torre was given the opportunity to supplement her file and submit additional medical documentation to support her claim. After review, Nippon determined to uphold its determination and the termination of Dela Torre's disability payments and LTD benefits.

E.      Following the appeal, Dela Torre filed an ERISA claim in the United States District Court for the Southern District of Florida challenging Nippon's determination to terminate her LTD benefits and disability payments. Dela Torre refiled the complaint in the

1

United States District Court for the Northern District of Illinois (the "Action) on December 14, 2022.

WHEREFORE, the Parties hereto, for good and adequate consideration, agree as follows:

1. <u>Settlement Payment to Dela Torre.</u>

  1.1  In addition to all amounts that may have been already paid pursuant to the Claim and Policy, Nippon shall pay Dela Torre another Ninety Thousand Dollars and Zero Cents ($90,000.00) ("Settlement Payment").

  1.2  The Settlement Payment shall be made <u>by delivering a check in that amount to Plaintiff's attorney Kevin E. Probst, made payable to "Graciela Dela Torre c/o Dabdoub Law Firm Trust Account" within 30</u> ~~21~~ ~~via a wire transfer such that it is received within 30~~ days of Dela Torre's execution of this Agreement and provision of same to Nippon, through its counsel. ~~The wire transfer instructions for issuance of payment are delineated and detailed in Exhibit 1 hereto attached.~~

2.  <u>Mutual Specific Releases and Dismissal with Prejudice.</u>

  2.1  Upon the full execution of this Agreement, and the receipt of the Settlement Payment, and except as set forth in subparagraph 2.3 below, Dela Torre fully and forever irrevocably releases, remits, acquits, and discharges Nippon, its respective agents, attorneys, servants, legal representatives, distributors, dealers, suppliers, subsidiaries, parent entities, affiliates, predecessors, joint ventures, employees, directors, members, officers, successors, and assigns, and all other persons, firms, agencies, organizations, partnerships, corporations, or entities liable or who may be claimed liable, or who are or might be in privity

2

with same, for and from any and all executions, judgments, debts, liabilities, attorney's fees, appeals, claims, losses, expenses, liens, demands, damages, suits, controversies, proceedings, actions, and causes of action of any nature or description whatsoever, known or unknown, which are held, were held, may have been held, or may now or in the future be owned or held by or on behalf of Dela Torre, which arise from or related to the Claim and/or Policy.

2.2     Upon the full execution of this Agreement, and except as set forth in subparagraph 2.3 below, Nippon fully and forever irrevocably releases, remits, acquits, and discharges Dela Torre and her respective agents, attorneys, servants, legal representatives, distributors, dealers, suppliers, subsidiaries, parent entities, affiliates, predecessors, joint ventures, employees, directors, members, officers, successors, and assigns, and all other persons, firms, agencies, organizations, partnerships, corporations, or entities liable or who may be claimed liable, or who are or might be in privity with same, for and from any and all executions, judgments, debts, liabilities, attorney's fees, appeals, claims, losses, expenses, liens, demands, damages, suits, controversies, proceedings, actions, and causes of action of any nature or description whatsoever, known or unknown, which are held, were held, may have been held, or may now or in the future be owned or held by or on behalf of Nippon, which arise from or related to the Claim and/or Policy.

2.3     Upon full execution of this Agreement and receipt of the Settlement Payment, Dela Torre shall notify the United States District Court for the Northern District of Illinois that the Action is dismissed with prejudice and shall execute all other documents necessary to dismiss the Action in full, and provide Nippon's counsel notice of same within ten (10) business days.

3.     <u>Representations and Warranties.</u>

3

3.1     Dela Torre represents and warrants that she is the named beneficiary of the Policy, ~~she is the named~~ she is the named party in the Claim, and that her interest has not been assigned to any other person or entity and that no other person or entity has any interest with respect to her LTD claim.

3.2     The Parties each represent and warrant to the other that none of them nor any of their respective agents or representatives nor any other person or entity in order to induce any of the Parties to enter into this Agreement has made any promise, assurance, representation, inducement or warranty whatsoever, whether express or implied, which is not specifically set forth in this Agreement, and further acknowledge that this Agreement has not been entered into in reliance upon any promise, assurance, representation, inducement or warranty not expressly set forth in writing in this Agreement.

3.3     The Parties each represent and warrant to the other that they have received independent legal advice from their respective attorneys with respect to the advisability of executing this Agreement.

3.4     The Parties each represent and warrant to the other that they have the authority to enter into this Agreement and that any person executing this Agreement in a representative capacity is duly authorized to do so.

3.5     The Parties each represent and warrant to the other that they have read and understand this Agreement and that this Agreement is executed voluntarily and without duress or undue influence on the part of or on behalf of any party hereto. The Parties hereby acknowledge that they have been represented in the negotiation and preparation of this Agreement by counsel of their own choice, and that they have read this Agreement and had it fully explained to them by such counsel, and that they are fully aware of the contents of this Agreement and of the legal

4

effect of each and every provision herein.

