**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Graciela Dela Torre v.
Nippon Life Ins. Co. of Am.

Case Number: 1:22-cv-07059

An appearance is hereby filed by the undersigned as attorney for:

Defendant Nippon Life Insurance Company of America

Attorney name (type or print): Ambria D. Mahomes

Firm: Faegre Drinker Biddle & Reath LLP

Street address: 320 S. Canal Street, Suite 3300

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6334463
(See item 3 in instructions)

Telephone Number: 312-569-1119

Email Address: ambria.mahomes@faegredrinker.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☐ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  January 31, 2025

Attorney signature:  S/ Ambria D. Mahomes
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023