**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Graciela Dela Torre

                               Plaintiff,

v.                                         Case No.: 1:22–cv–07059
                                         Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case was dismissed pursuant to a report of settlement in January 2024 [35]. Plaintiff Graciela Dela Torre has now moved to reopen the case [37]. She asserts that she was pressured into signing a settlement agreement, directed to sign the agreement "in blank," and did not even see the language of the settlement agreement until early 2025. Both Ms. Dela Torre and Defendant have moved for leave to file materials under seal [45, 47]. As the terms of a settlement agreement are ordinarily confidential, those motions are granted. Ms. Dela Torre's attorneys have moved for leave to withdraw [44]. They report that Ms. Dela Torre has demanded that they withdraw immediately. The court nevertheless enters and continues the motion for leave to withdraw to February 13, 2025, at 9:00, when the court will hear argument on the motion for leave to reopen the case, and may have questions for Plaintiff's counsel. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.