JC

**FILED**

FEB 03 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GR

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**GRACIELA DELA TORRE**, Plaintiff,

v.

**NIPPON LIFE INSURANCE COMPANY OF AMERICA**, Defendant.

Case No.: 1:22-cv-07059

**Honorable Rebecca R. Pallmeyer**

---

**Plaintiff's Motion to Compel Former Attorney Kevin Probst to Turn Over E-Filing Credentials**

## I. INTRODUCTION

Plaintiff, Graciela Dela Torre, respectfully moves this Honorable Court to order her former attorney, Kevin Probst, to turn over the username and password for her electronic filing (CM/ECF) account. Despite being listed as the filer in recent court documents, Plaintiff has no access to the e-filing system and is forced to travel great distances to file motions in person. This situation places Plaintiff at a significant disadvantage, especially when Defendant's counsel, Wax Jacobs (Justin), is able to e-file documents in the early hours of the morning, as evidenced by the filings entered on 1/31/2025 at 2:38 AM CST and 2:45 AM CST. The inability to file electronically is impeding Plaintiff's ability to effectively litigate her case.

## II. BACKGROUND

On January 30, 2025, Attorney **Kevin Probst filed a Motion to Withdraw as Counsel, listing Plaintiff as the filer. However, Plaintiff has no access to the CM/ECF system and has never received the credentials necessary to electronically file documents. The notice of electronic filing explicitly states that Plaintiff is the filer, yet she remains without the required credentials.**

Additionally, Plaintiff faces significant hardship in traveling to the courthouse to file motions in person. As Defendant's counsel is able to file documents in the early morning hours (e.g., 2:38 AM CST and 2:45 AM CST on 1/31/2025), Plaintiff's lack of access to the e-filing system exacerbates this disadvantage, preventing her from timely participating in the case.

## III. LEGAL ARGUMENT

The Court has the authority to order the turnover of e-filing credentials when a party's ability to access the system has been improperly restricted. Rule 1 of the Federal Rules of

Civil Procedure ensures that courts provide just and efficient resolutions of disputes. Here, forcing Plaintiff to travel hours to file documents in person imposes an undue burden and hinders her ability to proceed with the case. Furthermore, under the Illinois Rules of Professional Conduct, attorneys have a duty to provide their clients with the necessary tools for representation, including access to electronic filing systems.

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Order former attorney Kevin Probst to provide Plaintiff with the username and password for her CM/ECF account immediately.

2. Grant any other relief that this Court deems just and proper.

**Respectfully submitted,**

Graciela Dela Torre (Pro Se Plaintiff)
Date: Feb 03, 2025
653 Wing St Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby certify that on this 03 day of February, 2025, I caused a true and correct copy of the foregoing Motion to Compel Former Attorney Kevin Probst to Turn Over E-Filing Credentials to be served upon all parties of record by the methods listed below:

All parties registered CM/ECF system will receive a copy

**Respectfully submitted,**
Graciela Dela Torre (Pro Se Plaintiff)

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE, Plaintiff,**

**v.**

**NIPPON LIFE INSURANCE COMPANY OF AMERICA, Defendant.**

Case No.: 1:22-cv-07059

Honorable Rebecca R. Pallmeyer

---

## PROPOSED ORDER

This matter coming before the Court on Plaintiff Graciela Dela Torre's Motion to Compel Former Attorney Kevin Probst to Turn Over E-Filing Credentials, and the Court being duly advised in the premises, it is hereby ORDERED:

1. **Kevin Probst** is directed to immediately provide Plaintiff Graciela Dela Torre with the username and password for her CM/ECF account, as Plaintiff is currently unable to access the system despite being listed as the filer on documents filed on 1/31/2025 at 2:38 AM CST and 2:45 AM CST by Defendant's counsel. These filings were entered during hours when Defendant's counsel had access to the e-filing system, while Plaintiff is hindered by the lack of access, forcing her to travel long distances to file documents in person.

2. Plaintiff's motion is granted as to the requested relief, and any other relief deemed just and proper by the Court is also granted.

