IC

BUSINESS PRACTICES

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GRACIELA DELA TORRE**, Plaintiff,

v.

**FILED**

FEB 03 2025

THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT** *GR*

**NIPPON LIFE INSURANCE COMPANY OF AMERICA**, Defendant.

Case No.: 1:22-cv-07059

**Honorable Rebecca R. Pallmeyer**

## PLAINTIFF'S MOTION TO INTRODUCE EVIDENCE OF FALSE ADVERTISING AND DECEPTIVE BUSINESS PRACTICES

Plaintiff, Graciela Dela Torre, appearing pro se, respectfully moves this Honorable Court to allow the introduction of **advertising materials and promotional statements made by Defendant Nippon Life Insurance Company of America **as evidence of false advertising, deceptive business practices, and bad faith insurance conduct**. In support of this motion, Plaintiff states as follows:

## I. INTRODUCTION

1. Defendant **Nippon Life Insurance Company of America** advertised its **long-term disability insurance policies as reliable, fair, and designed to protect policyholders** in times of need.

2. However, Plaintiff's personal experience **directly contradicts these representations**. Defendant:

 - **Ignored valid medical evidence** that supported Plaintiff's disability.

 - **Used private investigators and surveillance tactics** to harass rather than fairly assess Plaintiff's condition.

- **Engaged in bad faith claims denials** despite advertising its policies as supportive and beneficial.

3. The advertisements submitted as evidence **misled consumers**, including Plaintiff, into believing that Defendant would uphold the promises made in its promotional materials.

## II. EVIDENCE OF FALSE ADVERTISING (EXHIBITS A, B, AND C)

4. Attached to this motion are **Exhibits A, B, and C,** which contain promotional materials from Defendant, specifically:

-**Marketing claims stating that Nippon Life provides "comprehensive" and "trustworthy" disability coverage.**

- **Statements ensuring fair evaluation and prompt payment of claims to policyholders in need.**

- **Representations that their claims process is transparent and protects insured individuals.**

5. Defendant **failed to uphold these promises** in Plaintiff's case, thereby engaging in deceptive business practices.

## III. LEGAL BASIS FOR INTRODUCING THIS EVIDENCE

6. **False advertising and deceptive business practices** violate federal and state consumer protection laws, including but not limited to:

- **Illinois Consumer Fraud nd Deceptive Business Practices Act (815 ILCS 505/1 et seq.)**

- **ERISA regulations prohibiting bad faith insurance practices.**

7. Courts have ruled that **insurance companies cannot misrepresent the nature of their policies** and then act in bad faith when policyholders file legitimate claims.

8. Defendant's advertising materials **are relevant to show a pattern of deceptive practices** and should be admitted into evidence.

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Admit Exhibits A, B, and C into the record as evidence** of false advertising and bad faith insurance practices.

2. **Acknowledge that Defendant's promotional materials contradict its actual handling of Plaintiff's claim.**

3. **Permit further discovery into Defendant's marketing practices** and internal policies regarding claims handling.

4. **Grant any other relief this Court deems just and proper.**

Respectfully submitted,

/s/ Graciela Dela Torre ⟋⟋⟋⟋ _____ Date: Feb 03, 2025

Pro Se Plaintiff
653 WING ST, ELGIN IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM

# EXHIBIT (A)

← → C  ⛊  nipponlifebenefits.com/about-us/mission-and-vision/  ☆  ⟳

English | Japanese (日本語) | Korean (한국어) | Notification Regarding the Change Healthcare Cyberattack

Login/Register ▾ | Provider Search ▾

◆ Nippon Life Benefits®

Search

Products & Services ⌄   About Us ⌄   Contact Us   Member Service ⌄   Portal Information   Learning Resources

Home | About Us | Mission and Vision

## Mission and Vision

At Nippon Life Benefits, our idea of value is a reflection of our Japanese heritage: To respect and honor the dignity of each individual. We serve our customers with fairness and compassion - never forgetting that we're in the business of taking care of people.

**Our Mission: Bringing Humanity Back To Health Care.**  ✚

**Our Vision: Be the Leading Insurance Provider for Japanese and Korean Affiliated U.S. Businesses**  ✚

**Core Values: Harmony, Honor, and Humanity**  ✚

### About Us

Mission and Vision

Leadership Team

Service Excellence

Career Opportunities

News/Press Releases

Products & Services   About Us   Member Services

# EXHIBIT (B)

English | Japanese (日本語) | Korean (한국어) | Notification Regarding the Change Healthcare Cyberattack | Login/Register ▾ | Provider Search ▾

◆ Nippon Life Benefits

Products & Services ˅   About Us ˅   Contact Us   Member Service ˅   Portal Information   Learning Resources

# Disability Insurance

Disability insurance is designed to replace lost income for people who are unable to work due to an accident, injury, or illness. Typically, these are classified as either Short Term Disability (STD) or Long Term Disability (LTD) and are an important aspect of sound financial planning.

## Why Disability Insurance?

Did you know that the average disability claim lasts almost 13 months[1]? It can be difficult to prepare for that type of financial burden lost income can create. Disability insurance helps to replace part of that income and mitigate that burden.

The fact is, no two employees are the same and no two disabilities are the same. Thats why we offer both Short-term



# EXHIBIT (C)



English    Japanese (日本語)    Korean (한국어)    Notification Regarding the Change Healthcare Cyberattack

Login/Register ▾    Provider Search ▾

◆ Nippon Life Benefits

Search    🔍

Products & Services ⌄    About Us ⌄    Contact Us    Member Service ⌄    Portal Information    Learning Resources

Home    About Us

## Why Nippon Life Benefits?

What makes us UNIQUE is what makes us great.

We have been focused on delivering innovative employee benefits since 1991. Fully-customizable programs give companies the peace of mind that comes from top quality protection at prices that help protect the bottom line. Our full product line includes Medical (Fully-Insured and Self-Funded), RX, Wellness, Dental, Life, Disability, and Vision.

Nippon Life Benefits is the U.S. subsidiary of Japan-based Nippon Life Insurance Company, one of the world's largest mutual life insurance companies with over $520 billion in assets.

We are proud of our A- (Excellent) rating from AM Best in 2022.

**About Us**

Mission and Vision

Leadership Team

Service Excellence

Career Opportunities

News/Press Releases


Mission and Vision


Leadership Team


Service Excellence


Career Opportunities


News/Press Releases