IC

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

**FILED**

**GRACIELA DELA TORRE**, Plaintiff,

v.

**NIPPON LIFE INSURANCE COMPANY OF AMERICA**, Defendant.

**FEB 03 2025**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT** GP

Case No.: 1:22-cv-07059

<u>Honorable Rebecca R. Pallmeyer</u>

**PLAINTIFF'S MOTION TO CEASE SURVEILLANCE AND HARASSMENT**

Plaintiff, Graciela Dela Torre, appearing pro se, respectfully moves this Honorable Court for an order prohibiting Defendant, Nippon Life Insurance Company of America, from engaging in any further surveillance and harassment against her.

**I. INTRODUCTION**

1. Since initiating my legitimate claim with Nippon Life, I have been subjected to excessive and invasive surveillance, which has caused a severe decline in my mental and physical well-being.

2. This surveillance serves no legitimate purpose and is solely intended to harass, intimidate, and pressure me into abandoning my legal claims.

3. I request that this Court order Nippon Life and its agents to immediately cease all surveillance and harassment directed at me.

**II. FACTUAL BACKGROUND**

4. My case against Nippon Life involves the wrongful termination of my long-term disability benefits on November 18, 2021.

5. After I filed a motion to reopen my case under Rule 60(b), surveillance against me increased significantly, including:

- Suspicious vehicles repeatedly parked near my residence.

- Unidentified individuals monitoring and attempting to track my movements.

- Possible unauthorized access to my personal information and social media accounts.

- Drones flying over my house, including over my front and backyard, further adding to the sense of invasion of my privacy.

- Suspicious vehicles following me in a chase-like manner as I travel, causing significant distress and fear.

- Weird echoing sounds and unexplained noises when making calls on my cellphone, leading me to believe my communications may be being intercepted or monitored.

6. This harassment is a clear act of retaliation and an attempt to discourage me from exercising my legal rights.

7. Defendant, Nippon Life, has a history of engaging in excessive and intrusive surveillance against me, beginning shortly after I first filed my claim and continuing throughout the litigation process. This has included tactics that appear to go beyond reasonable investigation.









## III. LEGAL BASIS

8. The law recognizes that excessive surveillance and harassment can constitute a violation of individual rights and may be sanctioned as oppressive and malicious conduct.

9. Courts have ruled that insurance companies cannot use surveillance as a weapon of intimidation against policyholders pursuing legitimate claims.

10. Nippon Life's actions are retaliatory and abusive, causing emotional and psychological harm to me.

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue an order prohibiting Nippon Life and its agents from engaging in further surveillance or investigatory activities targeting me.

2. Exclude from the record any evidence obtained through unlawful surveillance.

3. Bar Nippon Life from any further indirect communication with me through covert surveillance or private investigators.

4. Grant any additional relief that the Court deems just and necessary under the circumstances.

Respectfully submitted,

/s/ Graciela Dela Torre

Date: Feb 03, 2025

Pro Se Plaintiff

653 WING ST, ELGIN IL 60123

(630) 670-5914

GMESTIZA1@GMAIL.COM