IC

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RECEIVED

FEB 03 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GRACIELA DELA TORRE,** Plaintiff,

v.

**NIPPON LIFE INSURANCE COMPANY OF AMERICA,** Defendant.

Case No.: 1:22-cv-07059

Honorable Rebecca R. Pallmeyer

**PROPOSED ORDER**

This matter comes before the Court on Plaintiff's Motion to Cease Surveillance and Harassment, filed on February 3, 2025. The Court, having reviewed the motion and all other pleadings, and being duly advised in the premises, finds as follows:

1. Defendant, Nippon Life Insurance Company of America, has engaged in excessive and intrusive surveillance and harassment of Plaintiff, Graciela Dela Torre, during the course of her legal proceedings.

2. The surveillance and harassment are retaliatory in nature and have caused significant emotional and psychological harm to Plaintiff.

3. Defendant's actions are oppressive, malicious, and aimed at discouraging Plaintiff from pursuing her legal claims.

4. The harassment has included but is not limited to drones flying over Plaintiff's residence, suspicious vehicles following Plaintiff in a chase-like manner, and interference with Plaintiff's communications.

**IT IS HEREBY ORDERED that:**

1. Defendant, Nippon Life Insurance Company of America, and its agents are prohibited from engaging in any further surveillance, investigatory activities, or harassment directed at Plaintiff, Graciela Dela Torre.

2. Any evidence obtained by Defendant through unlawful surveillance shall be excluded from the record.

3.  **Defendant is further prohibited from any indirect communication with Plaintiff through covert surveillance or private investigators.**

4.  **Plaintiff's Motion for Relief is GRANTED as set forth above.**

5.  **The Court grants any additional relief that may be just and necessary under the circumstances.**

**SO ORDERED.**

**Dated this _____ day of _____, 2025.**

_____

**Honorable Rebecca R. Pallmeyer**


**United States District Court Judge**















 Gmail

Gracie Dlt <gmestiza1@gmail.com>

## Dela Torre - Depo Transcripts

1 message

**Geneses Strongarone** <geneses@longtermdisability.net>                                    Fri, Jun 16, 2023 at 9:02 AM
To: Gracie Dlt <gmestiza1@gmail.com>
Cc: Kevin Probst <kprobst@longtermdisability.net>, Geneses Strongarone <geneses@longtermdisability.net>

Dear Ms. Dela Torre,

Attached you will find a copy of your deposition transcript, along with the exhibits. Please note that you are required to complete the Errata Sheet document (the PDF titled **GracielaDelaTorre_RAandS**). After reviewing the transcripts, if no changes are to be made, please sign and notarize page 84. If any changes should be made to the transcripts, please sign and notarize page 85 and list the details of said changes on page 86.

If you have any questions, please let me know. Please note that you must return a fully executed Errata Sheet to our office **no later than July 7th**.

Thank you,

**Geneses Strongarone**          *Office*                  longtermdisability.net

**Litigation Paralegal**          305.754.2000

                                  *Fax*

                                  305.754.2007

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

## 12 attachments

GracielaDelaTorre_PDFTran.pdf
1088K

GracielaDelaTorre_4.pdf
1281K

GracielaDelaTorre_5.pdf
2852K

GracielaDelaTorre_6.pdf
535K

GracielaDelaTorre_7.pdf
2113K

GracielaDelaTorre_8.pdf
1254K

GracielaDelaTorre_9.pdf
1003K

GracielaDelaTorre_10.pdf
2520K

GracielaDelaTorre_1.pdf
657K

GracielaDelaTorre_2.pdf
9538K

GracielaDelaTorre_3.pdf
1895K

GracielaDelaTorre_RAndS.pdf
7K