**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Graciela Dela Torre,                                        Case No.: 1:22-cv-07059

Plaintiff,

v.

Nippon Life Insurance Company

Of America,

Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**ORDER GRANTING NIPPON LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO SEAL**

Having considered NIPPON LIFE INSURANCE COMPANY OF AMERICA'S Motion to Seal

and all supporting papers, it is **HEREBY ORDERED** that:

1. Nippon Life Insurance Company of America's Motion to Seal [45] is **GRANTED**.

2. The Clerk of Court is directed to seal Docket Numbers 37, 45, and 46.

**IT IS SO ORDERED.**

Dated: This 6th Day of February, 2025

_____

REBECCA R. PALLMEYER

United States District Judge