**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Graciela Dela Torre,                                                    Case No.: 1:22-cv-07059

                                   Plaintiff,

                      v.

Nippon Life Insurance Company
Of America,

                                   Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X


### AFFIDAVIT AND CERTFICATE OF SERVICE


I, Justin Wax Jacobs, hereby certify that on February 4, 2025, I caused true and correct unredacted

copies of the Notice of Motion to Compel Arbitration, Memorandum of Law in Support, and all exhibits

attached thereto, which have been filed under seal as Docket Numbers 50 and 51, to be sent by FedEx

overnight mail to Kevin Probst (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), Edward

Dabdoub (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), and Justin R. Lewicky (10 N.

Dearborn Street, Suite 500, Chicago, IL 60602) as attorneys for the Graciela Dela Torre.


_Justin Jacobs_
_____                                    February 5, 2025
                                                                  _____

Justin Wax Jacobs                                                 Date
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America