**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

GRACIELA DELA TORRE,                                                   Case No.: 1:22-cv-07059

                                  Plaintiff,

                    v.                                                             Hon.  Rebecca R. Pallmeyer

NIPPON LIFES INSURANCE COMPANY

OF AMERICA

                                  Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

### MOTION TO QUASH SUBPOENA PURSUANT TO RULE 45(d)

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the DEFENDANT, NIPPON LIFE INSURANCE COMPANY OF AMERICA, through its attorney, Justin Wax Jacobs, respectfully moves the court to quash the PLAINTIFF's Subpoena, filed as Docket number 57. In support, NIPPON LIFE INSURANCE COMPANY OF AMERICA submits DEFENDANT's Memorandum of Law dated February 6, 2025, the Declaration of Justin Wax Jacobs dated February 6, which is being filed contemporaneously with this motion.

Dated: February 6, 2025                              Respectfully submitted,

                                                                      _____
                                                                      Justin Wax Jacobs
                                                                      Attorney *Pro Hac Vice* for the Defendant
                                                                      Nippon Life Insurance Company of America
                                                                      666 Third Avenue, Suite 2201
                                                                      New York, New York, 10017
                                                                      Tel:     646-630-4923
                                                                      Fax:     212-867-3057
                                                                      J-WaxJacobs@nipponlifebenefits.com

## CERTIFICATE OF SERVICE

I, Justin Wax Jacobs, hereby certify on February 6, 2025, I caused a true and correct copy of the Defendant Nippon Life Insurance Company's foregoing motion to quash and exhibits attached thereto, to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Edward Dabdoub and Kevin Probst of Dabdoub Law Firm continue to appear as Counsel for Plaintiff Graciela Dela Torre, as the Court has not yet granted their motion to withdraw. Both Edward Dabdoub and Kevin Probst are registered CM/ECF users and will be served by the CM/ECF system.

_____

Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America

2