**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**
Case No.: 1:22-cv-07059

GRACIELA DELA TORRE,

     Plaintiff,

v.

NIPPON LIFE INSURANCE COMPANY
OF AMERICA,

     Defendant.

_____/

**ORDER GRANTING ATTORNEY KEVIN E. PROBST'S MOTION TO APPEAR
VIA VIDEOCONFERENCE OR TELEPHONICALLY**

This matter having come before the Court on Counsel's Motion to Appear via Videoconference or Telephonically [64], and the Court being fully advised in the premises, it is hereby:

**ORDERED** and **ADJUDGED** that said Motion is **GRANTED**, and Mr. Probst is permitted to attend the February 13, 2025 hearing via _____.

**DONE** and **ORDERED** on this ____ day of _____, 2025.

_____
HONORABLE REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE