

**BC**

**FILED**
2/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MEN**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------- X

GRACIELA DELA TORRE,

Plaintiff,                              Case No.: 1:22-cv-07059

v.                                      **Honorable Rebecca R. Pallmeyer**

NIPPON LIFE INSURANCE COMPANY
OF AMERICA,

Defendant.

------------------------------------------------------------------- X

## PLAINTIFF'S MOTION TO REMOVE AND INVESTIGATE UNAUTHORIZED ATTORNEY REPRESENTATION

Plaintiff, **Graciela Dela Torre**, pro se, respectfully moves this Court to investigate and remove unauthorized attorneys from this case, specifically **Justin R. Lewicky, Kamil Wojtowicz, and Santos Mazariegos of Ankin Law Firm**, who have been listed as Plaintiff's counsel **without Plaintiff's knowledge, authorization, or consent**.

## I. BACKGROUND

1. Plaintiff **never retained, consulted, or authorized** any attorney from **Ankin Law Firm** to represent her in this matter.

2. Despite this, **Justin R. Lewicky, Kamil Wojtowicz, and Santos Mazariegos** have been **listed as attorneys of record** in Plaintiff's case.

3. Plaintiff has attempted to seek clarification regarding their involvement but has received **no explanation** as to how or why these attorneys were included as her legal representatives.

4. If these attorneys were **appointed or compensated by an undisclosed third party**, such as **Nippon Life Insurance Company or another involved entity**, this presents **serious ethical and procedural concerns**.

5. Plaintiff has the **right to full transparency** regarding any attorney appearing on her behalf and any financial transactions related to such representation.

6. Plaintiff is **deeply concerned that her personal and sensitive information** has been improperly shared with these unauthorized attorneys, which may constitute a **breach of confidentiality and privacy**.

1

## II. LEGAL BASIS FOR RELIEF

The relief sought in this motion is justified under:

- **Federal Rules of Civil Procedure 11(b)** – Ensuring all filings and representations made to the court are truthful and authorized.

- **Due Process Violations** – Unauthorized representation infringes on Plaintiff's fundamental legal rights.

- **American Bar Association (ABA) Model Rules of Professional Conduct** – Prohibits attorneys from appearing or acting on behalf of a party without informed consent.

- **Illinois Supreme Court Rules on Attorney Conduct** – Protecting litigants from fraudulent or unauthorized legal representation.

- **Privacy and Confidentiality Protections** – Ensuring Plaintiff's sensitive personal information is not unlawfully shared or accessed by unauthorized individuals.

## III. REQUEST FOR COURT ACTION

Plaintiff respectfully requests that the Court:

1. **Order the immediate removal of Ankin Law Firm attorneys (Justin R. Lewicky, Kamil Wojtowicz, and Santos Mazariegos) from Plaintiff's case** if their appearance was unauthorized.

2. **Require these attorneys to provide sworn affidavits** detailing: a. How and why they were listed as Plaintiff's attorneys. b. Who authorized their appearance on behalf of Plaintiff. c. Any payments, agreements, or communications regarding their involvement in this case.

3. **Compel disclosure of all financial transactions** associated with their representation, including whether they received **compensation from Nippon Life Insurance Company or any third party**.

4. **Order a full investigation into whether Plaintiff's confidential information has been accessed, shared, or misused by these unauthorized attorneys**.

5. **Issue sanctions or refer this matter to the Illinois State Bar Association** if unethical conduct is found.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court **grant this motion, conduct an investigation into unauthorized attorney representation, and issue appropriate orders ensuring full transparency, accountability, and protection of Plaintiff's confidential information.**

Dated: Feb 10, 2025

Respectfully submitted,

**Graciela Dela Torre** ⟨signature⟩ **Feb 10, 2025**

Pro Se Plaintiff

Graciela Dela Torre

653 Wing St, Elgin IL 60123

(630) 670-5914