

FILED
2/10/2025
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE,**

Plaintiff,                           **Case No.: 1:22-cv-07059**

v.                                   **Honorable Rebecca R. Pallmeyer**

**NIPPON LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

**NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM FOR SECURITY FOOTAGE**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to **Federal Rule of Civil Procedure 45**, Plaintiff **Graciela Dela Torre**, pro se, has issued a **Subpoena Duces Tecum** requesting the preservation and production of security footage from the location of her deposition on **May 24, 2023**, between **11:45 AM and 1:30 PM**.

**I. PURPOSE OF THE SUBPOENA**

1. **To obtain video evidence confirming that Plaintiff was dismissed from the premises by her former attorney, Kevin Probst, after the deposition concluded at 11:57 AM.**

2. **To confirm that Attorney Kevin Probst remained inside and engaged in post-deposition discussions with opposing counsel, Justin Wax Jacobs, without Plaintiff's knowledge or consent.**

3. **To support Plaintiff's claims regarding potential attorney misconduct, ex parte communications, and a breach of fiduciary duty.**

4. **To provide critical evidence relevant to Plaintiff's pending motions, including the Motion to Reopen Case and the Motion to Compel Settlement Transparency.**

**II. DETAILS OF THE SUBPOENA**

1. **Security footage requested includes:**

   o   Hallway and exit footage of the deposition room.

   o   Lobby footage capturing Plaintiff's departure.

o   Any footage of Kevin Probst remaining inside and interacting with opposing counsel.

o   Conference Room / Meeting Room.

o   Visitor logs or sign-out records confirming departure times.

2.  **The subpoenaed entity has been directed to preserve and produce the footage by no later than February 12, 2025.**

## III. REQUEST FOR JUDICIAL NOTICE

Plaintiff respectfully requests that the Court **take notice of the issuance of this subpoena** and recognize its relevance to the pending proceedings, particularly regarding **concerns of attorney misconduct and settlement transparency.**

## IV. CERTIFICATE OF SERVICE

I certify that on **February 10, 2025**, I electronically filed the foregoing **Notice of Issuance of Subpoena Duces Tecum for Security Footage** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 10, 2025

Respectfully submitted,

**Graciela Dela Torre**
Pro Se Plaintiff
653 Wing St
Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM