**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Graciela Dela Torre

                                        Plaintiff,

v.                                                                    Case No.: 1:22–cv–07059
                                                                    Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Attorneys Kevin Probst and Edward Dabdoub represented Plaintiff as of December 2023, when the parties reported they had reached a settlement agreement. Plaintiff has asserted that she did not agree to the terms of the agreement and that her lawyers did not obtain her consent before stipulating to dismiss the case. Mr. Probst and Mr. Dabdoub have not responded to that allegation. The court scheduled a hearing for Thursday, February 13, 2025. Mr. Probst seeks leave to attend that hearing by video platform or telephone. If there is a dispute concerning the facts, it will not be possible for the court to effectively assess credibility of any individual who is not in court in person. The motion [64] is denied. Ms. Dela Torre is advised that, should she dispute the binding nature of the settlement agreement involved in this case, she will be expected to demonstrate that she did not receive or did not cash any settlement check, or is prepared to return the proceeds of the negotiated settlement. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.