
BC

FILED
2/10/2025 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

GRACIELA DELA TORRE,            )
                               )
              Plaintiff,        )
                               )
        vs.                     )   No. 1:22--cv-07059
                               )
NIPPON LIFE INSURANCE            )
COMPANY OF AMERICA,             )
                               )
              Defendant.        )

The deposition of GRACIELA DELA TORRE, called by the Defendant for examination taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before Valerie Calabria, CSR, RPR, taken at 1051 Perimeter Drive, Suite 425, Schaumburg, Illinois, on May 24, 2023, at 9:55 a.m.

Page 2

APPEARANCES:

DABDOUB LAW FIRM
BY:   MR. KEVIN PROBST
      1600 Ponce de Leon Boulevard, Suite 1202
      Coral Gables, Florida 33134
      305.754.2000
      kprobst@longtermdisability.net

              appeared on behalf of the Plaintiff;

NIPPON LIFE INSURANCE COMPANY OF AMERICA
BY:   MR. JUSTIN WAX JACOBS
      666 Third Avenue, Suite 2201
      New York, New York 10017
      646.630.4923
      j-waxjacobs@nipponlifebenefits.com
              appeared on behalf of the Defendants.

ALSO PRESENT:
   Samuel Pine
         Nippon Life Insurance Company of America

                  * * * * *

Reported By:  Valerie M. Calabria, CSR, RPR
License No.:  084-003928

Page 3

INDEX

WITNESS                                           EXAMINATION

GRACIELA DELA TORRE

  BY MR. WAX JACOBS                                         5

  BY MR. PROBST                                            78

  BY MR. WAX JACOBS (Further)                              80


                    DEPOSITION EXHIBITS

NUMBER/DESCRIPTION                                 IDENTIFIED

  Exhibit 1                                                 7

  Exhibit 2                                                11

  Exhibit 3                                                13

  Exhibit 4                                                26

  Exhibit 5                                                27

  Exhibit 6                                                39

  Exhibit 7                                                41

  Exhibit 8                                                56

  Exhibit 9                                                61

  Exhibit 10                                               62

Page 4

(Witness duly sworn.)

MR. WAX JACOBS:  So we'll just start with appearances.  I'm Justin Wax Jacobs.  I'm the attorney for the defendant Nippon Life Insurance Company of America.  I'm joined today by Samuel Pine, who is our legal intern.

MR. PROBST:  Kevin Probst, Dabdoub Law Firm, appearing on behalf of the plaintiff.

THE WITNESS:  Graciela Dela Torre, plaintiff.

MR. WAX JACOBS:  All right.

MR. PROBST:  I'm sorry.  I just want to get one general objection on the record before the depo begins.  Ms. Dela Torre objects to defendant propounding discovery, including taking her deposition today in this action, because defendant has taken an inconsistent position that precludes defendant from seeking any discovery. Specifically, defendant maintains that the arbitrary and capricious standard review applies to this action under the A&C standard of review and at-risk defendant may not seek discovery since the Court will review whether the adverse benefits decision was reasonable in light of the information the defendant had in the defendant's administrative

record at the time of the adverse benefits decision.  Thanks.

MR. WAX JACOBS:  Okay.  Thank you.

GRACIELA DELA TORRE,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WAX JACOBS:

Q.    So just a few instructions before we get into the substance of the case.  This is an oral transcription, which means that there is a court reporter.  However, there is no judge.  The court reporter cannot indicate or cannot record any nonverbal indication such as head movements, hand movements, uh-huhs, or uhn-uhn.  I don't know if that was clear.  But do you understand that any time you want to communicate or answer a question you must verbally say so?

A.    Yes, I do.

Q.    Okay.  Even though there is no judge here, you are under oath.  So all your answers must be truthful and must be accurate.  Do you understand this?

A.    Yes.

Page 6

Q.    Okay.  Your answers also must be -- I'm sorry.  Strike that.

If there is an objection to one of my questions, you are required to answer that question unless your attorney tells you clearly and directly not to answer.  Do you understand?

A.    Yes, I do.

Q.    If you don't understand a question or if that question isn't clear, you may ask me to clarify or you may say that you don't understand it.  If you do answer a question, that will be an indication that you did understand the question at the time you gave the answer.  Do you understand?

A.    Yes.

Q.    Okay.  Is there any reason, such as being under unusual stress, a physical/mental condition, or being under the influence of a substance, that would prevent you or limit you from giving a truthful answer today?

A.    No.

Q.    You may ask me at any point in time for a break.  However, if there is an answer which is pending or has been asked, you must answer the question prior to going on break.  Do you

Page 7

understand?

A.    Yes.

Q.    And finally, if there is a question that isn't clear, you cannot look to your attorney or you cannot solicit advice from your attorney to answer the question.  Do you understand?

A.    Yes.  But I can also ask you to clarify, right?

Q.    Yes.

A.    Okay.

Q.    If there's any issue, if you don't understand it or if you need clarification, you can ask me directly and I will try to clarify it.  Okay?

A.    Yes.

MR. WAX JACOBS:  Great.  Just a little bit of housekeeping before we get into this.  I would like to mark this as Defendant's Exhibit 1.

(Defendant's Exhibit 1 was marked for identification.)

BY MR. WAX JACOBS:

Q.    And that's the notice of deposition.  And in accordance with the notice of deposition, we requested that you bring with you today certain

Page 8

documents. And those documents are listed in Exhibit A. Did you bring those documents with you?

A. I handed everything I have to my lawyer.

MR. WAX JACOBS: Do we have those documents, Mr. Probst?

MR. PROBST: Defendant has the documents that plaintiff has at this time and/or determined were appropriate to be produced in response to the RFP. Otherwise, you know, plaintiff stands by her objections in plaintiff's response to defendant's first request for production that was served on May 19th, I believe.

BY MR. WAX JACOBS:

Q. So we requested that you bring your 2019 tax returns with you today. Did you bring them?

A. Yes.

Q. Your 2020 tax returns?

A. No, I haven't filed those yet.

Q. 2021?

A. Same.

Q. 2022?

A. No, I have no kind of income for that year.

Q. Did you bring your W-2s from 2019 until

Page 9

present?

MR. PROBST:  I'm sorry.  Asked and answered.  Objection.  You just asked what documents she brought -- if she brought any documents.  She said she gave the documents that were requested to the attorney.  I further clarified that to the extent plaintiff and her counsel felt that they were appropriate documents to be produced, they were either produced or objected to in response to defendant's request for production because --

MR. WAX JACOBS:  What I asked was -- I'm sorry.

MR. PROBST:  Please.

MR. WAX JACOBS:  What I asked was did you bring those documents with you today.

THE WITNESS:  Yes.

MR. PROBST:  No.

THE WITNESS:  I turned over whatever I had according to the answers in the exhibit.

BY MR. WAX JACOBS:

Q.    So you did not bring those documents with you today?

A.    Correct.  Not physically with me, no.

Q.    Okay.  All right.  So just to be clear,

Page 10

again, you did not bring your W-2s from 2019 to the present today with you to this deposition?

A.   No, not with me physically, no.

Q.   Okay.  Did you bring any mortgage documents with you today?

MR. PROBST:  Objection; asked and answered. And to further clarify, the notice of depo says the documents are requested to be produced at or before the scheduled deposition.  And plaintiff, again, through her attorney responded to the request for production by either producing certain documents that were requested or objections were made.  So client -- plaintiff, rather, has not brought any documents with her today because they've already been produced, if they're going to be produced.  I think we should move on, Justin.

MR. WAX JACOBS:  I would like to just make sure that the plaintiff responds to that.

BY MR. WAX JACOBS:

Q.   So is your answer that you have brought no documents that we requested you to bring today?

A.   Right.

MR. PROBST:  Objection.  That is mischaracterizing the notice of deposition because

Page 11

the notice of deposition that defendant drafted, if I'm not mistaken, clearly states that the documents -- that the plaintiff Graciela Dela Torre is requested to produce at or before the scheduled deposition. And since the documents listed in Exhibit A are all included in defendant's first request for production, they were either produced before the scheduled deposition, if they were going to be produced, or they were objected to.

BY MR. WAX JACOBS:

Q. Do you have any of those documents I requested -- excuse me. Let me rephrase.

Do you have any of the documents that were included in Exhibit A with you today physically?

A. I handed everything I had to my attorney. So as you can see, there's nothing in front of me physically.

MR. PROBST: Okay. All right. So some housekeeping. I'd like to mark this as Defendant's Exhibit 2.

(Defendant's Exhibit 2 was marked for identification.)

THE WITNESS: What is this again.

BY MR. WAX JACOBS:

Q.    So what I just handed you was the policy under which you received the long-term disability benefits.  Do you recognize it?

A.    It doesn't seem familiar to me.

Q.    You're not familiar with that document?

A.    Not the way how it's put together, no.

Q.    Okay.  Are you familiar with the policy provisions of your long-term disability benefits?

A.    Again I'm going to say briefly.

Q.    Were you aware that there were certain eligibility requirements for you to receive long-term disability benefits pursuant to your policy?

A.    I know I was approved and that gave me an answer that I was eligible for them.

Q.    Were you aware that you were required to provide certain proof to the policy administrator?

A.    I was aware that I was to submit any requested information.  Whatever that was asked, I was supposed to produce.

Q.    Did you produce when requested?

A.    To the best of my abilities.

Q.    Were you aware that you were under

Page 13

requirements to produce accurate information?

A.    To the best of my knowledge I -- I mean, what do you mean by "accurate information"?

Q.    Information which was correct and accurately reflected facts or truth.

A.    Like from the medical standpoint or from my --

Q.    Just in general.

A.    That's how it should be.

Q.    Okay.  Were you also aware that you were required to be truthful whenever you submitted statements or made statements to the administrator for your long-term disability benefits?

A.    Yes.

Q.    Were you?

A.    Yes.

MR. WAX JACOBS:  Let's mark this as Defendant's Exhibit 3.

(Defendant's Exhibit 3 was marked for identification.)

BY MR. WAX JACOBS:

Q.    Do you recognize what I've just handed you?

A.    Yes.

Page 14

Q.     What is it?

A.     It says training, education, and employment history.

Q.     To your knowledge, who filled this out?

A.     I did.

Q.     And was all the information that you included in this true and accurate?

A.     Yes.  I remember that specific date I was in so much pain, it took me a long time to fill this out.

Q.     And included in this document you stated that you had a background in agronomy?  Agronomy?

A.     Yes.

Q.     My apologies if I'm mispronouncing that.

A.     Agronomy, yeah.

Q.     And what exactly is agronomy?

A.     The status of plants, landfill, everything that has to do with farm crops, I guess.

Q.     And where did you get that background from?

A.     From Zacatecas.

Q.     I'm sorry.  What is that?

A.     It's a school in Zacatecas.

Q.     What kind of school?

A.    University.

Q.    Okay.  And where exactly is it located?

A.    In Zacatecas.

Q.    Where is Zacatecas?

A.    Zacatecas, Mexico.

Q.    Okay.  And what kind of degree did you receive at Zacatecas?

A.    I don't know how to translate it to English.  So it's a two-year school.  I don't know how to translate it.  I don't know what would be the equivalent here.

Q.    Okay.  And did you pursue any studies after that?

A.    No.

Q.    No?

A.    Not in Mexico.

Q.    Did you pursue any studies anywhere after that?

A.    I was sent to school by my work a couple times.

Q.    Which work?

A.    Phoenix of Chicago.

Q.    I'm sorry.  Can you repeat that?

A.    Phoenix of Chicago.

Page 16

Q.    What is Phoenix of Chicago?

A.    It's a company that develops circuits for airplanes.  Like soldering and stuff like that, you know, electronics.

Q.    And when did you work for them?

A.    I would have to look at my information. I don't recall that off the top of my head.

Q.    Well, let's start from the beginning. What was your first job after you graduated from this university?

A.    Here in the U.S., Kiehl Engineering, Bensenville.

Q.    Is that the name of the company or is that --

A.    Yes.

Q.    I'm sorry.  Can you say it one more time?

A.    Kiehl Engineering, K-h-i-l -- I don't know if it's e-e-n or e-n, but Kiehl.  I don't know how to -- like, pronunciation is not very good in English, but I do my best.

Q.    Okay.  And what was your job for Kiehl?

A.    Production clerk.

Q.    And what did you do as a production

clerk?

A. Going through all the employees' attendance, filing, data entry for daily production. That was the general clerical for that type of position.

Q. Can you just walk me through a typical day?

A. I would get into the office. I would check the -- how do you say -- the attendance, see who was late, who was on time. Whoever was late, I would make a list and pass it to my boss. Then go around to all the lines, pick up all the production logs. Go back to my desk; put it in the computer. After that, I would go to HR to turn in documents that reflect attendance again. Go back to my desk; enter whatever HR gave me into the system. Print out work orders pending in the system, deliver them to the work lines again. Go back home -- I mean, go back to my desk, see if there's anything pending. If not, call it a day.

Q. And after you worked at Kiehl, what was your next job?

A. Tempco. Tempco Heater.

Q. I'm sorry. Can you just spell that.

Page 18

Spell the company name.

A.    I would have to write it out.  Tempco, T-e-m-c-o [sic].  Tempco Electric Heaters.

Q.    What was your job function for Tempco?

A.    Similar to Kiehl Engineering, the previous one.

Q.    And a typical day was similar, also?

A.    Yes.

Q.    And your job after Tempco?

A.    I believe it was RR Donnelley Logistics.

Q.    And your job function for RR Donnelley, I believe you said -- I'm sorry.  What was the name again?

A.    RR Donnelley.

Q.    RR Donnelley.  Excuse me.  I apologize.

A.    Yes.

Q.    And your job function for RR Donnelley Logistics?

A.    It was a similar job with the difference that I would have to check in truck drivers with their paperwork and there wasn't much like data entry.  It was, like, scanning.  So every time I would scan barcode, all the information would automatically be filled out into the system.  So

Page 19

they would bring cargo and pick up cargo.

So I would put in the information in the system and look at the work order to see what they were picking up at what location and give it back to the driver. And then when there were no drivers again, go into the system to see if I had any work -- pending work orders for me, print them out, pass them around.

Q. And what would you do to scan something into the system? If you can be specific. How would you scan something?

A. Hand-held scanner, kind of like the ones in the grocery store. You scan a barcode and everything gets put into the system. Also, scanner/copier. So everything basics in an office.

Q. Okay. And after RR Donnelley, what was the next job?

A. I would have to look at my resume.

Q. Prior to working for Nippon Express, where did you work previous, immediately prior?

A. Immediately prior, Life Fitness in Franklin Park.

Q. And what was your job function for Life Fitness?

Page 20

A.    Very similar job.  I was finished products coordinator.  So it's basically the same thing, they just changed the title.

Q.    Okay.  And what was a typical day for you?

A.    I would get into the office, check for any pending work orders.  Check those pending work orders against inventory, against orders.  Empty -- how do you say it -- it's on the tip of my tongue. Empty containers.  Sometimes we had extra inventory, we didn't have a place in the warehouse. So I had to order containers, put all this inventory there, check whatever orders we have against what we have, and just create shipping orders.

Q.    Okay.  And how would you create a shipping order?

A.    In the system.  Everything was very automatic.  Just like click here, click there, and send it to the coordinator, the installers.

Q.    And when you said "clicking," you meant you were clicking a mouse on a computer?

A.    Yes.

Q.    And which hand did you usually use to

Page 21

click the mouse?

A.    Right one.  Also left, because we had multiple work stations.  I don't know.

Q.    So you used both your hands, right and left, to click on the computer?

A.    Correct, yes.

Q.    And just to fast-forward to Nippon Express, what was your job function for them?

A.    I did a couple things.  The first was truck coordinator.  Almost the same thing.  The difference, I had to do manual data into an Excel spreadsheet from the night before.  And then I would have to send a night shift report to all the 50 stations in the U.S., including Japan, Singapore, and all the global stations.  And whatever incoming cargo we had coming into the warehouse, I would have to call all the stations to figure out if the cargo was not there, what time was the ETA.  And then transfer that information into the warehouse so they could coordinate with their personnel.

Q.    And what tools did you use to perform this job?

A.    Excel.  Even though it's a large

Page 22

company, they use a lot of manual data entry. Excessive, if you ask me.  SAP.  I believe they used QAD and then they transitioned into SAP.  The e-mail, look out [sic], that I can think of.  I'm quite sure there was more, but I can't recall them right now.

Q.    What you were just describing were computer programs; is that correct?

A.    Yes.

Q.    What physical tools did you use?

A.    What do you mean, "physical tools"? Like a keyboard?

Q.    Well, did you use a computer?  Did you use a pen and pad?

A.    Yes, a computer.  Sometimes a laptop. When I had to go to the warehouse, I had to carry my laptop with me.  Before I got there, it was a very extensive manual process.  So I requested that the use of a hand-held scanner, only for -- to save time and save all the typing.  And I had to buy my own only because the company said if they were to give it to me, everybody else was going to want it. So I bought my own just to save time.

Q.    You mentioned a manual process.  I'm

Page 23

just wondering if you can elaborate on that a little bit more.

A. So as an example, they would give me the night shift report with 140 pages of cargo that went out. I would have to look at every page, every single line, and enter it in the computer. And I have no way around that. So I was thinking if a clerk is pulling this out, I can create like an Excel format that I can type in information, and then they can e-mail it to me so I can copy and paste instead of doing all the typing.

Q. For your job with Nippon Express, were you required to lift any heavy objects?

A. Rarely. When I went to the warehouse and I'd have to check for cargo, I would have to move boxes around. If something was too heavy, then I would have to ask one of the guys or the forklift drivers to help me move it.

Q. And when you said "rarely," if you could be a little bit more specific and give an estimate. Like, how rarely are we talking? Once a month, once a week?

A. When I started, it was very consistent. I would have to go into the warehouse to check for

Page 24

stuff, move stuff myself.  It was very hectic.  So I guess they had -- they needed to hire more people.  So I had to move boxes around on my own.  But as I was suggesting more ways of saving time and manual labor, I used to say work smarter, not harder, that's when it was required -- they required me less going to their warehouse.  So I didn't have to stop what I was doing to go into the warehouse and check because now I could rely on the guy -- a warehouse guy to go and check very quick for me, call me back, and give me that information.

Q.    And you said that was when you first started.  So did anything change over time?

A.    Yes, yes.

Q.    What changed?

A.    They required me having to go every single day for every single order to the warehouse to double-check.

Q.    You also said that you thought they needed to hire more people initially.  Did they eventually hire more people and fill those positions?

A.    They brought in people from Japan to help.

Page 25

Q.    How did they help?

A.    I guess they had their own thing, and it was very hard for me and other people because there was a language barrier.  So they were doing their own thing under their own supervision and they took over certain spots of my job so I could get caught up because I felt like I was never able to be caught up.

Q.    Were you required at any point in time to push or pull heavy objects in addition to lifting them?

A.    It was not required, but I had to do it.

Q.    Okay.  So you did push and pull heavy objects?

A.    Yes.

Q.    And was that a requirement of your previous jobs, as well?

A.    No.

Q.    So did any of your jobs that you just described have anything to do with soil management or soil science?

A.    What do you mean "science"?

Q.    Well, you said that you went to university for a degree in agronomy?

Page 26

A.    No, I never applied my study here.

Q.    So it would be fair to say that you're pretty versatile?

A.    Very what?

Q.    Versatile.

A.    What is that?

Q.    Versatile means that you're capable of doing a lot of different things.

A.    I try.  I had to do whatever to survive.

MR. WAX JACOBS:  I'd like to enter this into evidence as Defendant's Exhibit 4.

(Defendant's Exhibit 4 was marked for identification.)

BY MR. WAX JACOBS:

Q.    Ms. Dela Torre, do you recognize that document in front of you?

A.    Yes.

Q.    What is it?

A.    It says "Resource Questionnaire."

Q.    And who completed or filled in that document, to the best of your knowledge?

A.    I tried to complete it myself.

Q.    And was all the information on that document accurate and truthful?

Page 27

A.    Yes.

MR. WAX JACOBS:  I'd like to enter this as Defendant's Exhibit 5.

THE WITNESS:  No questions on this?

MR. WAX JACOBS:  Not right now.

(Defendant's Exhibit 5 was marked for identification.)

BY MR. WAX JACOBS:

Q.    Okay.  I just handed you a fax which you sent to our LTD administrator.  Do you recognize the documents included in that fax?

I'm sorry.  If you can state your answer loudly.

A.    So what I can see here, this was sent directly from a doctor's office.  So I never had a visual of it until now.  So if you see here, it's directly from my doctor's office.

Q.    So the first document is a cover sheet for a fax?

A.    Right.

Q.    And that's sent from your doctor's office?

A.    Yes.  That was sent directly from my doctor's office.

Page 28

Q.    Okay.  And the second document, do you recognize that?

A.    Yes.

Q.    What is it?

A.    I don't see a subject here, but it says "your claim disability" -- so I'm going to say it's a request for documents.

Q.    And there's a second page to that.  Do you recognize that document?

A.    Yes.  It says "Authorization for release of information."

Q.    And who was providing the authorization?

A.    It has my name on it, but I don't see where or who was supposed to release the information.

Q.    Is that your signature at the bottom?

A.    Yes.

Q.    So you authorized your physician to provide EMS, which is our LTD administrator, to release personal health information?

A.    Yes.

Q.    And then the following document is the attending physician statement.  Do you recognize this?

A.    Yes.   It's got my name on it.

Q.    Have you seen this document before today?

A.    Not physically.   The only thing I fill out from this was my name, DOB, and then I hand it over to the doctor.

Q.    Which doctor?

A.    The office of Dr. Singla.   Not to him, because he never accepts documents.   I have to give it to the personnel, and they have -- how do you say -- different appointment where they fill out documents.

Q.    And so Dr. Singla is your treating physician?

A.    Is one of my treating physicians, yes.

Q.    Okay.   And according to this document, he laid out what your restrictions and limitations were.   If you can just go to the first page of that document at the bottom and if you could just tell us what are the restrictions for your right hand.

A.    I don't see where it says right hand.   I see it says pain on, I guess, right hand, elbow nerves, tendon, over median.

Q.    If you can go down to the section where

it says "Patient can use upper extremities for repetitive tasks."

A.    Can you point it out?

Q.    Sure.  It's at the bottom right here.

A.    Okay.

Q.    Okay.  Do you see where it says "right hand"?

A.    Yes.

Q.    Okay.  So under "simple grasping," what did your doctor indicate that you could do?

A.    Well, this was workwise.  No pushing pulling, lifting, typing.

Q.    But specifically according to this document, what did Dr. Singla indicate you could do or could not do with your right hand?

A.    Where do you see?  I don't see any notation where it says --

Q.    According to Dr. Singla, it states you cannot grasp with your right hand; is that correct?

A.    Yes.

Q.    Okay.  You cannot push or pull with your right hand; is that correct?

A.    Yes.

Q.    You cannot finely manipulate with your

Page 31

right hand; is that correct?

A.    Yes.

Q.    Can you go to the second page.  And at the top, for your left hand, Dr. Singla is indicating here that you cannot grasp with your left hand; is that correct?

A.    Yes.

Q.    That you cannot push or pull with your left hand?

A.    Correct.

Q.    And also that you cannot finely manipulate with your left hand; is that correct?

A.    Yes.

Q.    He also states that you can never carry, in the section right above where we were just discussing; is that correct?

A.    Where is this carry?

Q.    It says "Patient can lift/carry.  Please check appropriate columns."

A.    You say above or below?

Q.    It's above on the first page.

MR. PROBST:  Sure.  We're happy to stipulate the form speaks for itself.  I'm sorry.  The question again.

Case: 1:22-cv-07059 Document #: 79 Filed: 02/10/25 Page 32 of 110 PageID #:672

Page 32

MR. WAX JACOBS:  Sure.

MR. PROBST:  Thanks.  This document reflects or indicates that the doctor's opinion --

MR. WAX JACOBS:  Yes.  In this document that the doctor is indicating that you cannot carry.

MR. PROBST:  I'm also having a hard time. Climb, balance, is it --

MR. WAX JACOBS:  It's on the first page right above.

MR. PROBST:  I thought we were on page 2.  I thought you said page 2.

THE WITNESS:  That's what I thought.

MR. WAX JACOBS:  We're on page 1, right above the section we had just been exploring.

THE WITNESS:  I thought we were on the second page.

MR. WAX JACOBS:  That's okay.

THE WITNESS:  Okay.  Yes, so my doctor noted that "never."

BY MR. WAX JACOBS:

Q.   Okay.  And -- I'm sorry.  Strike that.

So these restrictions and limitations are restrictions and limitations you would like us to adopt for your disability evaluation; is that

www.veritext.com                                    888-391-3376

Page 33

correct?

A.    Well, this was correct according to the date, which was 2021, April of 2021.

Q.    Has your restrictions and limitations changed since then?

A.    It got worse.  It's not getting better.

Q.    So is that a yes?

A.    You have to ask me specifically what aspect.  After this, I had surgery on my right elbow.  I had surgery on my left, carpal tunnel release, the ulnar nerve.  And these were problems that I had prior to this date.  So I'm going to say I still have restrictions.

Q.    I'm sorry.  Just to clarify, my question was have your restrictions and limitations changed since your doctor issued this?

MR. PROBST:  Objection; asked and answered. She said yes, they got worse.

THE WITNESS:  Yes, that's correct.

BY MR. WAX JACOBS:

Q.    Okay.  So at the time that this was submitted in 2021, was this an accurate and fair representation of what your restrictions and limitations were?

Page 34

A.    For work, yes.

Q.    Okay.  Do you typically follow your doctor's advice?

A.    Yes.  For work, yes.

Q.    Do you typically follow your doctor's advice in general, not just for work?

A.    I do my best to follow it.

Q.    So you don't always follow it?

A.    Like, if I fall, I have to lift myself. I have to, you know -- I do my best.

Q.    Okay.  All right.  Where do you live?

A.    In Elgin.

Q.    What's your address?

A.    653 Wing Street.

Q.    Can you describe your home?

A.    It's a two-story home with some steps in front.

Q.    What color is it?

A.    Cream.

Q.    I'm sorry.  Just to clarify, did you say cream or green?

A.    Cream.  Cream, c-r-e-a-m, cream.

Q.    Do you own or rent?

A.    I own.

Page 35

Q.    And do you pay -- actually, I'm sorry -- strike that.

Do you have a mortgage on the home?

A.    Yes, I do.

Q.    Do you pay mortgage payments?

A.    Yes, I do.

Q.    How much?

A.    A little bit more than 1300.  I don't remember the exact amount.

Q.    Just to clarify, 1300 a month, a year?

A.    A month.

Q.    Do you have any other expenses related to the house?

A.    Yes.  I have solar panel, solar panel loan.  I think that's it that I can think of.

Q.    Do you pay utilities?

A.    Yes.

Q.    What's the estimated utility costs per month?

A.    The water bill -- used to be $70.  Now it went up.  It fluctuates between 90 to 100.  Gas, electrical.  The electrical used to be covered by the solar panels, but it fluctuates.

Q.    And altogether, how much approximately

Page 36

do you pay in utilities each month?

A.   For the mortgage included or just utilities?

Q.   Just utilities.

A.   I have to do the math.  I don't want to say something inaccurate, but I'll guess $300 a month about, yeah.

Q.   Okay.  Do you receive internet service to your home?

A.   Yes.

Q.   How much do you pay for that a month?

A.   That's my son's.  My son's internet we use.

Q.   Who else lives with you at your home?

A.   You mean as a household or everybody who lives physically there?

Q.   Whoever is physically residing in that home.

A.   Right now my three children, my mom, my daughter-in-law, my granddaughter, and my boyfriend when he comes in and out.

Q.   Can you provide the names and ages of your children.

A.   Yes.  I can provide you with the date of

Page 37

birth because I had --

Q.    We'll take a DOB.  That's fine.

A.    Eric Flores.  He was born in 1995.

Q.    Just to be clear, this is your son?

A.    Yes, my son.  Luis Flores.  He was born in '97.

Q.    And he's also your son?

A.    Yes.  And my son also, Gary McClerking. He was born in 2003.

Q.    And your mother, what is her name?

A.    Maria Louisa Dela Torre.

Q.    Your daughter-in-law, what is her name?

A.    Lizbet Lebon.

Q.    And your granddaughter?

A.    Delilah Flores.

Q.    How old is your granddaughter?

A.    3.  She's going to turn 4.

Q.    What are some of the chores that are required around your home?

A.    Cooking, cleaning.  I guess it should be the same for every home.  Cooking, cleaning, doing my laundry.

Q.    In terms of cooking and cleaning -- or actually specifically with cleaning, can you just

Page 38

be a little bit more specific what do you clean?

A. I don't do much cleaning. Right now I dust things in my room. I try to stretch my hands by hand-washing some of my stuff, like, kind of the stretches I learned on therapy. So hand-wash whatever I can to try to keep my hands active. But as far as the vacuuming and all that stuff, my kids take care of it.

Q. What about mowing the lawn?

A. No, I don't do that ever.

Q. What about decorating?

A. Once in a while. Every Christmas. I put some stuff for Halloween, also, but it's nothing heavy, nothing major.

Q. When you say that you decorated, you specifically were the one who was actually decorating?

A. No. Both of us, me and my daughter-in-law or my granddaughter, you know, putting things in the yard.

Q. Okay. And what were you putting in your yard?

A. How do you call those flat figures you just stick in the ground? Like this

Page 39

(demonstrating). They have two metal posters, you put them there.

Q. And just to clarify, that was you who was sticking those posters into the ground?

A. It was a group of us, yes.

Q. What specifically would you decorate?

A. What was that?

Q. What would you, specifically you by yourself, what would you decorate?

A. Sometimes I couldn't wait for the rest of them, and I would put little like Christmas spheres -- how do you call -- the fake snow. I don't know how to say it. I know how to say it in Spanish. The long wire that mimics snow.

MR. WAX JACOBS: Let's mark this as Exhibit 6.

(Defendant's Exhibit 6 was marked for identification.)

BY MR. WAX JACOBS:

Q. I just handed you a still from a video which was taken outside of 653 Wing Street. Do you recognize what's indicated or what's shown on the photo?

A. My home and ugly wires in front of them.

Q. I'm sorry the wires are ugly. Can you

Page 40

just describe your home for the record, please.

A.     Two-story home with a set of steps in front.  Yeah.

Q.     Is there a garage attached to it?

A.     It's in the -- it's kind of weird.  It's attached, but it's -- really it should be detached, but it's part of the house.

Q.     So you have a garage?

A.     An unusable garage, yeah.

Q.     Okay.  Is there a driveway attached or connected to the garage?

A.     Yeah.

Q.     Do you own a car?

A.     Yes.

Q.     What kind of car?

A.     Honda Pilot.

Q.     Who owns it specifically?  Is it you, or is it one of your family members?

A.     The car is under my name, but everybody uses it.  It is under my name.

Q.     And what color is the Honda Pilot?

A.     Black.

Q.     What year?

A.     2011.

Page 41

MR. WAX JACOBS: I'm going to hand you -- I'm going to mark these as Exhibit 7.

(Defendant's Exhibit 7 was marked for identification.)

BY MR. WAX JACOBS:

Q. So Defendant's Exhibit 7 has six photographs in it. These are stills taken from a video outside of your home. Do you recognize the location?

A. Yes.

Q. Do you recognize the car?

A. Yes.

Q. Can you please describe what is happening in those photos.

A. So the car is parked in front of the garage in the first picture. The second picture, I'm getting out of the car. Third picture, again I'm getting out of the car. The fourth picture, I have two bags full of bags, two bags full of bags, grocery bags. Did I say it right? And I'm putting them in the -- it should be the recycle bin, but it's, like... The following picture is me getting in the truck. And the last picture is me with Christmas decorations.

Page 42

Q.    If you could just turn back to the second picture, please.  Who is in that picture?

A.    Myself.

Q.    Are you holding anything?

A.    I believe that's my -- the papers from physical therapy in a folder.

Q.    Is there anything else in your hand?

A.    My car keys.

Q.    And which hand are you holding your papers and keys in?

A.    Is this picture inverted or is it normal?

Q.    Well, I mean, that's a normal representation.

A.    I can't tell.  When you take selfies, it gets inverted.

MR. PINE:  It's not inverted.

BY MR. WAX JACOBS:

Q.    From your recollection, is that a fair and accurate representation of what was occurring on that day?

A.    I can't really -- I don't see any date. But what I can see, I'm holding a folder, and I'm guessing that's my physical therapy documents

Page 43

because I use the gold folder for that.

Q. Assuming that the picture isn't inverted, what hand are you holding your documents in?

A. I'm pressing the documents against my chest, so it's not holding. How do you say...

Q. What hand are you using to hold the documents up to your chest?

A. According to this picture, I'm going to say it's the left.

Q. And what are you doing with your right hand?

A. It's in the air.

Q. And can you go to the next picture, please.

A. What was that?

Q. Next picture, please. In this picture what are you doing with your right hand?

A. Holding the door.

Q. Are you holding it or are you grasping it?

A. It looks like I'm holding it, from the picture.

Q. Can you describe how you're holding it?

Page 44

A.    Do I have to stand up?

Q.    You can do whatever you feel comfortable doing.

A.    So I guess I'm holding it from the side.

Q.    So your fingers are wrapped around the door?

MR. PROBST:  Objection; leading.

MR. WAX JACOBS:  I'll strike that.

BY MR. WAX JACOBS:

Q.    Are your fingers wrapped around the door?

A.    I'm going to say I'm grabbing the door.

Q.    And next picture.  In the next picture what are you doing in that?

A.    What am I doing?

Q.    Yeah.

A.    I have two bags full of other bags from the grocery.  And it looks like I'm placing them in the wrong bin.  It should be the recycle.

Q.    Okay.  Which hand are you using to hold the groceries?

A.    It's not groceries.  It's bags.

Q.    I apologize.  The bags.

A.    Empty bags inside all the bags.

Page 45

Q.    Which hand are you using to hold the bags?

A.    The left one.

Q.    And what are you doing with your right hand?

A.    I'm holding the lid for the garbage bin.

Q.    Can you go to the next picture, please. Who is in that picture?

A.    I'm going to say it's myself.

Q.    If you can just speak loudly for the court reporter.

A.    Myself.

Q.    Okay.  Thank you.

      And what are you doing in that picture?

A.    I'm standing in front of the door.

Q.    Do you have anything in your hands?

A.    It looks like my car keys.

Q.    And what are you doing with your car keys?

A.    Probably pressing on the remote to open the door.

Q.    Are you inserting the keys into the lock?

Page 46

A.    I can't tell by this.

Q.    Which hand are you holding the car keys in?

A.    I can't really tell if it's the left one or the right.  You can see here the car keys are here.  I can't tell.

Q.    Okay.  Can you go to the next picture, please.  Who is in this picture?

A.    Appears to be myself.

Q.    What are you doing in this picture?

A.    Getting out of the truck.

Q.    Are you doing anything else?

A.    It looks like I have some Christmas decorations.

Q.    Okay.  And are the Christmas decorations in any sort of bag?

A.    Yes, they look like they're in a bag.

Q.    Are you holding the bag?

A.    I want to say yes.  Even though it's not clear in the picture, I want to say yes.

Q.    Well, the bags are in the picture?

A.    What do you mean?

Q.    The bags are in the picture, correct?

A.    Yes, yes.

Page 47

Q. Okay. And they're raised above the ground?

A. Yes, a little.

Q. Okay. And are they hanging on anything?

A. Not that I can tell.

Q. So the only way for them to be hanging in the air like that would be for you to hold them?

MR. PROBST: Objection; leading.

THE WITNESS: I can't tell here.

BY MR. WAX JACOBS:

Q. If you were hanging -- excuse me. Strike that.

If you were holding the bag, which hand were you holding the bags with in this picture?

A. I'm going to say the left because I don't know if the picture is inverted or not, but it looks like the left.

Q. Assuming that this picture isn't inverted, which hand?

A. The left.

Q. Thank you.

And are you raising the bags above your shoulders in this picture?

Page 48

A.    I can't really tell.  I can't tell.  I don't know if this is part of the bag or is the gloss of the door.  If you show me the video, I can tell more clear.

Q.    Assuming that the bags aren't hanging on anything and you're holding them with your left hand, are they being raised above your shoulders?

A.    I can't tell.  If you show me the video I'll be able to tell.

Q.    Okay.  Can we just talk about the nature of your disability.  So in 2019 you state that you are disabled?

A.    I don't know word exactly.  In 2019 I was working extremely long hours as usual.  I was always in pain, always had to shake my hands.  I left for lunch one day, and I went straight to my doctor because I couldn't take the pain anymore.  It got to the point that I was typing and tears were coming out of my eyes without me even crying because the pain was so intense.

So I went to the doctor and he told me what are you doing, your tendon is so inflamed.  And I'm like I was -- I came to see you a year ago, you took x-rays and the x-rays were normal.  So I

think I was just overreacting. So I went -- I was -- after the x-rays, I was at work for a whole year until I couldn't take it anymore. So I went to my doctor and he said you have tennis elbow, you have probably tears in your tendons. So that was my first initial take.

After that, I went to HR and I told them I went to my doctor and he said that I have this. So I requested again for help. I was always telling them I was behind, I was never able to get caught up. But, again, it was never in the budget. So what I had to do is do my best to just push the work out. After that, I went to get an EMG. And the EMG, it showed that I also had carpal tunnel in both hands and ulnar neuritis. Ulnar neuritis, I think. I can write it out for you, but I can't pronounce it.

So that's how it all started. And I thought HR was going to send me to their clinic. So they advised me to keep using my regular doctor, which I did. I continued seeing my doctor and give updates to HR. And then HR fill out the workman's comp, and I tried to keep them updated as much as possible. So after that I had a pain injection,

Page 50

and I thought that was going to be the end of it. But it didn't work out as well as I was, you know, hoping to do it.

So I went back to my doctor, and he said I probably need three more shots because the damage on my elbow was bad. I got scheduled for carpal tunnel release, and that's where, I mean, everything was going down the drain because I went back to work with restrictions. The first time they were able to meet my restrictions, which was working no more than 8 hours a day. So we're okay until my manager -- HR came and grabbed me and said my manager said that I was leaving early all the time.

So I went to HR, and I'm like can you show me what day I left early. So he looked at his computer. The first day I left, I worked nine hours. The second day, I worked 8.25 hours. The third day, I'm going to say 8.50 hours. So I never left before eight hours. And I only did it because I was so much in pain. So I continued working like that until the pain was not getting any better even with the shots.

Q. When you said that you were diagnosed

Page 51

with elbow tendinitis and carpal tunnel, was it in your right arm or your left?

A. I first got diagnosed with the tennis elbow. That was the very first day. So then he send me to a specialist for EMG. When I got the EMG done, that confirmed that I had carpal tunnel in both hands, even though this was the one was hurting me the most.

Q. I'm sorry. If you can verbalize which hand you're talking about.

A. The right hand is the one hurting me the most, but mostly the pain was concentrated on my elbow. So the elbow was overtaking everything. And the morning I felt like the tingling and, you know, but I was -- the elbow was the most painful thing that I was putting my -- I guess it was grabbing my whole attention.

Q. And when you said your elbow, which arm?

A. My right elbow.

Q. Okay. Do you have any pain in your left arm and left hand?

A. At that time I had some pain, but, again, the pain in my elbow was grabbing all of my attention. And this other hand, the left hand, I

Page 52

was massaging it, stretching it, you know.  So it was feeling a lot -- the right one was the worst one.  And even though I had pain in my left arm, I was overlooking it because I was concentrating on my elbow the most.

Q.    So would it be painful for you to lift things with your right arm?

A.    Yes.

Q.    What about your left arm?

A.    Not as painful, but there was something nagging me there.  But not as painful as the right arm.

Q.    Still painful?

A.    Yes.

Q.    What about pushing and pulling things with your right arm?

A.    After I went to HR, I was not able to like push things, especially boxes.

Q.    Let me rephrase the question.  Was it painful for you to push or pull things with your right arm?

A.    If we're talking about repetitive movement at work, yes, it was painful.  If I had to go to the warehouse and grab a pallet that was, I

Page 53

don't know, 6 feet tall, it would be very painful for me to grab one box and put it in another pallet like I used to at the beginning. So I had to request the help.

Q. What about your left arm?

A. Again, I felt something nagging with my left arm, but my right arm was the one screaming and yelling at me.

Q. Do you have full use of your hands and your fingers?

A. I'm going to say -- as of right now?

Q. As of 2019.

A. I have limited use.

Q. I'm sorry. Just to clarify, you had limited use?

A. I have.

Q. So in 2019 you had limited --

A. Yes.

Q. And what about in 2021; was there any change in the amount of pain you were feeling?

A. The change that I can recollect, I went to several sessions of occupational therapy and physical therapy when they showed me glides and stretches and how to use my hands correctly without

Case: 1:22-cv-07059 Document #: 79 Filed: 02/10/25 Page 54 of 110 PageID #:694

Page 54

causing more harm to myself. So the change is I was educating myself, I was learning how to properly use my hands.

Q. Let me rephrase the question. Between 2019 and 2021 did you experience an increase or decrease in the pain that you were feeling in your right arm?

A. In my right arm, after my work could not accommodate my restrictions because we went from eight-hour restrictions to four-hour restrictions, after they told me they could not accommodate me and then my doctor added speak to a dragon device instead of talking -- instead of typing. I'm sorry. And there was another tool I can't recollect, but he said to minimize the typing. Because I showed my doctor that my personal record working hours in one day was 21 hours, going home, trying to sleep two, three hours, going back again for another 18.

Q. So you went out on disability in 2019; is that correct?

A. Only because my employer said they could not accommodate me.

Q. So from the point in which you went out

Page 55

on disability until the end of 2021, December of 2021, did the pain in your arm increase or decrease?

A.   I can't really say that I got better, but I was really trying exercising my hand, stretching.  Everything I didn't do before I got hurt, I was trying.

Q.   So when you said that you can't say it got better, did it get worse?  Did it stay the same?

A.   I know it didn't get worse because I know I wasn't typing all the crazy hours I work. But I knew I needed surgery for it because of pain injections, the steroid injections were not enough. So I knew I was going to need surgery.

Q.   So in 2021 it would be painful for you to lift something that was heavy?

A.   Yes.

Q.   What about grabbing something and moving it from one place to the other; would that be painful?

A.   Yes.  Something heavy, yes.

MR. WAX JACOBS:  Defendant's Exhibit 8 is five pictures.

Page 56

(Defendant's Exhibit 8 was

marked for identification.)

BY MR. WAX JACOBS:

Q. Ms. Dela Torre, do you recognize the location?

A. I'm going to say in front of the garage.

Q. Just to be clear, in front of your garage?

A. Yes.

Q. Okay. And who is that in the picture?

A. I can't really tell.

Q. The person in the picture -- in the series of pictures, excuse me, what are they doing?

A. I don't know if it's grabbing the garbage, the recycle bin.

Q. In the first picture are you -- I'm sorry. Is the person standing in front of your garage door?

A. I believe so.

Q. Okay. In the second picture are they still standing there?

A. Yes.

Q. Third?

A. Yes.

Page 57

Q.   And the fourth?

A.   Hold on.  Did you say third or --

Q.   My last question was the third picture.

A.   Okay.  Yes.

Q.   And in the fourth?

A.   There's no one standing there.

Q.   I'm sorry.  Strike that.  If you can go back to the third picture one second.  Is the garage door open or shut?

A.   Shut.

Q.   Okay.  And if you can go to the fourth picture.  Is the garage door open or shut?

A.   Half open.

Q.   Okay.  And in the fifth picture is the garage door open or shut?

A.   A little more than half open.

Q.   So the door is being opened in the series of pictures you're looking at; would that be fair to say?

A.   Yeah.

Q.   And the person in that picture is opening the door?

A.   What do you mean?

Q.   Is the person in that picture the one

Page 58

that's opening that door?

A.    Well, I don't recall this specific thing, but the garage opener was broken.  So sometimes it wouldn't open.  Sometimes I had to give it a little push open.  So I don't really recollect this specifically.  I don't know if the garage was -- can you just show me the video?

Q.    So if the -- you said the garage remote was broken.  How would you open the door?

A.    It would get stuck.  It would get stuck, and I would have to -- whoever was opening it would have to give it a little push.

Q.    So you would have to manually open the door?

A.    Yeah.  Whenever it gets stuck, yes.

Q.    And you manually open the door by lifting it?

A.    Whenever the garage opener got stuck, I would have to give it a push.

Q.    All right.  Let me try this.  The door, it lifts up; is that correct?

A.    Yes.

Q.    Okay.  It doesn't push open, right?

A.    No, no, no.  How do you say --

Page 59

MR. PROBST:  Objection; asked and answered.

THE WITNESS:  I say it in Spanish, it's easier for me.  So whenever the garage would get stuck, you would have to, like, manually help it.  I don't know how to say it in English.

BY MR. WAX JACOBS:

Q.    Just to clarify, what we're trying to figure out here, you keep saying you have to push the door open.  And I am trying to determine whether or not you are pushing it or if you are lifting it.  Do you understand the distinction between the two?

A.    Well, lifting is when you lift.  And other is pushing up.

Q.    Okay.  So you're pushing up, so you were pushing up in that picture?

A.    I can't really tell until I see the video.

Q.    But the only way to open the door would be to push the door up?

A.    When the garage door opener got stuck, and sometimes I would do it with my knee.  But in this specific, I don't recollect.  Can you show me the video?

Page 60

Q.    And in that picture, assuming that's not inverted, if you can flip to the fifth one in the series -- I'm sorry, the fourth one in the series, which arm is the person using to push the door up?

A.    What was that?  What's your --

Q.    Which arm is the person using to push the door up?

A.    I can't really tell.

Q.    What's in the person's left arm?

A.    Some bags.

Q.    Okay.  So the only free hand would be the right hand; is that correct?

A.    Well, technically, if I put the bags hanging on my shoulder, I would have this hand, too, so -- because I always try to reposition the bags to hang on my shoulder so I don't have to grab them.  And as you can see here, the bags are hanging from this part of my left elbow.  So I would have this hand free, too.  So by looking at the picture, it's very hard to tell you if I use both hands or one hand.

MR. WAX JACOBS:  I'd like to enter this as Defendant's Exhibit 9.

Page 61

(Defendant's Exhibit 9 was

marked for identification.)

BY MR. WAX JACOBS:

Q.    Ms. Dela Torre, there are two photos in Defendant's Exhibit 9.  Do you recognize those two photos?

A.    Yes.  It's in the front, the front lawn.

Q.    And who, if anyone, is in those photos?

A.    I'm going to say it's myself.

Q.    Okay.  And what are you doing in those photos?

A.    I believe I am putting the recycle bins in their place.

Q.    Okay.  And in the first photo, you're moving the recycle bin with which hand?

A.    It looks to be the right one.

Q.    Okay.  And are you grasping the recycle bin with your right hand?

A.    I can't tell.

Q.    Well, how would you move the recycling bin from one place to the next?

A.    Well, the recycling bin is a bin, it's got two huge wheels.  So it's got a handle. Sometimes I would stick my hand there and just grab

Page 62

it.

Q.   Okay.  And in the second photo, what are you doing in that photo?

A.   It looks like I'm positioning the garbage can into its place.

Q.   Okay.  And which hand are you using for that?

A.   The right one.

MR. WAX JACOBS:  Defendant's Exhibit 10.

(Defendant's Exhibit 10 was marked for identification.)

BY MR. WAX JACOBS:

Q.   All right.  Ms. Dela Torre, there are seven photos that are included in Defendant's Exhibit 10.  Do you recognize those photos?

A.   It's the front of my house.

Q.   Okay.  And who is in that photo -- or in those photos?  Excuse me.

A.   Myself.

Q.   Okay.  And what are you doing in those photos?

A.   I was carrying some Christmas ornaments.

Q.   In which hand?

A.   The left.

Q.    And that's the first photo; is that correct?

A.    Yes.

Q.    All right.

A.    I just would like to mention that the Christmas decorations are hollow.  They're not heavy.

Q.    All right.  Thank you.  In the subsequent photos, the ones after the first one, what are you doing?

A.    I'm not sure if I'm placing some lights or taking them off.

Q.    Placing them where?

A.    In --

MR. PROBST:  You can lead.

MR. PINE:  Nativity scene?

THE WITNESS:  Yes, the nativity scene.

BY MR. WAX JACOBS:

Q.    And this is the nativity scene outside your home?

A.    Yes.

Q.    And how are you hanging the lights?

A.    Left to right.

Q.    Are you using your hands?

Page 64

A.    Yes.

Q.    And where are the lights hanging off?

A.    Some hooks that my -- I don't recall if my boyfriend or my son put in front of the nativity scene.

Q.    So you're stringing the lights along the hooks?

A.    I do not know if I'm putting them on or taking them off, because after that my son went outside and fixed them.

Q.    So you're using your hands to run a wire either on the hooks or to take them off the hooks; would that be fair to say?

A.    Yes.

Q.    Okay.  And are you hanging any other ornaments, as well?

A.    Yeah.  This -- the wording where it says "Merry Christmas" on the side.

Q.    Which hand are you holding the ornament in?

A.    The right one.

Q.    Okay.  And how did you hang that ornament?

A.    What do you mean, how did I?

Page 65

Q.    Did you put it on a hook?  Did you nail it in?

A.    No.  It was -- I believe -- I don't recall if it was hooks already there or screws.

Q.    And you're using your hands to hang these ornaments?

A.    Yes.  But I've got to remind, these are not heavy ornaments.  They're hollow.

Q.    Understood.

So you were experiencing pain in both your hands?

A.    Yes.

Q.    And specifically in your right arm?

A.    Yes.

Q.    Your doctor told you or instructed you not to grasp any objects; is that correct?

A.    But there's a difference grasping objects for eight hours straight than going outside once a year.  I didn't go to my doctor specifically to ask him it was okay to hang the ornaments.  So in my mind, grasping and grabbing at work for eight hours like for repetition throughout a day.

Q.    So in these photos you were grasping objects?

Page 66

MR. PROBST:  Objection; asked and answered.

THE WITNESS:  I'm not sure if it's grasping, grabbing.

BY MR. WAX JACOBS:

Q.    In these photos were you lifting objects?

A.    Not heavy objects.

Q.    Were you lifting objects, regardless of their weight?

A.    I can't really tell, but, I mean, if you show me the video, again.

Q.    Were you using your fingers to manipulate wires in these photos?

A.    I recall this was the time that I couldn't wait for my kids to get home because they were taking forever, and it was very close to Christmas.  But I don't recall if I -- if there were hooks or screws.

Q.    Specifically the wires, were you using your hands to manipulate the wires in order to hang them?

A.    It goes right back -- the wires would have to go in the screws or on the hooks.

Q.    Were you using your fingers to

Page 67

manipulate the ornaments in order to hang them?

A. Well, I remember that day I was practicing what I learned in occupational therapy for correctly lifting objects and stuff. So in my mind, I was doing left, right, the way I would do it in occupational therapy.

Q. So you were engaging in actions that your doctor had informed you not to?

MR. PROBST: Objection; leading.

THE WITNESS: My doctor was very specific on saying working no more than eight hours a day. So...

BY MR. WAX JACOBS:

Q. And in these photos you were engaging in actions that were painful, or what you were describing as painful?

A. Because it was nothing compared to being sitting at a desk typing for eight hours a day. I mean, after my restrictions, this is nothing compared to having to sit at my desk typing all these crazy reports and all this stuff. And, again, I remember this day I was trying to use the techniques I learned in occupational therapy to do it correctly.

Page 68

Q.    Okay.  I'd like to focus on your Social Security applications.  Did you ever apply for Social Security Disability?

A.    Yes, I did.

Q.    When did you apply?

A.    I don't recall the dates.  What I remember is I went physically to the office and it was closed.  So I had to sit in the driveway to call and request an appointment.  Then after that, I was referred to Allsup, which they have partner with Nippon Express, and they represented me.

Q.    What happened to your first application for Social Security?

A.    It was denied.

Q.    Why was it denied?

A.    I don't recall if proper documents were needed, or I don't recall.

Q.    Did you receive any communications from the Social Security Administration regarding your application?

A.    When I requested that -- to turn it in to Allsup, yes.

Q.    Regarding the application that was denied specifically?

Page 69

A.   I don't recall.

Q.   After your application was denied, when did you reapply?

A.   I don't recall.  Because I know I applied the first time and I was brand-new to however that works, and instead of me appealing, I reapplied.

Q.   Approximately when did you reapply?

A.   I don't recall exactly.

Q.   Approximately?

A.   I know it was in 2021.  I don't want to be guessing.

Q.   I'm sorry.  Just to be clear, you said you know it was or was not in 2021?

A.   I'm not sure if it was in 2021.  I would have to look at my records and Social Security.  I don't recall exact date or I don't know even the year.

Q.   What happened to that reapplication?

A.   I turned it in to Allsup.

Q.   What's the status of it?

A.   It's still pending.  Hold on.  Let me get this right.  It's still pending on the second -- can you show him my paper?  It's still

Page 70

pending on the second reconsideration.  I got it.
Yeah.

Q.    I'm sorry.  You said it was the second
reconsideration?

A.    I believe so.  I don't want to guess.
I'm going to say it's pending reconsideration.

Q.    So in order for it to have been a
reconsideration, that meant that your application
had to be denied initially.  Was this application
denied?

A.    Yes.

Q.    The second reapplication was denied?

A.    No.  Well, the first application, I
guess, went down the drain when I reapplied.  And
now this reapplication is the one standing.  I
don't know if it makes sense.

Q.    Okay.  We can move on.  Did you submit
all of your Social Security applications and
documents to DMS?

A.    I submitted whatever was requested of
me, to the best of my knowledge, to the best of my
abilities.

Q.    Were you aware that you were required to
apply and pursue Social Security benefits while --

Page 71

as a -- excuse me.  Strike that.  I apologize.

Were you aware that as part of your eligibility requirements to receive long-term disability you were required to pursue Social Security benefits?

A.    I was made aware of that.  And, again, I was brand-new to all this kind of procedures.  So I was made aware of that when DMS or the disability company was withholding my benefits.  I would give them a call and say is there anything I need to turn in or -- then I was made aware of that then.

Q.    Were you aware that you were required to submit all documents related to your application for Social Security?

MR. PROBST:  Objection; assumes facts not in evidence.

THE WITNESS:  Well, I was turning whatever they were asking me for.

BY MR. WAX JACOBS:

Q.    But my specific question was were you aware you were required to submit all proof that you had applied for and pursued Social Security Disability?

A.    I was made aware of that after the fact.

Page 72

Q.    After what fact?

A.    When my benefits were being withheld.

Q.    When was that?

A.    I don't have any specific date.  I don't recall.

Q.    Did you ever request from the Social Security Administration information regarding why your application was denied?

A.    No, that's what -- I thought that was what Allsup was going to help me do.

Q.    Did they help you?

A.    They're still in the process.  They're still working with my case.

Q.    The first time when your application was denied, did you ever request of the Social Security Administration an answer why?

A.    Again, I'm going to remind you I was brand-new as to all these procedures, and I didn't know I could appeal that.  I guess, instead of appealing, I reapplied.

Q.    When you first applied for Social Security, you were denied?

A.    Yes.

Q.    Did you request from the Social Security

Page 73

Administration a reason for the denial?

MR. PROBST: Objection; asked and answered: No, I thought that's what Allsup was helping me to do.

But feel free to answer that again.

THE WITNESS: Again, I'm brand-new and I'm still learning. That's what I thought Allsup was helping me to do.

BY MR. WAX JACOBS:

Q. Did Allsup help you in that instance request information as to why your disability was denied?

A. Not for the first application. Because once you apply the second time, so the first application kind of -- it's, I guess, in a limbo or it's just denied. So I learned that I should have appealed instead of reapplying.

Q. So just to be clear, Allsup did not assist you and did not request from the Social Security Administration the reason why you were denied the first time?

MR. PROBST: Objection; calls for speculation.

THE WITNESS: Yeah, I don't know exactly what Allsup did. I just know that I turned all

Page 74

information to them and they started working on it. I don't know if they touched the first application. I don't even know if that's possible.

BY MR. WAX JACOBS:

Q. To the best of your knowledge, did they request from the Social Security Administration a request for your denial the first time?

A. I don't recall if they ever mentioned to me -- if they request information on the first application. I would have to call Allsup.

MR. WAX JACOBS: Okay. We can take a break here.

(Short recess.)

BY MR. WAX JACOBS:

Q. Just going back on the record now. Ms. Dela Torre, if I can just call your attention to Defendant's Exhibit 7, 8, 9, and 10. If you can go back to Exhibit 7. In those photos you identified yourself?

A. Yes.

Q. What were you wearing in those photos?

A. Brown jacket.

Q. Is there a hood?

A. Yes.

Page 75

Q.    What kind of hood?

A.    A hood with fur on it, I guess.

Q.    Is that your jacket?

A.    Yes.  Well, I borrowed it from my sister-in-law.  But, yes, on that day this was my jacket.

Q.    Okay.  And was the person in Exhibits 8, 9, and 10 wearing that same jacket?

A.    Yes.

Q.    So that was you in those -- sorry.

A.    Well, we have two of the same, but I'm going to say -- because I know one of the jackets doesn't have the opening in the back and one does, only because my daughter-in-law is more thinner.

Q.    Whose jacket has no opening in the back?

A.    Mine.

Q.    Okay.  Can you go to Exhibit 10.

A.    Yes, I can see the opening in the back here.

Q.    So that's you wearing the jacket?

A.    Yes.

Q.    So that's you in the photos?

A.    Yes.

Q.    Is that you in the photos in Exhibit 9?

Page 76

A. I'm going to say yes.

Q. And in Exhibit 8?

A. Yes.

Q. Okay.

A. I don't see an opening in the back of the jacket on 8, Exhibit 8. If we can look at the video.

Q. Is there anything blocking the view of you in those pictures?

MR. PROBST: Objection; assumes facts not in evidence.

THE WITNESS: I can't tell because here the opening would be in the back, right in the middle of my back. And I don't really see it here. So I know I asked you before, can I see the video.

BY MR. WAX JACOBS:

Q. No, ma'am. Is there a utility pole between you and the camera in this picture?

A. Yes. But not where the opening should be.

Q. Are there garbage cans?

A. Yes. But, again, not where the opening should be because the opening should be in the middle of my back.

Page 77

Q.   There's also something hanging off your shoulder.

MR. PROBST:  Objection; assumes facts not in evidence.

THE WITNESS:  I don't know.

BY MR. WAX JACOBS:

Q.   Do you have a purse?

A.   I do.  It's this one.

Q.   In the photo?

A.   Yes.

Q.   And that purse is off to your side?

A.   Yes.

Q.   And to your back?

A.   Yes.

Q.   Okay.  Thank you.

So you previously identified that this was you in the photo; is that correct?

A.   But now looking at the jacket, I don't know.  I gave my mom a purse, my sister -- my daughter-in-law purse like this.  So I pretty much handed this -- can I just see the video?  I can't really tell.

MR. WAX JACOBS:  All right.  No further questions at this time.

Page 78

MR. PROBST:  Okay.  Just a few questions.

EXAMINATION

BY MR. PROBST:

Q.    Ms. Dela Torre, why haven't you filed taxes -- tax returns for 2020 and 2021 yet?

A.    I have two reasons.  The first one, I did not receive them from DMS.

Q.    You didn't receive what exactly?

A.    I didn't receive the tax documents, the W-2s.

Q.    The W-2s.  Okay.  Do you have them now?

A.    I requested them, and they didn't send them to me.  I believe they sent them to your office W-2s.

Q.    So you have them now?

A.    Yes.

Q.    And how did you come to obtain them?

A.    After sending several requests by e-mail.

Q.    You sent e-mail requests to whom?

A.    I believe it was Nicole Vitsa (phonetic).

Q.    And what did you request from -- does Nicole work for DMS?

Page 79

A.    I believe so.

Q.    And what, again, did you request from Nicole?

A.    Any tax documents for the year, whatever, 2020, 2021.

Q.    And do you have a rough idea as to when you sent those e-mails?

A.    The last ones I remember pretty clearly, they were probably like two, three months ago.

Q.    Okay.  And then those were the most recent requests?

A.    Yes.

Q.    And did she respond by sending them to you?

A.    No.

Q.    And do you have a rough idea as to when you first requested the 2020 W-2?

A.    At the beginning of the tax season for 2020 and 2021.

Q.    So close to the time that you expected to receive them?

A.    Yes.

Q.    And you now have them, I believe you said, correct?

Page 80

A.    Yes.

Q.    And how did you come to receive them?

A.    I believe DMS sent them to your office.

Q.    And then did you receive them from our office?

A.    Yes.

Q.    So you now have them?

A.    Yes.

Q.    So you're now able to file your tax returns for 2020 and 2021?

A.    Yes.

MR. PROBST:  Okay.  Thank you.  That's all I have.  Thank you.

FURTHER EXAMINATION

BY MR. WAX JACOBS:

Q.    So just quickly to follow up on that. Have you filed your tax returns for 2020 and 2021 yet?

A.    Made an appointment but I haven't filed them yet.

Q.    When is that appointment for?

A.    The 25th of next month.  Yes, 25th next month.

MR. WAX JACOBS:  That's all I have.

Page 81

MR. PROBST:  We'd like to read.

COURT REPORTER:  Did you want to order the transcript?

MR. WAX JACOBS:  Yes.

COURT REPORTER:  And did you want a copy, Mr. Probst?

MR. PROBST:  Yes.

FURTHER DEPONENT SAITH NAUGHT

(Proceedings concluded at

11:57 a.m.)

Page 82

STATE OF ILLINOIS )
                   )  SS:
COUNTY OF COOK     )

I, Valerie M. Calabria, CSR, RPR, do hereby certify that GRACIELA DELA TORRE was duly sworn by me to testify the whole truth, and that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that the said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was not waived, and that the deposition was submitted to Mr. Kevin Probst, plaintiff's counsel, for signature. Pursuant to Rule 30(e) of the Federal Rules of Procedure, if deponent does not appear or read and sign the deposition within 30 days, the deposition may be used as fully as though signed, and this certificate will then evidence such failure to appear as the reason for signature not being obtained.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June, A.D. 2023.

*Valerie Calabria*

Valerie M. Calabria, CSR, RPR
Illinois CSR License 084-003928

Page 83

Veritext Legal Solutions

1100 Superior Ave

Suite 1820

Cleveland, Ohio 44114

Phone: 216-523-1313

June 8, 2023

To: Kevin Probst, Esq.

Case Name: Dela Torre, Garciela v.
Nippon Life Insurance Company of America

Veritext Reference Number: 5911748

Witness: Graciela Dela Torre     Deposition Date: 5/24/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

Page 84

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5911748
CASE NAME: Dela Torre, Garciela v.
Nippon Life Insurance Company of America
DATE OF DEPOSITION: 5/24/2023
WITNESS' NAME: Graciela Dela Torre
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
I have made no changes to the testimony
as transcribed by the court reporter.


_____          _____
Date                      Graciela Dela Torre
Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
Statement; and
Their execution of this Statement is of
their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20_____.


_____
Notary Public
_____
Commission Expiration Date

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5911748
CASE NAME: Dela Torre, Garciela v.
                Nippon Life Insurance Company of America
DATE OF DEPOSITION: 5/24/2023
WITNESS' NAME: Graciela Dela Torre

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_____          _____
Date                       Graciela Dela Torre

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections
        in the appended Errata Sheet;
They signed the foregoing Sworn
        Statement; and
Their execution of this Statement is of
        their free act and deed.

I have affixed my name and official seal this _____ day of_____, 20____.

_____
Notary Public

_____
Commission Expiration Date

Page 86

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 5911748

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____      _____

Date                     Graciela Dela Torre

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

_____

Notary Public

_____

Commission Expiration Date

**[07059 - accordance]**

**0**

**07059**   1:5
**084-003928**
   2:24 82:21

**1**

**1**   3:10 7:18,19
   32:13
**10**   3:19 62:9,10
   62:15 74:17
   75:8,17
**100**   35:21
**10017**   2:8
**1051**   1:14
**11**   3:11
**1100**   83:1
**11:57**   81:10
**1202**   2:3
**13**   3:12
**1300**   35:8,10
**140**   23:4
**1600**   2:3
**18**   54:19
**1820**   83:2
**1995**   37:3
**19th**   8:12
**1:22**   1:5

**2**

**2**   3:11 11:21,22
   32:10,11 79:17
**20**   84:16 85:22
   86:22
**2003**   37:9
**2011**   40:24

**2019**   8:14,24
   10:1 48:11,13
   53:12,17 54:5
   54:20
**2020**   8:17 78:5
   79:5,17,19
   80:10,17
**2021**   8:19 33:3
   33:3,22 53:19
   54:5 55:1,2,16
   69:11,14,15
   78:5 79:5,19
   80:10,17
**2022**   8:21
**2023**   1:15
   82:17 83:4
**21**   54:17
**216-523-1313**
   83:3
**2201**   2:7
**24**   1:15
**25th**   80:22,22
**26**   3:13
**27**   3:14
**29898**   82:20
**2s**   8:24 10:1
   78:10,11,14

**3**

**3**   3:12 13:18,19
   37:17
**30**   82:9,10
**300**   36:6
**305.754.2000**
   2:4

**33134**   2:3
**39**   3:15

**4**

**4**   3:13 26:11,12
   37:17
**41**   3:16
**425**   1:14
**44114**   83:2

**5**

**5**   3:4,14 27:3,6
**5/24/2023**   83:9
   84:3 85:3
**50**   21:14
**56**   3:17
**5911748**   83:8
   84:2 85:2 86:2

**6**

**6**   3:15 39:15,16
   53:1
**61**   3:18
**62**   3:19
**646.630.4923**
   2:8
**653**   34:14
   39:20
**666**   2:7

**7**

**7**   3:10,16 41:2
   41:3,6 74:17
   74:18
**70**   35:20
**78**   3:5
**7th**   82:17

**8**

**8**   3:17 50:11
   55:23 56:1
   74:17 75:7
   76:2,6,6 83:4
**8.25**   50:18
**8.50**   50:19
**80**   3:6

**9**

**9**   3:18 60:23
   61:1,5 74:17
   75:8,24
**90**   35:21
**97**   37:6
**9:55**   1:15

**a**

**a&c**   4:20
**a.d.**   82:17
**a.m.**   1:15 81:10
**abilities**   12:23
   70:22
**able**   25:7 48:9
   49:10 50:10
   52:17 80:9
**above**   31:15,20
   31:21 32:9,13
   47:1,23 48:7
   83:17
**accepts**   29:9
**accommodate**
   54:9,11,23
**accordance**
   7:23 84:5 85:5

**[accurate - attention]**

| | | | |
|---|---|---|---|
| **accurate** 5:22 13:1,3 14:7 26:24 33:22 42:20 | **ages** 36:22 | **appeal** 72:19 | **approved** 12:15 |
| | **ago** 48:23 79:9 | **appealed** 73:17 | **approximately** 35:24 69:8,10 |
| | **agronomy** 14:12,12,15,16 25:24 | **appealing** 69:6 72:20 | **april** 33:3 |
| **accurately** 13:5 | | **appear** 82:10 82:12 84:11 85:15 | **arbitrary** 4:19 |
| **acknowledge** 84:11 85:16 | **air** 43:13 47:7 | | **arm** 51:2,18,21 52:3,7,9,12,16 52:21 53:5,7,7 54:7,8 55:2 60:4,6,9 65:13 |
| | **airplanes** 16:3 | **appearances** 2:1 4:3 | |
| **act** 84:14 85:20 | **allsup** 68:10,22 69:20 72:10 73:3,7,10,18,24 74:10 | | |
| **action** 4:15,20 82:15 | | **appeared** 2:5 2:10 | |
| | | **appearing** 4:8 | **asked** 6:23 9:2 9:3,11,14 10:6 12:20 33:17 59:1 66:1 73:2 76:15 |
| **actions** 67:7,15 | **altogether** 35:24 | **appears** 46:9 | |
| **active** 38:6 | | **appended** 85:11,18 | |
| **actually** 35:1 37:24 38:16 | **america** 1:6 2:6 2:12 4:5 83:7 84:3 85:3 | **application** 68:12,20,23 69:2 70:8,9,13 71:13 72:8,14 73:13,15 74:2 74:10 | |
| **added** 54:12 | | | **asking** 71:18 |
| **addition** 25:10 | **amount** 35:9 53:20 | | **aspect** 33:9 |
| **address** 34:13 83:16 | | | **assignment** 84:2 85:2 86:2 |
| | **answer** 5:17 6:4,6,11,13,19 6:22,23 7:6 10:20 12:16 27:13 72:16 73:5 | **applications** 68:2 70:18 | |
| **administration** 68:19 72:7,16 73:1,20 74:6 | | | **assist** 73:19 |
| | | **applied** 26:1 69:5 71:22 72:21 | **assumes** 71:15 76:10 77:3 |
| **administrative** 4:24 | | | |
| **administrator** 12:18 13:12 27:10 28:19 | **answered** 9:2 10:6 33:17 59:1 66:1 73:2 | **applies** 4:19 | **assuming** 43:2 47:19 48:5 60:1 |
| | | **apply** 68:2,5 70:24 73:14 | |
| **adopt** 32:24 | **answers** 5:21 6:1 9:19 | | **attached** 40:4,6 40:10 85:7 |
| **adverse** 4:22 5:1 | | **appointment** 29:11 68:9 80:19,21 | |
| | **anymore** 48:17 49:3 | | **attendance** 17:3,9,15 |
| **advice** 7:5 34:3 34:6 | | | |
| | **apologies** 14:14 | **appropriate** 8:8 9:8 31:19 | **attending** 28:23 |
| **advised** 49:20 | **apologize** 18:15 44:23 71:1 | | **attention** 51:17 51:24 74:16 |
| **affixed** 84:15 85:21 | | | |

**[attorney - carry]**

**attorney** 4:4
6:5 7:4,5 9:6
10:10 11:17
82:14,14
**authorization**
28:10,12
**authorize**
85:11
**authorized**
28:18
**automatic**
20:19
**automatically**
18:24
**ave** 83:1
**avenue** 2:7
**aware** 12:11,17
12:19,24 13:10
70:23 71:2,6,8
71:11,12,21,24

**b**

**back** 17:13,15
17:18,19 19:5
24:11 42:1
50:4,9 54:18
57:8 66:22
74:15,18 75:13
75:15,18 76:5
76:13,14,24
77:13 83:16
**background**
14:12,19
**bad** 50:6
**bag** 46:16,17
46:18 47:13

48:2
**bags** 41:19,19
41:19,19,20
44:17,17,22,23
44:24,24 45:2
46:21,23 47:14
47:23 48:5
60:10,13,16,17
**balance** 32:7
**barcode** 18:23
19:13
**barrier** 25:4
**basically** 20:2
**basics** 19:15
**beginning** 16:8
53:3 79:18
**begins** 4:13
**behalf** 2:5,10
4:8
**believe** 8:12
18:10,12 22:2
42:5 56:19
61:12 65:3
70:5 78:13,21
79:1,23 80:3
**benefits** 4:22
5:1 12:4,9,13
13:13 70:24
71:5,9 72:2
**bensenville**
16:12
**best** 12:23 13:2
16:21 26:21
34:7,10 49:12
70:21,21 74:5

**better** 33:6
50:22 55:4,9
**bill** 35:20
**bin** 41:21 44:19
45:6 56:15
61:15,18,21,22
61:22
**bins** 61:12
**birth** 37:1
**bit** 7:16 23:2,20
35:8 38:1
**black** 40:22
**blocking** 76:8
**born** 37:3,5,9
**borrowed** 75:4
**boss** 17:11
**bottom** 28:16
29:19 30:4
**bought** 22:23
**boulevard** 2:3
**box** 53:2
**boxes** 23:16
24:3 52:18
**boyfriend**
36:20 64:4
**brand** 69:5
71:7 72:18
73:6
**break** 6:22,24
74:11
**briefly** 12:10
**bring** 7:24 8:2
8:14,15,24
9:15,21 10:1,4
10:21 19:1

**broken** 58:3,9
**brought** 9:4,4
10:13,20 24:23
**brown** 74:22
**budget** 49:11
**buy** 22:20

**c**

**c** 18:3 34:22
**ca** 83:24
**calabria** 1:13
2:24 82:3,21
**call** 17:20
21:17 24:11
38:23 39:12
68:9 71:10
74:10,16
**called** 1:9 5:5
**calls** 73:22
**camera** 76:18
**cans** 76:21
**capable** 26:7
**capricious** 4:19
**car** 40:13,15,19
41:11,15,17,18
42:8 45:18,19
46:2,5
**care** 38:8
**cargo** 19:1,1
21:16,18 23:4
23:15
**carpal** 33:10
49:14 50:7
51:1,6
**carry** 22:16
31:14,17,18

**[carry - copier]**

32:5

**carrying** 62:22

**case** 5:10 72:13 83:6 84:3 85:3

**caught** 25:6,8 49:11

**causing** 54:1

**certain** 7:24 10:11 12:11,18 25:6

**certificate** 82:11 85:11

**certification** 84:1 85:1

**certify** 82:3,7 82:13

**change** 24:13 53:20,21 54:1 83:14,15 85:8 86:3

**changed** 20:3 24:15 33:5,15

**changes** 83:13 84:7 85:7,9

**check** 17:9 18:20 20:6,7 20:13 23:15,24 24:9,10,18 31:19

**chest** 43:6,8

**chicago** 15:22 15:24 16:1

**children** 36:19 36:23

**chores** 37:18

**christmas** 38:12 39:11 41:24 46:13,15 62:22 63:6 64:18 66:17

**circuits** 16:2

**civil** 1:11 84:5 85:5

**claim** 28:6

**clarification** 7:12

**clarified** 9:6

**clarify** 6:10 7:7 7:13 10:7 33:14 34:20 35:10 39:3 53:14 59:7

**clean** 38:1

**cleaning** 37:20 37:21,23,24 38:2

**clear** 5:16 6:9 7:4 9:24 37:4 46:20 48:4 56:7 69:13 73:18

**clearly** 6:5 11:2 79:8

**clerical** 17:4

**clerk** 16:23 17:1 23:8

**cleveland** 83:2

**click** 20:19,19 21:1,5

**clicking** 20:21 20:22

**client** 10:13

**climb** 32:7

**clinic** 49:19

**close** 66:16 79:20

**closed** 68:8

**color** 34:18 40:21

**columns** 31:19

**come** 78:17 80:2

**comes** 36:21

**comfortable** 44:2

**coming** 21:16 48:19

**commission** 84:19 85:25 86:25

**communicate** 5:17

**communicati...** 68:18

**comp** 49:23

**company** 1:6 2:6,12 4:5 16:2 16:13 18:1 22:1,21 71:9 83:7 84:3 85:3

**compared** 67:17,20

**complete** 26:22

**completed** 26:20 83:16

**computer** 17:13 20:22 21:5 22:8,13 22:15 23:6 50:17

**computerized** 82:5

**concentrated** 51:12

**concentrating** 52:4

**concluded** 81:9

**condition** 6:17

**confirmed** 51:6

**connected** 40:11

**consistent** 23:23

**constitutes** 82:6

**containers** 20:10,12

**continued** 49:21 50:21

**cook** 82:2

**cooking** 37:20 37:21,23

**coordinate** 21:20

**coordinator** 20:2,20 21:10

**copier** 19:15

**[copy - deposition]**

Page 5

| | | | |
|---|---|---|---|
| **copy** 23:10 81:5 | **crops** 14:18 | **de** 2:3 | **degree** 15:6 25:24 |
| **coral** 2:3 | **crying** 48:19 | **dear** 83:10 | **dela** 1:3,9 3:3 |
| **correct** 9:23 13:4 21:6 22:8 30:19,22 31:1 31:6,10,12,16 33:1,2,19 46:23 54:21 58:21 60:12 63:2 65:16 77:17 79:24 | **csr** 1:13 2:24 82:3,21,21 | **december** 55:1 | 4:9,13 5:4 11:3 26:15 37:11 56:4 61:4 62:13 74:16 78:4 82:3 83:6 83:9 84:3,4,9 85:3,4,13 86:20 |
| | **cv** 1:5 | **decision** 4:23 5:2 | |
| | **d** | **decorate** 39:6,9 | |
| | **dabdoub** 2:2 4:7 | **decorated** 38:15 | |
| | **daily** 17:3 | **decorating** 38:11,17 | **delilah** 37:15 |
| **corrections** 83:13 85:17 | **damage** 50:6 | **decorations** 41:24 46:14,15 63:6 | **deliver** 17:17 |
| **correctly** 53:24 67:4,24 | **data** 17:3 18:21 21:11 22:1 | | **demonstrating** 39:1 |
| **costs** 35:18 | **date** 14:8 33:3 33:12 36:24 42:22 69:17 72:4 83:9 84:3 84:9,19 85:3 85:13,25 86:20 86:25 | **decrease** 54:6 55:3 | **denial** 73:1 74:7 |
| **counsel** 9:7 82:9,14,15 | | **deed** 84:14 85:20 | **denied** 68:14 68:15,24 69:2 70:9,10,12 72:8,15,22 73:12,16,21 |
| **county** 82:2 84:10 85:15 | | **deemed** 83:20 | |
| | | **defendant** 1:7 1:10 4:4,13,15 4:17,18,21,24 8:6 11:1 | |
| **couple** 15:19 21:9 | **dates** 68:6 | | |
| | **daughter** 36:20 37:12 38:19 75:14 77:20 | **defendant's** 4:24 7:18,19 8:10 9:10 11:6 11:20,22 13:18 13:19 26:11,12 27:3,6 39:16 41:3,6 55:23 56:1 60:23 61:1,5 62:9,10 62:14 74:17 | **department** 83:22 |
| **court** 1:1 4:22 5:11,12 45:11 81:2,5 84:7 | | | **depo** 4:12 10:7 |
| | **day** 17:7,20 18:7 20:4 24:17 42:21 48:16 50:11,16 50:17,18,19 51:4 54:17 65:22 67:2,11 67:18,22 75:5 82:17 84:16 85:22 86:22 | | **deponent** 81:8 82:10 |
| **courts** 1:12 | | | **deposition** 1:9 3:8 4:15 7:22 7:23 10:2,9,24 11:1,5,8 82:4,5 82:8,8,10,10 83:9,12 84:1,3 85:1,3 |
| **cover** 27:18 | | | |
| **covered** 35:22 | | | |
| **crazy** 55:12 67:21 | | | |
| **cream** 34:19,21 34:22,22,22 | | **defendants** 2:10 | |
| **create** 20:14,16 23:8 | **days** 82:10 83:19 | | |

www.veritext.com

888-391-3376

**[depositions - electronics]**

**depositions** 1:13

**describe** 34:15 40:1 41:13 43:24

**described** 25:20

**describing** 22:7 67:16

**description** 3:9

**desk** 17:13,15 17:19 67:18,20

**detached** 40:6

**determine** 59:9

**determined** 8:7

**develops** 16:2

**device** 54:12

**diagnosed** 50:24 51:3

**difference** 18:19 21:11 65:17

**different** 26:8 29:11

**direction** 82:5

**directly** 6:5 7:13 27:15,17 27:23 82:15

**disability** 12:3 12:9,13 13:13 28:6 32:24 48:11 54:20 55:1 68:3 71:4 71:8,23 73:11

**disabled** 48:12

**discovery** 4:14 4:17,21

**discussing** 31:16

**distinction** 59:11

**district** 1:1,1 1:12

**division** 1:2

**dms** 70:19 71:8 78:7,24 80:3

**dob** 29:5 37:2

**doctor** 29:6,7 30:10 32:5,18 33:16 48:17,21 49:4,8,20,21 50:4 54:12,16 65:15,19 67:8 67:10

**doctor's** 27:15 27:17,21,24 32:3 34:3,5

**document** 12:6 14:11 26:16,21 26:24 27:18 28:1,9,22 29:2 29:16,19 30:14 32:2,4

**documents** 8:1 8:1,2,4,6 9:3,4 9:5,8,15,21 10:5,8,11,14,21 11:3,5,11,13 17:14 27:11

28:7 29:9,12 42:24 43:3,5,8 68:16 70:19 71:13 78:9 79:4

**doing** 23:11 24:8 25:4 26:8 37:21 43:11,18 44:3,14,15 45:4,14,19 46:10,12 48:22 56:13 61:10 62:3,20 63:10 67:5

**donnelley** 18:10,11,14,15 18:17 19:16

**door** 43:19 44:6,11,12 45:16,22 48:3 56:18 57:9,12 57:15,17,22 58:1,9,14,16,20 59:9,19,20,21 60:4,7

**double** 24:18

**dr** 29:8,13 30:14,18 31:4

**drafted** 11:1

**dragon** 54:12

**drain** 50:8 70:14

**drive** 1:14

**driver** 19:5

**drivers** 18:20 19:6 23:18

**driveway** 40:10 68:8

**duly** 4:1 5:5 82:3

**dust** 38:3

**e**

**e** 16:19,19,19 18:3 22:4 23:10 34:22 78:19,20 79:7 82:9

**early** 50:13,16

**easier** 59:2

**eastern** 1:2

**educating** 54:2

**education** 14:2

**eight** 50:20 54:10 65:18,21 67:11,18

**either** 9:9 10:11 11:7 64:12

**elaborate** 23:1

**elbow** 29:22 33:10 49:4 50:6 51:1,4,13 51:13,15,18,19 51:23 52:5 60:18

**electric** 18:3

**electrical** 35:22 35:22

**electronics** 16:4

**[elgin - felt]**

**elgin** 34:12
**eligibility** 12:12
71:3
**eligible** 12:16
**email** 83:17
**emg** 49:13,14
51:5,6
**employee** 82:14
82:14
**employees** 17:2
**employer** 54:22
**employment**
14:3
**empty** 20:8,10
44:24
**ems** 28:19
**enclosed** 83:12
**engaging** 67:7
67:14
**engineering**
16:11,18 18:5
**english** 15:9
16:21 59:5
**enter** 17:16
23:6 26:10
27:2 60:22
**entered** 85:9
**entire** 84:5 85:5
**entry** 17:3
18:22 22:1
**equivalent**
15:11
**eric** 37:3
**errata** 83:14,19
85:7,10,18

86:1
**especially**
52:18
**esq** 83:5
**estimate** 23:20
**estimated**
35:18
**eta** 21:19
**evaluation**
32:24
**eventually**
24:21
**everybody**
22:22 36:15
40:19
**evidence** 26:11
71:16 76:11
77:4 82:11
**exact** 35:9
69:17
**exactly** 14:16
15:2 48:13
69:9 73:23
78:8
**examination**
1:10 3:2 5:7
78:2 80:14
**examined** 5:6
**example** 23:3
**excel** 21:11,24
23:9
**excessive** 22:2
**excuse** 11:12
18:15 47:11
56:13 62:18

71:1
**executed** 85:10
**execution**
84:14 85:19
**exercising** 55:5
**exhibit** 3:10,11
3:12,13,14,15
3:16,17,18,19
7:18,19 8:2
9:19 11:6,14
11:21,22 13:18
13:19 26:11,12
27:3,6 39:15
39:16 41:2,3,6
55:23 56:1
60:23 61:1,5
62:9,10,15
74:17,18 75:17
75:24 76:2,6
**exhibits** 3:8
75:7
**expected** 79:20
**expenses** 35:12
**experience** 54:5
**experiencing**
65:10
**expiration**
84:19 85:25
86:25
**exploring**
32:14
**express** 19:19
21:8 23:12
68:11

**extensive** 22:18
**extent** 9:6
**extra** 20:10
**extremely**
48:14
**extremities**
30:1
**eyes** 48:19

**f**

**fact** 71:24 72:1
**facts** 13:5
71:15 76:10
77:3
**failure** 82:11
**fair** 26:2 33:22
42:19 57:19
64:13
**fake** 39:12
**fall** 34:9
**familiar** 12:5,6
12:8
**family** 40:18
**far** 38:7
**farm** 14:18
**fast** 21:7
**fax** 27:9,11,19
**federal** 1:11
82:9
**feel** 44:2 73:5
**feeling** 52:2
53:20 54:6
**feet** 53:1
**felt** 9:7 25:7
51:14 53:6

**[fifth - going]**

**fifth** 57:14 60:2

**figure** 21:18 59:8

**figures** 38:23

**file** 80:9

**filed** 8:18 78:4 80:17,19

**filing** 17:3

**fill** 14:9 24:21 29:4,11 49:22

**filled** 14:4 18:24 26:20

**finally** 7:3

**financially** 82:15

**find** 83:12

**fine** 37:2

**finely** 30:24 31:11

**fingers** 44:5,10 53:10 66:12,24

**finished** 20:1

**firm** 2:2 4:7

**first** 5:5 8:11 11:6 16:9 21:9 24:12 27:18 29:18 31:21 32:8 41:16 49:6 50:9,17 51:3,4 56:16 61:14 63:1,9 68:12 69:5 70:13 72:14,21 73:13,14,21 74:2,7,9 78:6

79:17

**fitness** 19:21,24

**five** 55:23

**fixed** 64:10

**flat** 38:23

**flip** 60:2

**flores** 37:3,5,15

**florida** 2:3

**fluctuates** 35:21,23

**focus** 68:1

**folder** 42:6,23 43:1

**follow** 34:2,5,7 34:8 80:16

**following** 28:22 41:22

**follows** 5:6

**foregoing** 82:4 84:13 85:18

**forever** 66:16

**forklift** 23:18

**form** 31:23

**format** 23:9

**forward** 21:7 83:16

**four** 54:10

**fourth** 41:18 57:1,5,11 60:3

**franklin** 19:22

**free** 60:11,19 73:5 84:14 85:20

**front** 11:18 26:16 34:17

39:23 40:3 41:15 45:16 56:6,7,17 61:7 61:7 62:16 64:4

**full** 41:19,19 44:17 53:9

**fully** 82:11

**function** 18:4 18:11,17 19:23 21:8

**fur** 75:2

**further** 3:6 9:6 10:7 77:23 80:14 81:8 82:7,13

**g**

**gables** 2:3

**garage** 40:4,8,9 40:11 41:16 56:6,8,18 57:9 57:12,15 58:3 58:7,8,18 59:3 59:21

**garbage** 45:6 56:15 62:5 76:21

**garciela** 83:6 84:3 85:3

**gary** 37:8

**gas** 35:21

**general** 4:12 13:8 17:4 34:6

**getting** 33:6 41:17,18,22

46:11 50:22

**give** 19:4 22:22 23:3,20 24:11 29:9 49:21 58:5,12,19 71:9

**given** 82:6

**giving** 6:19

**glides** 53:23

**global** 21:15

**gloss** 48:3

**go** 17:11,13,14 17:15,18,19 19:6 22:16 23:24 24:8,10 24:16 29:18,24 31:3 43:14 45:7 46:7 52:24 57:7,11 65:19 66:23 74:18 75:17

**goes** 66:22

**going** 6:24 10:15 11:8 12:10 17:2 22:22 24:7 28:6 33:12 37:17 41:1,2 43:9 44:12 45:9 47:16 49:19 50:1,8 50:19 53:11 54:17,18 55:15 56:6 61:9 65:18 70:6

**[going - hook]**

72:10,17 74:15
75:12 76:1
**gold** 43:1
**good** 16:20
**grab** 52:24
53:2 60:16
61:24
**grabbed** 50:12
**grabbing** 44:12
51:17,23 55:19
56:14 65:21
66:3
**graciela** 1:3,9
3:3 4:9 5:4
11:3 82:3 83:9
84:4,9 85:4,13
86:20
**graduated** 16:9
**granddaughter**
36:20 37:14,16
38:19
**grasp** 30:19
31:5 65:16
**grasping** 30:9
43:20 61:17
65:17,21,23
66:2
**great** 7:16
**green** 34:21
**groceries** 44:21
44:22
**grocery** 19:13
41:20 44:18
**ground** 38:24
39:4 47:2

**group** 39:5
**guess** 14:18
24:2 25:2
29:22 36:6
37:20 44:4
51:16 70:5,14
72:19 73:15
75:2
**guessing** 42:24
69:12
**guy** 24:10,10
**guys** 23:17

**h**

**h** 16:18
**half** 57:13,16
**halloween**
38:13
**hand** 5:14
19:12 20:24
22:19 29:5,20
29:21,22 30:7
30:15,19,22
31:1,4,6,9,12
38:4,5 41:1
42:7,9 43:3,7
43:12,18 44:20
45:1,5 46:2
47:14,20 48:7
51:10,11,21,24
51:24 55:5
60:11,12,14,19
60:21 61:15,18
61:24 62:6,23
64:19 82:17

**handed** 8:3
11:16 12:2
13:22 27:9
39:19 77:21
**handle** 61:23
**hands** 21:4
38:3,6 45:17
48:15 49:15
51:7 53:9,24
54:3 60:21
63:24 64:11
65:5,11 66:20
**hang** 60:16
64:22 65:5,20
66:20 67:1
**hanging** 47:4,6
47:11 48:5
60:14,18 63:22
64:2,15 77:1
**happened**
68:12 69:19
**happening**
41:14
**happy** 31:22
**hard** 25:3 32:6
60:20
**harder** 24:6
**harm** 54:1
**head** 5:14 16:7
**health** 28:20
**heater** 17:23
**heaters** 18:3
**heavy** 23:13,16
25:10,13 38:14
55:17,22 63:7

65:8 66:7
**hectic** 24:1
**held** 19:12
22:19
**help** 23:18
24:24 25:1
49:9 53:4 59:4
72:10,11 73:10
**helping** 73:3,8
**hereunto** 82:16
**hire** 24:2,20,21
**history** 14:3
**hold** 43:7 44:20
45:1 47:7 57:2
69:22
**holding** 42:4,9
42:23 43:3,6
43:19,20,22,24
44:4 45:6 46:2
46:18 47:13,14
48:6 64:19
**hollow** 63:6
65:8
**home** 17:18
34:15,16 35:3
36:9,14,18
37:19,21 39:23
40:1,2 41:8
54:17 63:20
66:15
**honda** 40:16,21
**hood** 74:23
75:1,2
**hook** 65:1

**[hooks - job]** Page 10

**hooks** 64:3,7,12
  64:12 65:4
  66:18,23
**hoping** 50:3
**hour** 54:10,10
**hours** 48:14
  50:11,18,18,19
  50:20 54:17,17
  54:18 55:12
  65:18,22 67:11
  67:18
**house** 35:13
  40:7 62:16
**household**
  36:15
**housekeeping**
  7:17 11:20
**hr** 17:14,16
  49:7,19,22,22
  50:12,15 52:17
**huge** 61:23
**huhs** 5:15
**hurt** 55:7
**hurting** 51:8,11

**i**

**idea** 79:6,16
**identification**
  7:20 11:23
  13:20 26:13
  27:7 39:17
  41:4 56:2 61:2
  62:11
**identified** 3:9
  74:19 77:16

**illinois** 1:1,15
  82:1,21
**immediately**
  19:20,21
**inaccurate** 36:6
**included** 11:6
  11:14 14:7,11
  27:11 36:2
  62:14 83:14
**including** 4:14
  21:14
**income** 8:22
**incoming** 21:16
**inconsistent**
  4:16
**incorporated**
  85:12
**increase** 54:5
  55:2
**index** 3:1
**indicate** 5:13
  30:10,14
**indicated** 39:21
**indicates** 32:3
**indicating** 31:5
  32:5 83:14
**indication** 5:14
  6:12
**indirectly**
  82:15
**inflamed** 48:22
**influence** 6:17
**information**
  4:23 12:20
  13:1,3,4 14:6

16:6 18:23
  19:2 21:19
  23:9 24:11
  26:23 28:11,15
  28:20 72:7
  73:11 74:1,9
**informed** 67:8
**initial** 49:6
**initially** 24:20
  70:9
**injection** 49:24
**injections**
  55:14,14
**inserting** 45:23
**inside** 44:24
**installers** 20:20
**instance** 73:10
**instructed**
  65:15
**instructions**
  5:9
**insurance** 1:6
  2:6,12 4:4 83:7
  84:3 85:3
**intense** 48:20
**interested**
  82:15
**intern** 4:6
**internet** 36:8
  36:12
**inventory** 20:8
  20:11,13
**inverted** 42:11
  42:16,17 43:3
  47:17,20 60:2

**issue** 7:11
**issued** 33:16

**j**

**j** 2:9
**jacket** 74:22
  75:3,6,8,15,20
  76:6 77:18
**jackets** 75:12
**jacobs** 2:7 3:4,6
  4:2,3,10 5:3,8
  7:16,21 8:4,13
  9:11,14,20
  10:17,19 11:10
  12:1 13:17,21
  26:10,14 27:2
  27:5,8 32:1,4,8
  32:13,17,20
  33:20 39:15,18
  41:1,5 42:18
  44:8,9 47:10
  55:23 56:3
  59:6 60:22
  61:3 62:9,12
  63:18 66:4
  67:13 71:19
  73:9 74:4,11
  74:14 76:16
  77:6,23 80:15
  80:24 81:4
**japan** 21:14
  24:23
**job** 16:9,22
  17:22 18:4,9
  18:11,17,19
  19:17,23 20:1

**[job - logs]** Page 11

21:8,23 23:12 25:6
**jobs** 25:17,19
**joined** 4:5
**judge** 5:12,20
**june** 82:17 83:4
**justin** 2:7 4:3 10:16

**k**

**k** 16:18
**keep** 38:6 49:20 49:23 59:8
**kevin** 2:2 4:7 82:8 83:5
**keyboard** 22:12
**keys** 42:8,10 45:18,20,23 46:2,5
**kids** 38:7 66:15
**kiehl** 16:11,18 16:19,22 17:21 18:5
**kind** 8:22 14:24 15:6 19:12 38:4 40:5,15 71:7 73:15 75:1
**knee** 59:22
**knew** 55:13,15
**know** 5:15 8:9 12:15 15:8,9 15:10 16:4,19 16:19 21:3 34:10 38:19

39:13,13 47:17 48:2,13 50:2 51:15 52:1 53:1 55:11,12 56:14 58:6 59:5 64:8 69:4 69:11,14,17 70:16 72:19 73:23,24 74:2 74:3 75:12 76:15 77:5,19
**knowledge** 13:2 14:4 26:21 70:21 74:5
**kprobst** 2:4

**l**

**l** 16:18
**labor** 24:5
**laid** 29:17
**landfill** 14:17
**language** 25:4
**laptop** 22:15,17
**large** 21:24
**late** 17:10,10
**laundry** 37:22
**law** 2:2 4:7 36:20 37:12 38:19 75:5,14 77:20
**lawn** 38:9 61:7
**lawyer** 8:3
**lead** 63:15
**leading** 44:7 47:8 67:9

**learned** 38:5 67:3,23 73:16
**learning** 54:2 73:7
**leaving** 50:13
**lebon** 37:13
**left** 21:2,5 31:4 31:6,9,12 33:10 43:10 45:3 46:4 47:16,18,21 48:6,16 50:16 50:17,20 51:2 51:20,21,24 52:3,9 53:5,7 60:9,18 62:24 63:23 67:5
**legal** 4:6 83:1 86:1
**leon** 2:3
**letter** 83:20
**license** 2:24 82:21
**lid** 45:6
**life** 1:6 2:6,12 4:4 19:21,23 83:7 84:3 85:3
**lift** 23:13 31:18 34:9 52:6 55:17 59:13
**lifting** 25:11 30:12 58:17 59:11,13 66:5 66:8 67:4

**lifts** 58:21
**light** 4:23
**lights** 63:11,22 64:2,6
**limbo** 73:15
**limit** 6:18
**limitations** 29:17 32:22,23 33:4,15,24
**limited** 53:13 53:15,17
**line** 23:6 83:14 85:7 86:3
**lines** 17:12,18
**list** 17:11
**listed** 8:1 11:5 85:7,17
**listing** 85:7
**little** 7:16 23:2 23:20 35:8 38:1 39:11 47:3 57:16 58:5,12
**live** 34:11
**lives** 36:14,16
**lizbet** 37:13
**loan** 35:15
**located** 15:2
**location** 19:4 41:9 56:5
**lock** 45:24
**logistics** 18:10 18:18
**logs** 17:13

**[long - name]** Page 12

long 12:3,9,13
  13:13 14:9
  39:14 48:14
  71:3
longtermdisa...
  2:4
look 7:4 16:6
  19:3,18 22:4
  23:5 46:17
  69:16 76:6
looked 50:16
looking 57:18
  60:19 77:18
looks 43:22
  44:18 45:18
  46:13 47:18
  61:16 62:4
lot 22:1 26:8
  52:2
loudly 27:13
  45:10
louisa 37:11
luis 37:5
lunch 48:16

**m**

m 2:24 18:3
  34:22 82:3,21
ma'am 76:17
madam 83:10
made 10:12
  13:12 71:6,8
  71:11,24 80:19
  84:7
mail 22:4 23:10
  78:19,20

mails 79:7
maintains 4:18
major 38:14
make 10:17
  17:11
makes 70:16
management
  25:20
manager 50:12
  50:13
manipulate
  30:24 31:12
  66:13,20 67:1
manual 21:11
  22:1,18,24
  24:5
manually 58:13
  58:16 59:4
maria 37:11
mark 7:18
  11:20 13:17
  39:15 41:2
marked 7:20
  11:23 13:20
  26:13 27:7
  39:17 41:4
  56:2 61:2
  62:11
massaging 52:1
math 36:5
mcclerking
  37:8
mean 13:2,3
  17:18 22:11
  25:22 36:15

42:13 46:22
  50:7 57:23
  64:24 66:10
  67:19
means 5:11
  26:7
meant 20:21
  70:8
median 29:23
medical 13:6
meet 50:10
members 40:18
mental 6:16
mention 63:5
mentioned
  22:24 74:8
merry 64:18
metal 39:1
mexico 15:5,16
middle 76:13
  76:24
midwest 83:17
  86:1
mimics 39:14
mind 65:21
  67:5
mine 75:16
minimize 54:15
mischaracteri...
  10:24
mispronounc...
  14:14
mistaken 11:2
mom 36:19
  77:19

month 23:21
  35:10,11,19
  36:1,7,11
  80:22,23
months 79:9
morning 51:14
mortgage 10:4
  35:3,5 36:2
mother 37:10
mouse 20:22
  21:1
move 10:16
  23:16,18 24:1
  24:3 61:20
  70:17
movement
  52:23
movements
  5:14,15
moving 55:19
  61:15
mowing 38:9
multiple 21:3

**n**

n 16:19,19
nagging 52:11
  53:6
nail 65:1
name 16:13
  18:1,12 28:13
  29:1,5 37:10
  37:12 40:19,20
  83:6 84:3,4,15
  85:3,4,21

**[names - ornament]** Page 13

**names** 36:22
**nativity** 63:16
  63:17,19 64:4
**nature** 48:10
**naught** 81:8
**need** 7:12 50:5
  55:15 71:10
**needed** 24:2,20
  55:13 68:17
**nerve** 33:11
**nerves** 29:23
**neuritis** 49:15
  49:15
**never** 25:7 26:1
  27:15 29:9
  31:14 32:19
  49:10,11 50:19
**new** 2:8,8 69:5
  71:7 72:18
  73:6
**nicole** 78:21,24
  79:3
**night** 21:12,13
  23:4
**nine** 50:17
**nippon** 1:6 2:6
  2:12 4:4 19:19
  21:7 23:12
  68:11 83:7
  84:3 85:3
**nipponlifebe...**
  2:9
**nonverbal** 5:14
**normal** 42:12
  42:13 48:24

**northern** 1:1
**notarized**
  83:15
**notary** 83:24
  84:10,18 85:15
  85:23 86:23
**notation** 30:17
**note** 83:13
**noted** 32:18
**notice** 7:22,23
  10:7,24 11:1
**number** 3:9
  83:8,14
**numbers** 85:7

**o**

**o** 18:3
**oath** 5:21
**objected** 9:9
  11:9
**objection** 4:12
  6:3 9:3 10:6,23
  33:17 44:7
  47:8 59:1 66:1
  67:9 71:15
  73:2,22 76:10
  77:3
**objections** 8:10
  10:12
**objects** 4:13
  23:13 25:10,14
  65:16,18,24
  66:6,7,8 67:4
**obtain** 78:17
**obtained** 82:12

**occupational**
  53:22 67:3,6
  67:23
**occurring**
  42:20
**office** 17:8
  19:15 20:6
  27:15,17,22,24
  29:8 68:7
  78:14 80:3,5
**official** 84:15
  85:21
**ohio** 83:2
**okay** 5:3,20 6:1
  6:15 7:10,14
  9:24 10:4
  11:19 12:8
  13:10 15:2,6
  15:12 16:22
  19:16 20:4,16
  25:13 27:9
  28:1 29:16
  30:5,6,9,21
  32:17,18,21
  33:21 34:2,11
  36:8 38:21
  40:10 44:20
  45:13 46:7,15
  47:1,4 48:10
  50:11 51:20
  56:10,20 57:4
  57:11,14 58:23
  59:15 60:11
  61:10,14,17
  62:2,6,17,20

  64:15,22 65:20
  68:1 70:17
  74:11 75:7,17
  76:4 77:15
  78:1,11 79:10
  80:12
**old** 37:16
**once** 23:21,22
  38:12 65:19
  73:14
**ones** 19:12 63:9
  79:8
**open** 45:21
  57:9,12,13,15
  57:16 58:4,5,9
  58:13,16,23
  59:9,19
**opened** 57:17
**opener** 58:3,18
  59:21
**opening** 57:22
  58:1,11 75:13
  75:15,18 76:5
  76:13,19,22,23
**opinion** 32:3
**oral** 5:10
**order** 19:3
  20:12,17 24:17
  66:20 67:1
  70:7 81:2
**orders** 17:17
  19:7 20:7,8,8
  20:13,15
**ornament**
  64:19,23

**[ornaments - plaintiff's]** Page 14

**ornaments** 62:22 64:16 65:6,8,20 67:1

**outside** 39:20 41:8 63:19 64:10 65:18

**overlooking** 52:4

**overreacting** 49:1

**overtaking** 51:13

**own** 22:21,23 24:3 25:2,5,5 34:23,24 40:13

**owns** 40:17

**p**

**pad** 22:14

**page** 23:5 28:8 29:18 31:3,21 32:8,10,11,13 32:16 83:14,16 85:7 86:3

**pages** 23:4

**pain** 14:9 29:22 48:15,17,20 49:24 50:21,22 51:12,20,22,23 52:3 53:20 54:6 55:2,13 65:10

**painful** 51:15 52:6,10,11,13 52:20,23 53:1 55:16,21 67:15

67:16

**pallet** 52:24 53:2

**panel** 35:14,14

**panels** 35:23

**paper** 69:24

**papers** 42:5,10

**paperwork** 18:21

**park** 19:22

**parked** 41:15

**part** 40:7 48:2 60:18 71:2 85:9

**parties** 82:14

**partner** 68:10

**pass** 17:11 19:8

**paste** 23:11

**patient** 30:1 31:18

**pay** 35:1,5,16 36:1,11

**payments** 35:5

**pen** 22:14

**pending** 6:23 17:17,20 19:7 20:7,7 69:22 69:23 70:1,6

**people** 24:3,20 24:21,23 25:3

**perform** 21:22

**perimeter** 1:14

**person** 56:12 56:17 57:21,24 60:4,6 75:7

**person's** 60:9

**personal** 28:20 54:16

**personally** 84:11 85:15

**personnel** 21:21 29:10

**pertaining** 1:12

**phoenix** 15:22 15:24 16:1

**phone** 83:3

**phonetic** 78:22

**photo** 39:22 61:14 62:2,3 62:17 63:1 77:9,17

**photographs** 41:7

**photos** 41:14 61:4,6,8,11 62:14,15,18,21 63:9 65:23 66:5,13 67:14 74:18,21 75:22 75:24

**physical** 6:16 22:10,11 42:6 42:24 53:23

**physically** 9:23 10:3 11:15,18 29:4 36:16,17 68:7

**physician** 28:18,23 29:14

**physicians** 29:15

**pick** 17:12 19:1

**picking** 19:4

**picture** 41:16 41:16,17,18,22 41:23 42:2,2 42:11 43:2,9 43:14,17,17,23 44:13,13 45:7 45:8,15 46:7,8 46:10,20,21,23 47:15,17,19,24 56:10,12,16,20 57:3,8,12,14,21 57:24 59:16 60:1,20 76:18

**pictures** 55:24 56:13 57:18 76:9

**pilot** 40:16,21

**pine** 2:12 4:6 42:17 63:16

**place** 20:11 55:20 61:13,21 62:5

**placing** 44:18 63:11,13

**plaintiff** 1:4 2:5 4:8,9 8:7,9 9:7 10:9,13,18 11:3

**plaintiff's** 8:10 82:9

**[plants - questions]** Page 15

**plants** 14:17
**please** 9:13
31:18 40:1
41:13 42:2
43:15,17 45:7
46:8 83:12,12
**point** 6:21 25:9
30:3 48:18
54:24
**pole** 76:17
**policy** 12:2,8
12:14,18
**ponce** 2:3
**position** 4:16
17:5
**positioning**
62:4
**positions** 24:22
**possible** 49:24
74:3
**posters** 39:1,4
**practicing** 67:3
**precludes** 4:16
**present** 2:11
9:1 10:2
**pressing** 43:5
45:21
**pretty** 26:3
77:20 79:8
**prevent** 6:18
**previous** 18:6
19:20 25:17
**previously**
77:16

**print** 17:16
19:7
**prior** 6:24
19:19,20,21
33:12
**probably** 45:21
49:5 50:5 79:9
**problems** 33:11
**probst** 2:2 3:5
4:7,7,11 8:5,6
9:2,13,17 10:6
10:23 11:19
31:22 32:2,6
32:10 33:17
44:7 47:8 59:1
63:15 66:1
67:9 71:15
73:2,22 76:10
77:3 78:1,3
80:12 81:1,6,7
82:8 83:5
**procedure** 1:11
82:9 84:5 85:5
**procedures**
71:7 72:18
**proceedings**
81:9
**process** 22:18
22:24 72:12
**produce** 11:4
12:21,22 13:1
**produced** 8:8
9:8,9 10:8,15
10:15 11:7,9

**producing**
10:11
**production**
8:11 9:10
10:11 11:7
16:23,24 17:4
17:12 83:16,17
83:22
**products** 20:2
**programs** 22:8
**pronounce**
49:17
**pronunciation**
16:20
**proof** 12:18
71:21
**proper** 68:16
**properly** 54:3
**propounding**
4:14
**provide** 12:18
28:19 36:22,24
**providing**
28:12
**provisions** 12:9
**public** 84:10,18
85:15,23 86:23
**pull** 25:10,13
30:21 31:8
52:20
**pulling** 23:8
30:12 52:15
**purse** 77:7,11
77:19,20

**pursuant** 1:10
12:13 82:9
**pursue** 15:12
15:17 70:24
71:4
**pursued** 71:22
**push** 25:10,13
30:21 31:8
49:12 52:18,20
58:5,12,19,23
59:8,20 60:4,6
**pushing** 30:11
52:15 59:10,14
59:15,16
**put** 12:7 17:13
19:2,14 20:12
38:13 39:2,11
53:2 60:13
64:4 65:1
**putting** 38:20
38:21 41:20
51:16 61:12
64:8

**q**

**qad** 22:3
**question** 5:17
6:4,8,9,11,12
6:24 7:3,6
31:24 33:14
52:19 54:4
57:3 71:20
**questionnaire**
26:19
**questions** 6:4
27:4 77:24

**[questions - requested]**

Page 16

78:1
**quick** 24:10
**quickly** 80:16
**quite** 22:5

**r**

**r** 34:22
**raised** 47:1
48:7
**raising** 47:23
**rarely** 23:14,19
23:21
**rather** 10:13
**rays** 48:24,24
49:2
**read** 81:1 82:10
84:5,6,12 85:5
85:6,17
**reading** 82:7
83:20
**really** 40:6
42:22 46:4
48:1 55:4,5
56:11 58:5
59:17 60:8
66:10 76:14
77:22
**reapplication**
69:19 70:12,15
**reapplied** 69:7
70:14 72:20
**reapply** 69:3,8
**reapplying**
73:17
**reason** 6:15
73:1,20 82:12

83:15 85:8
86:3
**reasonable**
4:23
**reasons** 78:6
**recall** 16:7 22:5
58:2 64:3 65:4
66:14,17 68:6
68:16,17 69:1
69:4,9,17 72:5
74:8
**receipt** 83:19
**receive** 12:12
15:7 36:8
68:18 71:3
78:7,8,9 79:21
80:2,4
**received** 12:3
**recent** 79:11
**recess** 74:13
**recognize** 12:4
13:22 26:15
27:10 28:2,9
28:23 39:21
41:8,11 56:4
61:5 62:15
**recollect** 53:21
54:15 58:6
59:23
**recollection**
42:19
**reconsideration**
70:1,4,6,8
**record** 4:12 5:1
5:13 40:1

54:16 74:15
82:6 85:9
**recorded** 82:4
**records** 69:16
**recycle** 41:21
44:19 56:15
61:12,15,17
**recycling** 61:20
61:22
**reduced** 82:5
**reference** 83:8
84:2 85:2
**referenced**
84:11 85:15
**referred** 68:10
**reflect** 17:15
**reflected** 13:5
**reflects** 32:2
**regarding**
68:19,23 72:7
**regardless** 66:8
**regular** 49:20
**related** 35:12
71:13
**relative** 82:13
82:14
**release** 28:10
28:14,20 33:11
50:7
**rely** 24:9
**remember** 14:8
35:9 67:2,22
68:7 79:8
**remind** 65:7
72:17

**remote** 45:21
58:8
**rent** 34:23
**repeat** 15:23
**repetition**
65:22
**repetitive** 30:2
52:22
**rephrase** 11:12
52:19 54:4
**report** 21:13
23:4
**reported** 2:24
**reporter** 5:12
5:13 45:11
81:2,5 84:7
**reports** 67:21
**reposition**
60:15
**representation**
33:23 42:14,20
**represented**
68:11
**request** 8:11
9:10 10:10
11:7 28:7 53:4
68:9 72:6,15
72:24 73:11,19
74:6,7,9 78:23
79:2 85:9,11
**requested** 7:24
8:14 9:5 10:8
10:12,21 11:4
11:12 12:20,22
22:18 49:9

**[requested - seeking]**

68:21 70:20
78:12 79:17
**requests** 78:18
78:20 79:11
**required** 6:4
12:17 13:11
23:13 24:6,7
24:16 25:9,12
37:19 70:23
71:4,12,21
83:24
**requirement**
25:16
**requirements**
12:12 13:1
71:3
**residing** 36:17
**resource** 26:19
**respond** 79:13
**responded**
10:10
**responds** 10:18
**response** 8:8,10
9:9
**rest** 39:10
**restrictions**
29:17,20 32:22
32:23 33:4,13
33:15,23 50:9
50:10 54:9,10
54:10 67:19
**resume** 19:18
**returned** 83:19
**returns** 8:15,17
78:5 80:10,17

**review** 4:19,20
4:22 83:13
84:1 85:1
**rfp** 8:8
**right** 4:10 7:8
9:24 10:22
11:19 21:2,4
22:6 27:5,20
29:20,21,22
30:4,6,15,19,22
31:1,15 32:8
32:13 33:9
34:11 36:19
38:2 41:20
43:11,18 45:4
46:5 51:2,11
51:19 52:2,7
52:11,16,21
53:7,11 54:7,8
58:20,23 60:12
61:16,18 62:8
62:13 63:4,8
63:23 64:21
65:13 66:22
67:5 69:23
76:13 77:23
**risk** 4:21
**room** 38:3
**rough** 79:6,16
**rpr** 1:14 2:24
82:3,21
**rr** 18:10,11,14
18:15,17 19:16
**rule** 82:9

**rules** 1:11 82:9
84:5 85:5
**run** 64:11

**s**

**s** 83:16 85:8,8
86:3
**saith** 81:8
**samuel** 2:12 4:5
**sap** 22:2,3
**save** 22:19,20
22:23
**saving** 24:4
**saying** 59:8
67:11
**says** 10:7 14:2
26:19 28:5,10
29:21,22 30:1
30:6,17 31:18
64:17
**scan** 18:23 19:9
19:11,13
**scanner** 19:12
19:15 22:19
**scanning** 18:22
**scene** 63:16,17
63:19 64:5
**schaumburg**
1:15
**scheduled** 10:9
11:4,8 50:6
**school** 14:23,24
15:9,19
**science** 25:21
25:22

**screaming** 53:7
**screws** 65:4
66:18,23
**seal** 84:15
85:21
**season** 79:18
**second** 28:1,8
31:3 32:15
41:16 42:2
50:18 56:20
57:8 62:2
69:24 70:1,3
70:12 73:14
**section** 29:24
31:15 32:14
**security** 68:2,3
68:13,19 69:16
70:18,24 71:5
71:14,22 72:7
72:15,22,24
73:20 74:6
**see** 11:17 17:9
17:19 19:3,6
27:14,16 28:5
28:13 29:21,22
30:6,16,16
42:22,23 46:5
48:23 59:17
60:17 75:18
76:5,14,15
77:21
**seeing** 49:21
**seek** 4:21
**seeking** 4:17

**[seem - standpoint]**

seem  12:5
seen  29:2
selfies  42:15
send  20:20
 21:13 49:19
 51:5 78:12
sending  78:18
 79:13
sense  70:16
sent  15:19
 27:10,14,21,23
 78:13,20 79:7
 80:3
series  56:13
 57:18 60:3,3
served  8:11
service  36:8
sessions  53:22
set  40:2 82:16
seven  62:14
several  53:22
 78:18
shake  48:15
sheet  27:18
 83:14 85:7,10
 85:18 86:1
shift  21:13 23:4
shipping  20:14
 20:17
short  74:13
shots  50:5,23
shoulder  60:14
 60:16 77:2
shoulders
 47:24 48:7

show  48:3,8
 50:16 58:7
 59:23 66:11
 69:24
showed  49:14
 53:23 54:16
shown  39:21
 83:16
shut  57:9,10,12
 57:15
sic  18:3 22:4
side  44:4 64:18
 77:11
sign  82:10
signature  28:16
 82:9,12,20
 83:15
signed  82:11
 84:13 85:18
signing  82:8
 83:20
similar  18:5,7
 18:19 20:1
simple  30:9
sincerely  83:21
singapore
 21:15
singla  29:8,13
 30:14,18 31:4
single  23:6
 24:17,17
sir  83:10
sister  75:5
 77:19

sit  67:20 68:8
sitting  67:18
six  41:6
sleep  54:18
smarter  24:5
snow  39:12,14
social  68:1,3,13
 68:19 69:16
 70:18,24 71:4
 71:14,22 72:6
 72:15,21,24
 73:19 74:6
soil  25:20,21
solar  35:14,14
 35:23
soldering  16:3
solicit  7:5
solutions  83:1
 86:1
son  37:4,5,7,8
 64:4,9
son's  36:12,12
sorry  4:11 6:2
 9:2,12 14:22
 15:23 16:16
 17:24 18:12
 27:12 31:23
 32:21 33:14
 34:20 35:1
 39:24 51:9
 53:14 54:14
 56:17 57:7
 60:3 69:13
 70:3 75:10

sort  46:16
spanish  39:14
 59:2
speak  45:10
 54:12
speaks  31:23
specialist  51:5
specific  14:8
 19:10 23:20
 38:1 58:2
 59:23 67:10
 71:20 72:4
specifically
 4:18 30:13
 33:8 37:24
 38:16 39:6,8
 40:17 58:6
 65:13,19 66:19
 68:24
speculation
 73:22
spell  17:24 18:1
spheres  39:12
spots  25:6
spreadsheet
 21:12
ss  82:1
stand  44:1
standard  4:19
 4:20
standing  45:16
 56:17,21 57:6
 70:15
standpoint
 13:6

**stands** 8:9
**start** 4:2 16:8
**started** 23:23
  24:13 49:18
  74:1
**state** 27:12
  48:11 82:1
  84:10 85:15
**stated** 14:11
**statement**
  28:23 84:13,14
  85:19,19
**statements**
  13:12,12
**states** 1:1,12
  11:2 30:18
  31:14
**stations** 21:3
  21:14,15,17
**status** 14:17
  69:21
**stay** 55:9
**stenographic...**
  82:4
**steps** 34:16
  40:2
**steroid** 55:14
**stick** 38:24
  61:24
**sticking** 39:4
**stills** 41:7
**stipulate** 31:22
**stop** 24:8
**store** 19:13

**story** 34:16
  40:2
**straight** 48:16
  65:18
**street** 34:14
  39:20
**stress** 6:16
**stretch** 38:3
**stretches** 38:5
  53:24
**stretching** 52:1
  55:6
**strike** 6:2 32:21
  35:2 44:8
  47:12 57:7
  71:1
**stringing** 64:6
**stuck** 58:10,10
  58:15,18 59:3
  59:21
**studies** 15:12
  15:17
**study** 26:1
**stuff** 16:3 24:1
  24:1 38:4,7,13
  67:4,21
**subject** 28:5
**submit** 12:19
  70:17 71:13,21
**submitted**
  13:11 33:22
  70:20 82:8
**subscribed**
  84:10 85:14
  86:21

**subsequent**
  63:9
**substance** 5:10
  6:18
**suggesting** 24:4
**suite** 1:14 2:3,7
  83:2
**superior** 83:1
**supervision**
  25:5
**supposed** 12:21
  28:14
**sure** 10:18 22:5
  30:4 31:22
  32:1 63:11
  66:2 69:15
**surgery** 33:9,10
  55:13,15
**survive** 26:9
**sworn** 4:1 5:6
  82:3 84:10,13
  85:14,18 86:21
**system** 17:16
  17:17 18:24
  19:3,6,10,14
  20:18

**t**

**t** 18:3
**take** 37:2 38:8
  42:15 48:17
  49:3,6 64:12
  74:11
**taken** 1:10,13
  1:14 4:16
  39:20 41:7

**talk** 48:10
**talking** 23:21
  51:10 52:22
  54:13
**tall** 53:1
**tasks** 30:2
**tax** 8:15,17
  78:5,9 79:4,18
  80:9,17
**taxes** 78:5
**tears** 48:18
  49:5
**technically**
  60:13
**techniques**
  67:23
**tell** 29:19 42:15
  46:1,4,6 47:5,9
  48:1,1,4,8,9
  56:11 59:17
  60:8,20 61:19
  66:10 76:12
  77:22
**telling** 49:10
**tells** 6:5
**tempco** 17:23
  17:23 18:2,3,4
  18:9
**tendinitis** 51:1
**tendon** 29:23
  48:22
**tendons** 49:5
**tennis** 49:4
  51:3

**[term - typing]**

**term** 12:3,9,13 13:13 71:3
**terms** 37:23
**testified** 5:6
**testify** 82:4
**testimony** 82:6 84:6,7 85:6,9 85:12
**thank** 5:3 45:13 47:22 63:8 77:15 80:12,13
**thanks** 5:2 32:2
**therapy** 38:5 42:6,24 53:22 53:23 67:3,6 67:23
**thing** 20:3 21:10 25:2,5 29:4 51:16 58:3
**things** 21:9 26:8 38:3,20 52:7,15,18,20
**think** 10:16 22:4 35:15,15 49:1,16
**thinking** 23:7
**thinner** 75:14
**third** 2:7 41:17 50:19 56:23 57:2,3,8
**thirty** 83:19
**thought** 24:19 32:10,11,12,15 49:19 50:1

72:9 73:3,7
**three** 36:19 50:5 54:18 79:9
**time** 5:1,17 6:13,21 8:7 14:9 16:17 17:10 18:22 21:18 22:20,23 24:4,13 25:9 32:6 33:21 50:9,14 51:22 66:14 69:5 72:14 73:14,21 74:7 77:24 79:20
**times** 15:20
**tingling** 51:14
**tip** 20:9
**title** 20:3
**today** 4:5,15 6:19 7:24 8:15 9:15,22 10:2,5 10:14,21 11:14 29:3
**together** 12:7
**told** 48:21 49:7 54:11 65:15
**tongue** 20:9
**took** 14:9 25:5 48:24
**tool** 54:14
**tools** 21:22 22:10,11

**top** 16:7 31:4
**torre** 1:3,9 3:3 4:9,13 5:4 11:3 26:15 37:11 56:4 61:4 62:13 74:16 78:4 82:3 83:6 83:9 84:3,4,9 85:3,4,13 86:20
**touched** 74:2
**training** 14:2
**transcribed** 84:7
**transcript** 81:3 82:5 83:12,13 84:5,12 85:5 85:11,17
**transcription** 5:11
**transfer** 21:19
**transitioned** 22:3
**translate** 15:8 15:10
**treating** 29:13 29:15
**tried** 26:22 49:23
**truck** 18:20 21:10 41:23 46:11
**true** 14:7 82:6
**truth** 13:5 82:4

**truthful** 5:22 6:19 13:11 26:24
**try** 7:13 26:9 38:3,6 58:20 60:15
**trying** 54:18 55:5,7 59:7,9 67:22
**tunnel** 33:10 49:14 50:7 51:1,6
**turn** 17:14 37:17 42:1 68:21 71:11
**turned** 9:18 69:20 73:24
**turning** 71:17
**two** 15:9 34:16 39:1 40:2 41:19,19 44:17 54:18 59:12 61:4,5,23 75:11 78:6 79:9
**type** 17:5 23:9
**typical** 17:6 18:7 20:4
**typically** 34:2,5
**typing** 22:20 23:11 30:12 48:18 54:13,15 55:12 67:18,20

**[u.s. - wing]** Page 21

| u | |
|---|---|

**u.s.** 16:11 21:14
**ugly** 39:23,24
**uh** 5:15
**uhn** 5:15,15
**ulnar** 33:11
  49:15,15
**under** 4:20
  5:21 6:16,17
  12:3,24 25:5
  30:9 40:19,20
  82:5
**understand**
  5:16,23 6:6,8
  6:10,12,13 7:1
  7:6,12 59:11
**understood**
  65:9
**united** 1:1,11
**university** 15:1
  16:10 25:24
**unusable** 40:9
**unusual** 6:16
**updated** 49:23
**updates** 49:22
**upper** 30:1
**use** 20:24 21:22
  22:1,10,13,14
  22:19 30:1
  36:13 43:1
  53:9,13,15,24
  54:3 60:20
  67:22
**used** 21:4 22:3
  24:5 35:20,22

53:3 82:11
**uses** 40:20
**using** 43:7
  44:20 45:1
  49:20 60:4,6
  62:6 63:24
  64:11 65:5
  66:12,19,24
**usual** 48:14
**usually** 20:24
**utilities** 35:16
  36:1,3,4
**utility** 35:18
  76:17

| v | |
|---|---|

**v** 83:6 84:3
  85:3
**vacuuming**
  38:7
**valerie** 1:13
  2:24 82:3,21
**verbalize** 51:9
**verbally** 5:18
**veritext** 83:1,8
  86:1
**veritext.com.**
  83:17
**versatile** 26:3,5
  26:7
**video** 39:19
  41:8 48:3,8
  58:7 59:18,24
  66:11 76:7,15
  77:21

**view** 76:8
**visual** 27:16
**vitsa** 78:21
**vs** 1:5

| w | |
|---|---|

**w** 8:24 10:1
  78:10,11,14
  79:17
**wait** 39:10
  66:15
**waived** 82:8
  83:20
**walk** 17:6
**want** 4:11 5:17
  22:22 36:5
  46:19,20 69:11
  70:5 81:2,5
**warehouse**
  20:11 21:17,20
  22:16 23:14,24
  24:7,9,10,17
  52:24
**wash** 38:5
**washing** 38:4
**water** 35:20
**wax** 2:7 3:4,6
  4:2,3,10 5:3,8
  7:16,21 8:4,13
  9:11,14,20
  10:17,19 11:10
  12:1 13:17,21
  26:10,14 27:2
  27:5,8 32:1,4,8
  32:13,17,20
  33:20 39:15,18

41:1,5 42:18
44:8,9 47:10
55:23 56:3
59:6 60:22
61:3 62:9,12
63:18 66:4
67:13 71:19
73:9 74:4,11
74:14 76:16
77:6,23 80:15
80:24 81:4
**waxjacobs** 2:9
**way** 12:7 23:7
  47:6 59:19
  67:5
**ways** 24:4
**wearing** 74:21
  75:8,20
**week** 23:22
**weight** 66:9
**weird** 40:5
**went** 23:5,14
  25:23 35:21
  48:16,21 49:1
  49:3,7,8,13
  50:4,8,15
  52:17 53:21
  54:9,20,24
  64:9 68:7
  70:14
**wheels** 61:23
**whereof** 82:16
**wing** 34:14
  39:20

**[wire - zacatecas]** Page 22

| | | |
|---|---|---|
| **wire** 39:14 64:11 | **worked** 17:21 50:17,18 | **yelling** 53:8 |
| **wires** 39:23,24 66:13,19,20,22 | **working** 19:19 48:14 50:11,21 54:17 67:11 72:13 74:1 | **york** 2:8,8 |

**z**

**wire** 39:14
 64:11
**wires** 39:23,24
 66:13,19,20,22
**withheld** 72:2
**withholding**
 71:9
**witness** 3:2 4:1
 4:9 5:5 9:16,18
 11:24 27:4
 32:12,15,18
 33:19 47:9
 59:2 63:17
 66:2 67:10
 71:17 73:6,23
 76:12 77:5
 82:6,16 83:9
 83:12 84:1,4
 84:11 85:1,4
 85:15
**witness'** 83:15
**wondering**
 23:1
**word** 48:13
**wording** 64:17
**work** 15:19,21
 16:5 17:17,18
 19:3,7,7,20
 20:7,7 21:3
 24:5 34:1,4,6
 49:2,13 50:2,9
 52:23 54:8
 55:12 65:21
 78:24

**worked** 17:21
 50:17,18
**working** 19:19
 48:14 50:11,21
 54:17 67:11
 72:13 74:1
**workman's**
 49:22
**works** 69:6
**workwise**
 30:11
**worse** 33:6,18
 55:9,11
**worst** 52:2
**wrapped** 44:5
 44:10
**write** 18:2
 49:16
**wrong** 44:19

**x**

**x** 48:24,24 49:2

**y**

**yard** 38:20,22
**yeah** 14:15
 36:7 40:3,9,12
 44:16 57:20
 58:15 64:17
 70:2 73:23
**year** 8:23 15:9
 35:10 40:23
 48:23 49:3
 65:19 69:18
 79:4

**yelling** 53:8
**york** 2:8,8

**z**

**zacatecas** 14:21
 14:23 15:3,4,5
 15:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.