

**BC**

FILED
2/11/2025
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE,**

Plaintiff,                        **Case No.: 1:22-cv-07059**

v.                                **Honorable Rebecca R. Pallmeyer**

**NIPPON LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

**NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM TO NIPPON LIFE'S CHIEF OF STRATEGY & OPERATIONS**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to **Federal Rule of Civil Procedure 45**, Plaintiff **Graciela Dela Torre**, pro se, has issued a **Subpoena Duces Tecum** directed to the **Chief of Strategy & Operations of Nippon Life Insurance Company of America** requesting the production of records and communications relevant to this case.

**I. PURPOSE OF THE SUBPOENA**

1. **To obtain internal communications, directives, and records from Nippon's Chief of Strategy & Operations regarding settlement discussions, approval, and execution.**

2. **To determine whether internal communications exist that contradict the settlement terms presented to Plaintiff.**

3. **To uncover any correspondence between Nippon's leadership, Disability Management Services (DMS), and Defendant's legal counsel related to Plaintiff's benefits, case strategy, or arbitration demands.**

4. **To support Plaintiff's claims regarding potential bad faith actions, undisclosed agreements, and procedural violations in the handling of her claim.**

**II. DETAILS OF THE SUBPOENA**

1. **Records requested include:**

- o Internal emails, memoranda, or directives related to the settlement in Plaintiff's case.

- o Communications between Nippon's Chief of Strategy, Chief of Operations, and Defendant's attorneys (including Justin Wax Jacobs).

- o Records related to the approval, disbursement, and handling of settlement funds, including communications with Kevin Probst or Ankin Law.

- o Any internal discussions about arbitration or efforts to block Plaintiff's case from proceeding in federal court.

2. **The subpoenaed entity (Nippon Life Insurance Company of America) has been directed to preserve and produce these records by no later than February 12, 2025.**

## III. REQUEST FOR JUDICIAL NOTICE

Plaintiff respectfully requests that the Court **take notice of the issuance of this subpoena** and recognize its relevance to the pending proceedings, particularly regarding **settlement transparency, potential misconduct, and internal knowledge of Plaintiff's claim.**

## IV. CERTIFICATE OF SERVICE

I certify that on **February 10, 2025**, I electronically filed the foregoing **Notice of Issuance of Subpoena Duces Tecum to Nippon Life's Chief of Strategy & Operations** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 10, 2025

Respectfully submitted,

**/S/Graciela Dela Torre**
Pro Se Plaintiff
653 Wing St
Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM

# EXHIBIT 5.7

Page 7 with Nippon's Chief Strategy & Operations Officer signature on it.

5.7    Time is of the essence with respect to this Agreement.

5.8    This Agreement shall be construed and interpreted in accordance with Illinois law.

IN WITNESS HEREOF, the undersigned have executed this Agreement as of the dates indicated below:

GRACIELA DELA TORRE

BY: *Graciela Dela Torre*
ITS: *Plantiff*
DATE: *12/29/2023*

NIPPON LIFE INSURANCE COMPANY OF AMERICA

BY: *David Axelrod*
ITS: Chief Strategy & Operations Officer
DATE: January 2, 2024



**David Acselrod - Executive Vice President & Chief Operating & Strategy Officer**     −

Executive Vice President & Chief Operating & Strategy Officer

▸ David joined Nippon Life Benefits in February 2023 as Executive Vice President and Chief Operating and Strategy Officer. David has 30+ years of experience as an insurance and finance services executive. Prior to joining Nippon Life Benefits, he was Senior Vice President and Head of Enterprise Operations & Service at Guardian Life. David has held leadership positions at MetLife, Massachusetts Mutual Life Insurance Company, Prudential Financial and as Chairman of the Board at MIB.

▸ David holds a Bachelors degree from Bucknell University and an MBA from Columbia University. David and his family live in Connecticut.