

FILED
2/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE,**

Plaintiff,

v.

**NIPPON LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

**Case No.: 1:22-cv-07059**
**Honorable Rebecca R. Pallmeyer**

**EXHIBIT COVER PAGE**

**EXHIBIT A**
**Affidavit and Certificate of Service Filed by Justin Wax Jacobs on February 5, 2025**

This exhibit is submitted in support of Plaintiff's **Motion to Investigate Attorney Misconduct and Ex Parte Communications**, demonstrating ongoing and undisclosed communications between Kevin Probst and Defendant's legal counsel, Justin Wax Jacobs.

**Filed By:**
**Graciela Dela Torre**
Pro Se Plaintiff
653 Wing St
Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM

Dated: February 11, 2025

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

-------------------------------X

Graciela Dela Torre,

                Plaintiff,

       v.

Nippon Life Insurance Company
Of America,

                Defendant.

-------------------------------X

Case No.: 1:22-cv-07059

**AFFIDAVIT AND CERTFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify that on February 4, 2025, I caused true and correct unredacted

copies of the Notice of Motion to Compel Arbitration, Memorandum of Law in Support, and all exhibits

attached thereto, which have been filed under seal as Docket Numbers 50 and 51, to be sent by FedEx

overnight mail to Kevin Probst (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), Edward

Dabdoub (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), and Justin R. Lewicky (10 N.

Dearborn Street, Suite 500, Chicago, IL 60602) as attorneys for the Graciela Dela Torre.

_____

Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America

February 5, 2025
_____

Date

9. On or about September 19, 2022 Plaintiff filed a complaint against NIPPON in the Southern District of Florida. *Dela Torre v. Nippon Life Insurance Company of America*, Case No. 1:22-cv-22990 (S.D. Fla. 2022). Plaintiff asserted one cause of action alleging entitlement to certain benefits of the LTD policy seeking unpaid LTD benefits, plus interest.

10. Because Dela Torre filed in an improper forum, the Plaintiff refiled in the United States District Court for the Northern District of Illinois on December 14, 2022.

11. Following initiation of the lawsuit in the Northern District of Illinois, the Parties engaged in discovery. A copy of the Plaintiff's entire long term disability claims file was produced and sent to the Plaintiff's attorneys at the Dabdoub Law Firm in late April, 2023.

12. The produced claims file included the surveillance report and all of the surveillance videos pertaining to the Plaintiff. The videos depicted Dela Torre engaging in activities which contradicted her medical records and insurance claim. The surveillance report provided the dates and location of the surveillance and the name of the investigator, as well as the investigator's observations.

13. On January 23, 2024, the Plaintiff and Defendant entered into a joint stipulation to dismiss the lawsuit with prejudice.

14. On February 5, 2025, I attempted to meet and confer with Plaintiff's attorney, Kevin Probst to discuss the Plaintiff's subpoena. Mr. Probst made it very clear that in his view, his representation of Ms. Dela Torre had ended and that he will not communicate with the Plaintiff unless ordered by the Court.

Executed on February 6, 2025 at Jamaica, New York: _____

Justin Wax Jacobs