# EXHIBIT 1

## Kevin Probst

| | |
|---|---|
| **From:** | Gracie Dlt <gmestiza1@gmail.com> |
| **Sent:** | Thursday, January 16, 2025 12:07 PM |
| **To:** | Kevin Probst |
| **Subject:** | Re: FW: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life |

**Subject:** Request to Vacate Settlement Using Rule 60(b) – New Evidence of Ongoing Treatment

Dear Kevin,

I hope this message finds you well. I'm writing to discuss the possibility of vacating my settlement related to the Long-Term Disability Insurance case based on newly discovered evidence.

Upon reviewing my medical records, I found that I accidentally omitted key documents regarding my ongoing physical therapy treatment that I was receiving in January throug December 2021, as well as surgery that took place in 2022. These documents show that I was still under medical care during the period when my benefits were terminated in November 2021.

I would like to explore the option of using Rule 60(b) to seek relief from the settlement.

To summarize:

- I inadvertently omitted records showing that I was receiving ongoing occupational therapy and treatment throughout January 2021 through December 2021
- I also had surgery in 2022 that further supports the ongoing nature of my condition and treatment.
- Given that the benefits were terminated in November 2021, and the new evidence demonstrates my continued medical care, I believe there may be grounds to argue that my benefits were wrongly terminated.

I would like to proceed with discussing how we can use this new evidence to potentially vacate the settlement under Rule 60(b), which permits relief from a judgment due to new evidence or errors that have come to light after the fact. Please let me know how we can move forward and if there is any additional information you need from me.

Thank you for your continued support and guidance in this matter. I look forward to hearing your thoughts.

Sincerely,

*Graciela*
*Direct # 630.670.5914*

**Do not print this email unless is necessary**

1