# EXHIBIT 2

## Kevin Probst

| | |
|---|---|
| **From:** | Kevin Probst |
| **Sent:** | Friday, January 17, 2025 1:43 PM |
| **To:** | Gracie Dlt |
| **Cc:** | Geneses Strongarone |
| **Subject:** | RE: FW: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life |
| **Attachments:** | DE 35 Notice of docket entry - Order closing case.pdf |

Ms. Dela Torre:

Under Rule 60(b)(2) and 59(b), for there to be valid grounds for a judge to reopen a closed case, there must be <u>newly discovered</u> <u>evidence that, with reasonable diligence, could not have been discovered</u> within 28 days of the entry of judgment (or other court order/notice closing the case). More importantly, I can assure that Nippon had ample medical records regarding your 2022 surgery and 2021 physical therapy treatment.

Under Rule 60(c), a motion under this Rule must be made no more than a year after the entry of the judgment or order closing the case.

As reflected by the attached Notification, the judge closed your case on January 24, 2024.

Therefore, your deadline to file a motion under Rule 60(b) is January 24, 2025.

Although it is our belief that the judge in your case is highly unlikely to grant a motion under Rule 60(b), I encourage you to seek a second opinion from another attorney.

We stand by the work we performed in your case and the successful settlement we helped you obtain.

Though I wish you the best, please be advised that we will not be providing you with any further advice or representation.

Regards,



**Kevin Probst, J.D.**
Disability Insurance & ERISA
Attorney

*Office*
305.754.2000

*Fax*
305.754.2007

longtermdisability.net

## DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

1