# EXHIBIT 3

## Kevin Probst

| | |
|---|---|
| **From:** | Kevin Probst |
| **Sent:** | Tuesday, December 19, 2023 11:42 AM |
| **To:** | Gracie Dlt |
| **Cc:** | Paralegal |
| **Subject:** | Settlement Release: Dela Torre v. Nippon Life |
| **Attachments:** | Settlement Agreement - Dela Torre v Nippon.pdf |

Hi, Graciela:

Please review the attached settlement agreement & release. You only need to send back page 7 after completing as follows:

BY: (Sign your name here)
ITS: (Write "Plaintiff")
DATE: (self-explanatory)

Let us know if you have any questions before signing.

Regards,
Kevin



**Kevin Probst, J.D.**
Disability Insurance & ERISA
Attorney

*Office*
305.754.2000
*Fax*
305.754.2007

longtermdisability.net

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

1