# EXHIBIT 4

 Outlook

## FW: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

**From** Paralegal <Paralegal@longtermdisability.net>
**Date** Fri 12/29/2023 2:46 PM
**To** Gracie Dlt <gmestiza1@gmail.com>
**Cc** Kevin Probst <kprobst@longtermdisability.net>

📎 2 attachments (644 KB)
Settlement Agreement & Release - Dela Torre v Nippon.pdf; Settlement Agreement & Release - Dela Torre v Nippon.pdf;

Ms. Dela Torre,

I just left you a voicemail. Please see the attached Release. It is urgent that you sign and return the signature page (page 7) - or let us know asap if you have any questions.

Thank you,

**Oriana Ordaz**
**Paralegal**

*Office*
305.754.2000
*Fax*
305.754.2007

longtermdisability.net

# DABDOUB LAW FIRM
## Disability Insurance & ERISA Attorneys

**From:** Kevin Probst <kprobst@longtermdisability.net>
**Sent:** Thursday, December 21, 2023 3:32 PM
**To:** Gracie Dlt <gmestiza1@gmail.com>
**Cc:** Paralegal <Paralegal@longtermdisability.net>
**Subject:** URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

Good afternoon, Gracie:

Since Nippon's attorney and I needed to make a few minor edits to the release, please sign and (**only**) return page 7 of the attached updated version.

Kindly confirm receipt of this email and let us know if you have any questions.

Regards,
Kevin



**Kevin Probst, J.D.**
Disability Insurance & ERISA Attorney

*Office*
305.754.2000

*Fax*
305.754.2007

longtermdisability.net

# DABDOUB LAW FIRM
## Disability Insurance & ERISA Attorneys

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

---

**From:** Kevin Probst
**Sent:** Tuesday, December 19, 2023 11:42 AM
**To:** Gracie Dlt <gmestiza1@gmail.com>
**Cc:** Paralegal <Paralegal@longtermdisability.net>
**Subject:** Settlement Release: Dela Torre v. Nippon Life

Hi, Graciela:

Please review the attached settlement agreement & release. You only need to send back page 7 after completing as follows:

BY: (Sign your name here)
ITS: (Write "Plaintiff")
DATE: (self-explanatory)

Let us know if you have any questions before signing.

Regards,
Kevin



**Kevin Probst, J.D.**
Disability Insurance & ERISA Attorney

*Office*
305.754.2000

*Fax*
305.754.2007

longtermdisability.net

# DABDOUB LAW FIRM
## Disability Insurance & ERISA Attorneys

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134