# EXHIBIT 5

# DABDOUB LAW FIRM
DISABILITY INSURANCE & ERISA ATTORNEYS

## CO-COUNSEL AGREEMENT

This agreement serves to confirm that Illinois local counsel, Justin Lewicky of Ankin Law Office LLC., has been associated as co-counsel along with Graciela Dela Torre's attorneys at Dabdoub Law Firm to represent her in connection with her claim against Nippon Life Insurance Company of America.

Each lawyer involved in this case will be jointly responsible for legal representation and agrees to be available for consultation with the client, Graciela Dela Torre, as needed.

Attorney's fees shall be paid as set forth in the executed contingency fee agreement between Dabdoub Law Firm and Ms. Dela Torre. Twenty-five percent (25%) of Dabdoub Law Firm's attorney's fees will be paid to Ankin Law Office, LLC, if any recovery is made on Ms. Dela Torre's behalf in this matter.

All the undersigned parties agree and approve of Ankin Law Office, LLC acting as co-counsel under the same contingency fee agreement entered into between Ms. Dela Torre and Dabdoub Law Firm.

Dabdoub Law Firm: _____     Client: _____
                    Edward Dabdoub                        Graciela Dela Torre

Ankin Law Office, LLC: _____

1600 PONCE DE LEON BOULEVARD, SUITE 1202, CORAL GABLES, FL 33134   T.305.754.2000   F.305.754.2007   WWW.LONGTERMDISABILITY.NET

DISABILITY, LIFE, & LONG-TERM CARE INSURANCE   •   BAD FAITH INSURANCE   •   ERISA