[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff )      Case Number: 1:22 Cv-07059
)
)      Judge:
v. )
)      Magistrate Judge:
)
Defendant )

# FILED

W FEB 12 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Adding an Exhibit for Doch 37

Feb, 12, 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

\* Exhibit for Dock 37 \*



 Gmail

**Gracie Dlt <gmestiza1@gmail.com>**

## FW: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life
1 message

**Paralegal** <Paralegal@longtermdisability.net>
To: Gracie Dlt <gmestiza1@gmail.com>
Cc: Kevin Probst <kprobst@longtermdisability.net>

Fri, Dec 29, 2023 at 1:49 PM



Ms. Dela Torre,

I just left you a voicemail. Please see the attached Release. It is urgent that you sign and return the signature page (page 7) - or let us know asap if you have any questions.

Thank you,

**Oriana Ordaz**
**Paralegal**

*Office*
305.754.2000

*Fax*
305.754.2007

longtermdisability.net

 

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

**From:** Kevin Probst <kprobst@longtermdisability.net>
**Sent:** Thursday, December 21, 2023 3:32 PM
**To:** Gracie Dlt <gmestiza1@gmail.com>
**Cc:** Paralegal <Paralegal@longtermdisability.net>
**Subject:** URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

Good afternoon, Gracie:

Since Nippon's attorney and I needed to make a few minor edits to the release, please sign and (**only**) return page 7 of the attached updated version.


Kindly confirm receipt of this email and let us know if you have any questions.


Regards,

Kevin




**Kevin Probst, J.D.**

Disability Insurance & ERISA Attorney

*Office*

305.754.2000

*Fax*

305.754.2007

longtermdisability.net



# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*


1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134


**From:** Kevin Probst
**Sent:** Tuesday, December 19, 2023 11:42 AM
**To:** Gracie Dlt <gmestiza1@gmail.com>
**Cc:** Paralegal <Paralegal@longtermdisability.net>
**Subject:** Settlement Release: Dela Torre v. Nippon Life


Hi, Graciela:

Please review the attached settlement agreement & release. You only need to send back page 7 after completing as follows:

BY: (Sign your name here)

ITS: (Write "Plaintiff")

DATE: (self-explanatory)

Let us know if you have any questions before signing.

Regards,

Kevin



**Kevin Probst, J.D.**

Disability Insurance & ERISA Attorney

*Office*

305.754.2000

longtermdisability.net

*Fax*

305.754.2007

 

# DABDOUB LAW FIRM
*Disability Insurance & ERISA Attorneys*

1600 Ponce de Leon Blvd. ste. 1202 • Coral Gables, FL 33134

**2 attachments**

 **Settlement Agreement & Release - Dela Torre v Nippon.pdf**
308K