## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Graciela Dela Torre

                                        Plaintiff,

v.                                                              Case No.: 1:22–cv–07059
                                                                Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 13, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: PLEASE NOTE COURT LOCATION CHANGE: The hearing on 2/13/2025 at 9:00 a.m. will be conducted in courtroom 2201. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.