

BC



FILED
2/12/2025
MEN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE,**

Plaintiff,                    **Case No.: 1:22-cv-07059**

v.                    **Honorable Rebecca R. Pallmeyer**

NIPPON LIFE INSURANCE COMPANY OF AMERICA, **Defendant.**

**PLAINTIFF'S STATEMENT REGARDING FORMER COUNSEL'S SELECTIVE USE OF DOCUSIGN**

TO THE HONORABLE COURT:

I, **Graciela Dela Torre**, pro se, declare and affirm under penalty of perjury that:

1. My former attorney, **Kevin Probst**, and his law firm **had the capability to digitally sign documents using DocuSign**, as demonstrated in prior case documents (See **Exhibit 1**).

2. On **December 29, 2023**, while I was being **pressured to sign page 7 of the settlement agreement**, I specifically requested to sign the document digitally using (Meaning DocuSign, just like in April 27, 2023). See Exhibit 1 & 2.

3. Instead of allowing me to use DocuSign, **Kevin Probst responded, "It's fine to sign it and use the 'scan documents' option in Notes to save/send it back as a PDF."**

4. **Kevin Probst deliberately omitted mentioning the availability of DocuSign,** which is highly suspicious, given that on April 27, 2023 I sign all of the HIPAA releases using DocuSign. (See Exhibit 2)

5. This selective use of DocuSign suggests that **Kevin Probst intentionally circumvented standard electronic signing procedures** to exclude me from having a fully executed version of the settlement.

6. By requiring me to sign only **one page (page 7) manually and separately from the rest of the agreement,** my former counsel created a process **that lacked transparency, raised concerns of document manipulation, and failed to provide a fully signed and integrated agreement.**

Respectfully submitted,

/s/Graciela Dela Torre

Pro Se Plaintiff

653 Wing St, Elgin, IL 60123

(630) 670-5914

GMESTIZA1@GMAIL.COM

2/4/25, 5:45 PM                    Gmail - Re: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

 **Gmail**

*Exhibit 1*

Gracie Dlt <gmestiza1@gmail.com>

## Re: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life
1 message

Kevin Probst <kprobst@longtermdisability.net>                                    Fri, Dec 29, 2023 at 2:11 PM
To: Gracie Dlt <gmestiza1@gmail.com>, Paralegal <Paralegal@longtermdisability.net>

Hi, Gracie:

It's fine to sign it and use the "scan documents" option in Notes to save/send it back as a pdf.

Happy Holidays,
Kevin

**Kevin E. Probst, J.D.**
**Disability Insurance & ERISA Attorney**

**Dabdoub Law Firm**
**Toll Free: 888.812.0393**
**LongTermDisability.net**

**From:** Gracie Dlt <gmestiza1@gmail.com>
**Sent:** Friday, December 29, 2023 3:03:29 PM
**To:** Paralegal <Paralegal@longtermdisability.net>
**Cc:** Kevin Probst <kprobst@longtermdisability.net>
**Subject:** Re: FW: URGENT: Updated Settlement Release - Dela Torre v. Nippon Life

Can I digitally sign for it? I do apologize for the delay, I don't have a scanner handy.

*Graciela*
*Direct # 630.670.5914*

*[handwritten:] Plantiff Never received a "Docusign" for this. Note that other documents were available to sign throug "DocuSign" see exhibit/1 12*

On Fri, Dec 29, 2023 at 1:49 PM Paralegal <Paralegal@longtermdisability.net> wrote:

Ms. Dela Torre,

I just left you a voicemail. Please see the attached Release. It is urgent that you sign and return the signature page (page 7) - or let us know asap if you have any questions.

Thank you,

**Oriana Ordaz**          *Office*                longtermdisability.net
**Paralegal**            305.754.2000

 Gmail

Gracie Dlt <gmestiza1@gmail.com>

Exhibit 2

## Completed: Complete with DocuSign: HIPAA Authorization for additional providers

1 message

**Dabdoub Law Firm via DocuSign** <dse_NA3@docusign.net>
Reply-To: Dabdoub Law Firm <quay@longtermdisability.net>
To: Graciela Dela Torre <gmestiza1@gmail.com>

Thu, Apr 27, 2023 at 12:41 PM



**DocuSign**

Your document has been completed

VIEW COMPLETED DOCUMENTS

**Dabdoub Law Firm**
quay@longtermdisability.net

All parties have completed Complete with DocuSign: HIPAA Authorization for additional providers.

Dear Ms. Dela Torre,

Please complete these HIPAA forms for the new providers we added to your list. We would appreciate prompt completion so we can send this to Nippon as required by the Court.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
F14824DEBCCE4955A97E802FF2728CAA3

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

⬇ Download the DocuSign App

This message was sent to you by Dabdoub Law Firm who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

**4 attachments**

 **HIPAA Authorization to Use and Disclose PHI - Edward-Elmhurst Health Center OT.pdf**
258K

**HIPAA Authorization to Use and Disclose PHI - Edward-Elmhurst Health Center PT.pdf**
258K

 **HIPAA Authorization to Use and Disclose PHI - Vinny Sharma, DO.pdf**
258K

 **HIPAA Authorization to Use and Disclose PHI - Joanne Labriola, MD.pdf**
258K