

BC

FILED
2/12/2025
MEN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**GRACIELA DELA TORRE,**

Plaintiff,          **Case No.: 1:22-cv-07059**

v.                  **Honorable Rebecca R. Pallmeyer**

NIPPON LIFE INSURANCE COMPANY OF AMERICA, **Defendant.**

**PLAINTIFF'S STATEMENT REGARDING UNAUTHORIZED ENDORSEMENT AND CASHING OF SETTLEMENT CHECK**

TO THE HONORABLE COURT:

I, **Graciela Dela Torre**, pro se, declare and affirm under penalty of perjury that:

1. At no time did I **authorize my former attorney, Kevin Probst, to cash or endorse any settlement check on my behalf.**

2. I **never signed a Power of Attorney (POA) granting Kevin Probst or any other attorney authority** to negotiate, deposit, or handle any financial instruments related to my settlement.

3. **My contingency agreement with Kevin Probst does not contain any provision that grants him the authority to cash, deposit, or otherwise control settlement funds on my behalf.**

4. If any settlement check was cashed, endorsed, or deposited under my name by Kevin Probst or his law firm, it was done **without my consent, knowledge, or legal authorization.**

5. I **formally object to any and all unauthorized transactions involving settlement proceeds issued in my name** and reserve all rights to pursue appropriate legal remedies for financial misconduct.

WHEREFORE, I respectfully submit this statement to clarify that any financial transaction performed by Kevin Probst involving my settlement funds was done **without my authorization** and in potential violation of fiduciary duties and legal ethics.

Respectfully submitted

---

/s/**Graciela Dela Torre** Pro Se Plaintiff
653 Wing St, Elgin IL, 60123(630) 670-5914  Email: GMESTIZA1@GMAIL.COM

# NIPPON LIFE INSURANC

**J.P.Morgan**

** All values are subject to verification and adjustments. **

## Transaction Details

### Transaction Information

| Acct. Number | Bank ID | Status |
|---|---|---|
| ███████ | ███████ | Completed |

| Acct. Name | Bank Name | |
|---|---|---|
| GENERAL OPERATING ACCT | JPMORGAN CHASE BANK, N.A. - NEW YORK | |

| Credit/Debit | Value Date | BAI Code |
|---|---|---|
| DR | 01/22/2024 | 475 |

| Amount | Transaction Date | Description |
|---|---|---|
| 90,000.00 USD | 01/22/2024 | CHECK |

| Immediate Available | Transaction Type | |
|---|---|---|
| 90,000.00 USD | CHK | |

| 1 Day Available | Customer Reference | |
|---|---|---|
| 0.00 USD | 0000000011474 | |

| 2 Day Available | Bank Reference | |
|---|---|---|
| 0.00 USD | 104570823679 | |

**3+ Day Available**

0.00 USD

### Remarks / Additional Transaction Information

CHECK NO=0000000011474

### NIPPON LIFE INSURANC Notes

0 Notes

| Notes | Created By | Created On | Updated On |
|---|---|---|---|
| | | There are no Notes associated with this transaction. | |

## Image Details

Type: Check  Check Number: 000000011474





PAY TO THE ORDER OF
Dabdoub Law Firm PA Dabdoub Law Firm PA IOTA
IBERIABANK
MIAMI, FL 33131-1812
FOR DEPOSIT ONLY
ENDORSE HERE     FOR DEPOSIT ONLY
DABDOUB LAW FIRM P. A.
IOTA TRUST ACCOUNT
0055055453

X POA Graciela Dela Torre

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*