

**FILED**
2/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

GRACIELA DELA TORRE,

Plaintiff,

v.

NIPPON LIFE INSURANCE COMPANY OF AMERICA,

**Defendant.**

Case No.: 1:22-cv-07059

PLAINTIFF'S MOTION TO RETURN SETTLEMENT FUNDS INTO ESCROW TO SET ASIDE AGREEMENT

TO: Honorable Rebecca R. Pallmeyer

Plaintiff, Graciela Dela Torre, pro se, respectfully submits this Motion to return the settlement funds to an escrow account in order to set aside the settlement agreement previously executed with Nippon Life Insurance Company of America ("Nippon"). Plaintiff asserts that circumstances necessitate reconsideration of the settlement and seeks the Court's guidance in facilitating this process fairly and equitably.

I. BACKGROUND

1. Plaintiff and Defendant executed a settlement agreement on or about December 14, 2023.

2. The settlement was based on representations made by Defendant, which Plaintiff has since determined require further scrutiny.

3. Plaintiff seeks to return the full settlement amount into an escrow account to preserve fairness while the agreement is reviewed by the Court.

4. Plaintiff maintains that setting aside the agreement is warranted in the interest of justice.

II. LEGAL BASIS FOR RELIEF

The Court has the authority to grant relief under:

- Federal Rule of Civil Procedure 60(b), which allows for the setting aside of a judgment or agreement due to mistake, newly discovered evidence, fraud, or other equitable grounds.

- Contract law principles that permit rescission when an agreement was entered under misrepresentation or undue influence.

III. PROPOSED ACTION

1. Plaintiff is prepared to return the full settlement amount into an escrow account approved by the Court.

2. Plaintiff requests that the Court formally set aside the settlement agreement and reinstate any legal claims that were dismissed as a result of the agreement.

3. Plaintiff further requests any additional relief deemed just and proper by the Court.

IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant this motion, allow Plaintiff to return the settlement funds into escrow, set aside the agreement, and provide any further relief deemed necessary.

Dated: February 7, 2025

Respectfully submitted,

/s/Graciela Dela Torre
Pro Se Plaintiff
653 Wing St, Elgin, IL 60123