**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Graciela Dela Torre

                                     Plaintiff,

v.                                        Case No.: 1:22–cv–07059
                                                  Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has denied Plaintiff's motion to reinstate this case and dismissed her challenges to the settlement she entered into more than a year ago. She again seeks relief from the court, now moving to "return settlement funds into escrow to set aside agreement." The request is puzzling: Plaintiff received substantial funds as a result of the settlement in January 2024. As of January 22, 2025, she sought leave to proceed in forma pauperis (IFP), asserting under penalty of perjury that she has no available funds. Because she was seeking leave to reopen this case rather than initiate new litigation, there was no need for the court to grant IFP status, but is uncertain how she is now able to return the full amount of the money she received in settlement to a proposed escrow. That aside, Plaintiff has not identified any "misrepresentation or undue influence" resulting in the settlement of this case. Her motion [93] is denied. The court's order is final and appealable. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.