

**BC**

FILED
2/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Graciela Dela Torre,**
Plaintiff,

v.

**Nippon Life Insurance Company of America,**
Defendant.

**Case No.: 1:22-cv-07059**
**Hon. Rebecca R. Pallmeyer**

---

**PLAINTIFF'S NOTICE REGARDING EXPEDITED HELOC PROCESS**

Plaintiff, Graciela Dela Torre, respectfully submits this notice to inform the Court that she has initiated an expedited process for securing a Home Equity Line of Credit (HELOC) loan. This action is being taken in good faith to facilitate the return of settlement funds into escrow in connection with her motion to set aside the agreement.

Plaintiff remains committed to compliance with the Court's directives and will provide updates as necessary regarding the status of this process.

**Dated:** February 14, 2025

**Respectfully submitted,**

**/s/Graciela Dela Torre**
Plaintiff, Pro Se