3.6     The Parties agree to bear their own costs and attorneys' fees with regard to the Disputed Claims and the Action.  However, in the event of any litigation between ~~UCI~~ Dela Torre and Nippon to enforce the terms of this Agreement, or otherwise relating to or arising out of this Agreement, the prevailing party in such action shall be entitled to recover its attorney's fees and costs, including costs of appeal, and costs associated with collecting any resulting judgment. Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

4.     Confidentiality

The Parties hereby understand and agree that their dispute, the negotiations leading up to this Agreement and the terms of this Agreement will be kept strictly confidential by the Parties and their counsel and that these terms have not previously been disclosed and shall not hereafter be disclosed to any other person except as permitted by this Agreement, or as required by law, including but not limited to the provisions of a regulatory order, subpoena, court order, or if necessary to enforce or implement the terms of this Agreement. However, this provision does not prevent a Party from discussing this Agreement with its attorney, tax advisor, insurer, financial consultant, banker, lender, accountant or their respective members, subject to said person(s) agreement to be bound by this provision or being subject to confidentiality. Nor does this Agreement preclude making legally required statements in its audited or other ~~publically~~ publicly released financial statements. Notwithstanding and except as provided in the preceding, if

5

inquiry is made regarding this Agreement, or the disposition of the litigation, the Parties or their counsel may respond only that "any disputes between the Parties have been amicably resolved." or with a substantially similar statement. The covenants set forth in this section survive the execution and performance of this Agreement.

5.    Miscellaneous.

5.1    This Agreement is the compromise of disputed claims, and nothing herein is to be construed, considered or interpreted as an admission of liability or fault on the part of any party or the absence of liability by any party.  The execution of this Agreement by the Parties shall not be deemed an admission by any such Party of the truth of any of the claims made against such Party, and no rights shall inure to any third party from the obligations, representations and agreements of the Parties made herein except as expressly provided in this Agreement.

5.2    No supplement, modification, waiver or amendment of this Agreement shall be effective or binding unless executed in writing by all of the Parties to which it applies. No waiver of any of the provisions of this Agreement shall be deemed to be a waiver of any other provision, whether or not similar, nor shall any one waiver constitute a continuing waiver. No waiver shall be effective or binding unless executed in writing by the party(ies) making such waiver.

5.3    This Agreement may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which shall together constitute but one and the same instrument.  For purposes of this Agreement, a fax or e-mailed signature will be deemed equivalent to an original signature.

6

5.4     If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remaining provisions will nevertheless continue in force without being impaired or invalidated in any way.

5.5     Counsel for each party has participated in the preparation of this Agreement. This Agreement was subject to revision and modification by each party, and has been accepted and approved as to the final form by counsel for each party. Accordingly, any uncertainty or ambiguity existing in this Agreement shall not be interpreted against any party as a result of the manner of the preparation of this Agreement.

5.6     The warranties and representations made in this Agreement are deemed to survive the execution of this Agreement.

5.7     Time is of the essence with respect to this Agreement.

5.8     This Agreement shall be construed and interpreted in accordance with Illinois law.

IN WITNESS HEREOF, the undersigned have executed this Agreement as of the dates indicated below:

GRACIELA DELA TORRE

BY: _____
ITS: _____
DATE:_____


NIPPON LIFE INSURANCE COMPANY OF AMERICA

BY: _____
ITS: _____
DATE:_____

7

**DABDOUB LAW FIRM, P.A.**


By: _____  _____
    Kevin Probst                                    Date
    Attorney for
    Graciela Dela Torre


**NIPPON LIFE INSURANCE COMPANY OF America**


By: _____  _____
    Justin Wax Jacobs                        Date
    Attorney for
    Nippon Life Insurance Company of America

8



<u>EXHIBIT A</u>
<s><u>EXHIBIT 1</u></s>

<s>Wire Transfer Instructions:</s>

<s>Bank Name:</s>
<s>City/State:</s>
<s>Branch Address:</s>
<s>Routing Transit Number:</s>
<s>Account Number:</s>
<s>Account Title:</s>
<s>FEID (SAC):</s>

9

Case: 1:22-cv-07059 Document #: 47 Filed: 01/31/25 Page 28 of 36 PageID #:286

 **Gmail**

*Exibit 5*

Gracie Dlt <gmestiza1@gmail.com>

---

# Re: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

1 message

---

**Gracie Dlt** <gmestiza1@gmail.com>      Thu, Jan 30, 2025 at 5:44 PM
To: "Morrissey, Matthew M." <matthew.morrissey@faegredrinker.com>
Cc: Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>, "Wax Jacobs, Justin (NY)" <J-WaxJacobs@nipponlifebenefits.com>

---

**Subject:** Request for Consideration of Scheduling Conflict – February 12, 2025

Good evening,

I would like to formally inform all parties that I am unavailable on February 12, 2025. (Attached is a previous communication from the defendant confirming availability for Feb 13, at 9:00am)

Mr. Morris, I respectfully request that you consider filing a motion for a continuance for the conflicting court hearing to ensure my ability to attend this case. I ask for this consideration due to the significant impact this matter has on my financial and personal well-being.

While I understand that for some, this may be viewed as just a case number, for me, it carries profound and lasting consequences. My financial instability is a direct result of my benefits being improperly terminated and my case not being adequately represented despite the available evidence—both included and excluded. I have compiled extensive documentation to substantiate these claims.

Additionally, I am submitting **A Motion to File Confidential Information Under Seal** for both current and future filings to ensure that sensitive evidence is reviewed by the Court without being made public. The approval of this motion is essential not only to uphold the integrity of this case but also to protect me from any wrongful accusations regarding the disclosure of privileged attorney-client communications and the unfair settlement agreement. It is imperative that I am afforded the opportunity to present all necessary evidence in a legally protected manner to support a fair and just resolution.

I appreciate your consideration and look forward to a fair accommodation regarding the scheduling of this hearing. For your reference, I have attached the motion. However, I have also prepared an original version, which I will be sending via USPS to the address below to ensure proper filing.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

*219 South Dearborn, Room 2506A*

*Chicago, IL 60604*

*(312) 435-5637*

Best regards,
Gracie.

On Thu, 30 Jan 2025, 3:15 pm Morrissey, Matthew M., <matthew.morrissey@faegredrinker.com> wrote:

> Ms. Presslak,

Shortly after I filed my appearance in this case, the Court scheduled an in-person hearing for February 13, 2025 at 9:00 A.M. (see attached).

Unfortunately, I have a conflicting court hearing at that time.

I conferred with Mr. Jacobs and we are both available for a hearing on February 12, 2025.

Please let us know if the Court is amenable to rescheduling the hearing for that date.

Thank you for your assistance with this matter.

**Matthew M. Morrissey**

Partner

matthew.morrissey@faegredrinker.com

Connect: vCard

+1 312 569 1365 direct

_____

**Faegre Drinker Biddle & Reath LLP**

320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA

**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Tuesday, January 28, 2025 1:54 PM
**To:** Jones, Kim <KJones@willkie.com>; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; GMESTIZA1@gmail.com
**Cc:** Morrissey, Matthew M. <matthew.morrissey@faegredrinker.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**This Message originated outside your organization.**

Good afternoon,

Case: 1:22-cv-07059 Document #: 47 Filed: 01/31/25 Page 30 of 36 PageID #:288

Thank you for the update.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

*219 South Dearborn, Room 2506A*

*Chicago, IL 60604*

*(312) 435-5637*

**From:** Jones, Kim <KJones@willkie.com>
**Sent:** Monday, January 27, 2025 10:29 PM
**To:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; Christina Presslak
<Christina_Presslak@ilnd.uscourts.gov>; GMESTIZA1@gmail.com
**Cc:** Morrissey, Matthew M. <matthew.morrissey@faegredrinker.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

==CAUTION - EXTERNAL:==

Ms. Presslak,

My apologies for the delayed response.  I have switched law firms and will no longer be outside counsel for
defendant on this matter.  Matt Morrissey from Faegre Drinker (copied here) will be taking over and filing an
appearance for Nippon.  I will file my withdrawal once Mr. Morrissey files his appearance.

Please let me know if you have any questions.

Thank you,

Kim Jones

**Kim Jones**
**Willkie Farr & Gallagher LLP**
300 North LaSalle Dr. | Chicago, IL 60654-3406

Direct: +1 312 728 9134 | Fax: +1 312 728 9199

kjones@willkie.com | vCard | www.willkie.com bio

**From:** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>
**Sent:** Monday, January 27, 2025 12:21 PM
**To:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>; GMESTIZA1@gmail.com; Jones, Kim <KJones@willkie.com>
**Subject:** RE: 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

**\*\*\* EXTERNAL EMAIL \*\*\***

Good Afternoon,

Unfortunately, I have a conflict that week. My schedule is relatively flexible the following week, if the Court has the availability.

Best,

Justin Wax Jacobs

ジャスティン　ワックス　ジェイコブス

Assistant General Counsel

Nippon Life Benefits

666 Third Avenue, Suite 2201

New York, NY 10017

Mobile:   646-630-4923

Fax:      212-867-3057

E-mail:   j-waxjacobs@nipponlifebenefits.com

www.nipponlifebenefits.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby requested not to disseminate, distribute or copy any information inadvertently provided.

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

Case: 1:22-cv-07059 Document #: 47 Filed: 01/31/25 Page 32 of 36 PageID #:290

**From:** Christina Presslak <Christina_Presslak@ilnd.uscourts.gov>
**Sent:** Monday, January 27, 2025 12:46 PM
**To:** GMESTIZA1@gmail.com; Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>; kjones@willkie.com
**Subject:** 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

Judge Pallmeyer would like to set an in-person hearing for the recent motion filed by plaintiff to re-open the case. Please let me know if the parties are available on February 4th, 5th, or 6th.

Thank you.

*Christina M. Presslak*

*Courtroom Deputy to the Honorable Judge Rebecca R. Pallmeyer*

*U.S. District Court for the Northern District of Illinois*

*219 South Dearborn, Room 2506A*

*Chicago, IL 60604*

*(312) 435-5637*

**Set up your web portal account for quick access to your benefit information!**
By registering, you will have access to a range of self-service tools and helpful information.
Please visit https://www.nipponlifebenefits.com/portal-registration/ to see more information.

## Disclaimer:

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---------- Forwarded message ----------
From: "usdc_ecf_ilnd@ilnd.uscourts.gov" <usdc_ecf_ilnd@ilnd.uscourts.gov>
To: "ecfmail_ilnd@ilnd.uscourts.gov" <ecfmail_ilnd@ilnd.uscourts.gov>
Cc:
Bcc:
Date: Tue, 28 Jan 2025 21:06:16 +0000
Subject: Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America set/reset hearings

**This Message originated outside your organization.**

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

#### Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.2)

## Notice of Electronic Filing

The following transaction was entered on 1/28/2025 at 3:06 PM CST and filed on 1/28/2025
**Case Name:**       Dela Torre v. Nippon Life Insurance Company of America
**Case Number:**    1:22-cv-07059
**Filer:**
**WARNING: CASE CLOSED on 01/24/2024**
**Document Number:** 41

**Docket Text:**
**MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion and by agreement of the parties, an in-person hearing is set for 2/13/2025 at 9:00 a.m. for motion to re-open case [37]. Mailed notice. (cp, )**

**1:22-cv-07059 Notice has been electronically mailed to:**

Matthew M Morrissey     alice.continpage@faegredrinker.com, matthew.morrissey@faegredrinker.com

Justin Aaron Wax Jacobs     j-waxjacobs@nipponlifebenefits.com

Kevin E Probst     kprobst@longtermdisability.net

Graciela Dela Torre     gmestiza1@gmail.com

Case: 1:22-cv-07059 Document #: 47 Filed: 01/31/25 Page 34 of 36 PageID #:292

Edward Philip Taric Dabdoub    paralegal@longtermdisability.net, geneses@longtermdisability.net,
eddie@longtermdisability.net, nina@longtermdisability.net

Justin R. Lewicky    kwojtowicz@ankinlaw.com, jlewicky@ankinlaw.com, smazariegos@ankinlaw.com

Kimberly Ann Jones    kjones@willkie.com, maoch1@willkie.com

**1:22-cv-07059 Notice has been delivered by other means to:**

---

**2 attachments**

 **motion to file confidential info.pdf**
71K

**2.13.2025.Gmail - RE_ 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America.pdf**
386K

1/29/25, 6:24 PM                    Gmail - FW: *incapable form* Graciela DeLa Torre v. Nippon Express USA

Exhibit 4

 Gmail

Gracie Dlt <gmestiza1@gmail.com>

## FW: *incapable form* Graciela DeLa Torre v. Nippon Express USA
1 message

**Kevin Probst** <kprobst@longtermdisability.net>                    Mon, Dec 11, 2023 at 9:41 AM
To: Gracie Dlt <gmestiza1@gmail.com>
Cc: Paralegal <Paralegal@longtermdisability.net>

Thank you, Graciela.

Out of curiosity, did Social Security ask your doctor to complete this form?

Regards,

Kevin



### Kevin Probst, J.D.

Disability Insurance & ERISA Attorney

*Office*                    longtermdisability.net

305.754.2000

*Fax*                    🟦 🐦 ▶️ in G+

305.754.2007

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

**From:** Gracie Dlt <gmestiza1@gmail.com>
**Sent:** Friday, December 8, 2023 9:23 PM

https://mail.google.com/mail/u/0/?ik=a72ccf76e6&view=pt&search=all&permthid=thread-a:r-5743740742268295752%7Cmsg-f:1785000694944113970...    1/2

1/29/25, 6:24 PM                    Gmail - FW: *incapable form* Graciela DeLa Torre v. Nippon Express USA

**To:** Gracie Dlt <gmestiza1@gmail.com>
**Subject:** *incapable form* Graciela DeLa Torre v. Nippon Express USA

Please see the incapacitated form electronically signed by my doctor.

---

📄 **incapable from page 1.pdf**
170K