Dated: _____

**Honorable Rebecca R. Pallmeyer**
United States District Judge

---

 Gmail

Gracie Dlt <gmestiza1@gmail.com>

## Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America memorandum in support of motion
1 message

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>          Fri, Jan 31, 2025 at 2:45 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.2)

### Notice of Electronic Filing

The following transaction was entered by Wax Jacobs, Justin on 1/31/2025 at 2:45 AM CST and filed on 1/31/2025

**Case Name:** Dela Torre v. Nippon Life Insurance Company of America
**Case Number:** 1:22-cv-07059
**Filer:** Nippon Life Insurance Company of America
**WARNING: CASE CLOSED on 01/24/2024**
**Document Number:** 46

**Docket Text:**
**MEMORANDUM by Nippon Life Insurance Company of America in support of motion to seal[45] (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Wax Jacobs, Justin)**

**1:22-cv-07059 Notice has been electronically mailed to:**

Edward Philip Taric Dabdoub &nbsp &nbsp eddie@longtermdisability.net, geneses@longtermdisability.net, nina@longtermdisability.net, paralegal@longtermdisability.net

Graciela Dela Torre &nbsp &nbsp GMESTIZA1@gmail.com

Justin Aaron Wax Jacobs &nbsp &nbsp j-waxjacobs@nipponlifebenefits.com

Justin R. Lewicky &nbsp &nbsp jlewicky@AnkinLaw.com, kwojtowicz@ankinlaw.com, smazariegos@ankinlaw.com

Kevin E Probst &nbsp &nbsp kprobst@longtermdisability.net

Matthew M Morrissey &nbsp &nbsp Matthew.Morrissey@faegredrinker.com, alice.continpage@faegredrinker.com

**1:22-cv-07059 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

 Gmail

Gracie Dlt <gmestiza1@gmail.com>

## Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America

1 message

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>    Fri, Jan 31, 2025 at 2:38 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.2)

### Notice of Electronic Filing

The following transaction was entered by Wax Jacobs, Justin on 1/31/2025 at 2:38 AM CST and filed on 1/31/2025
**Case Name:**      Dela Torre v. Nippon Life Insurance Company of America
**Case Number:**    1:22-cv-07059
**Filer:**          Nippon Life Insurance Company of America
**WARNING: CASE CLOSED on 01/24/2024**
**Document Number:** 45

**Docket Text:**
**MOTION by Defendant Nippon Life Insurance Company of America to seal**

**(Attachments: # (1) Text of Proposed Order)(Wax Jacobs, Justin)**

**1:22-cv-07059 Notice has been electronically mailed to:**

Edward Philip Taric Dabdoub &nbsp &nbsp eddie@longtermdisability.net, geneses@longtermdisability.net, nina@longtermdisability.net, paralegal@longtermdisability.net

Graciela Dela Torre &nbsp &nbsp GMESTIZA1@gmail.com

Justin Aaron Wax Jacobs &nbsp &nbsp j-waxjacobs@nipponlifebenefits.com

Justin R. Lewicky &nbsp &nbsp jlewicky@AnkinLaw.com, kwojtowicz@ankinlaw.com, smazariegos@ankinlaw.com

Kevin E Probst &nbsp &nbsp kprobst@longtermdisability.net

Matthew M Morrissey &nbsp &nbsp Matthew.Morrissey@faegredrinker.com, alice.continpage@faegredrinker.com

**1:22-cv-07059 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a



 Gmail

Gracie Dlt <gmestiza1@gmail.com>

## Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America
1 message

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>  Thu, Jan 30, 2025 at 11:27 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.2)**

### Notice of Electronic Filing

The following transaction was entered by Probst, Kevin on 1/30/2025 at 11:27 AM CST and filed on 1/30/2025
**Case Name:**        Dela Torre v. Nippon Life Insurance Company of America
**Case Number:**    1:22-cv-07059
**Filer:**        Graciela Dela Torre
**WARNING: CASE CLOSED on 01/24/2024**
**Document Number:** 44

**Docket Text:**
**MOTION by Attorney Edward Dabdoub and Kevin Probst of Dabdoub Law Firm to withdraw as attorney for Graciela Dela Torre. New address information: Graciela Dela Torre 653 Wing Street, Elgin, IL 60123**



**(Attachments: # (1) Exhibit Notification of Party Contact Information)(Probst, Kevin)**

**1:22-cv-07059 Notice has been electronically mailed to:**

Edward Philip Taric Dabdoub &nbsp &nbsp eddie@longtermdisability.net, geneses@longtermdisability.net, nina@longtermdisability.net, paralegal@longtermdisability.net

Graciela Dela Torre &nbsp &nbsp GMESTIZA1@gmail.com

Justin Aaron Wax Jacobs &nbsp &nbsp j-waxjacobs@nipponlifebenefits.com

Justin R. Lewicky &nbsp &nbsp jlewicky@AnkinLaw.com, kwojtowicz@ankinlaw.com, smazariegos@ankinlaw.com

Kevin E Probst &nbsp &nbsp kprobst@longtermdisability.net

Matthew M Morrissey &nbsp &nbsp Matthew.Morrissey@faegredrinker.com, alice.continpage@faegredrinker.com

**1:22-cv-07059 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction: