

**FILED**
2/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

GRACIELA DELA TORRE, Plaintiff,

v.

NIPPON LIFE INSURANCE COMPANY OF AMERICA, Defendant.

**Case No.: 1:22-cv-07059**
**Honorable Rebecca R. Pallmeyer**

**PLAINTIFF'S MOTION TO SEAL DOCKET NUMBER 75**

TO THE HONORABLE COURT:

Plaintiff, **Graciela Dela Torre**, respectfully moves this Court to seal **Docket Number 75, Plaintiff's Amended Motion to Reopen**, in accordance with the Court's prior ruling granting sealing for similar documents (Dkt. 58). In support of this Motion, Plaintiff states as follows:

**I. RELEVANT BACKGROUND**

1. On **February 6, 2025**, the Court **granted Defendant's Motion to Seal** (Dkt. 45), ordering that Docket Numbers **37, 45, and 46** be sealed (Dkt. 58).

2. Plaintiff's **Amended Motion to Reopen (Dkt. 75)** contains sensitive, confidential, and privileged medical and legal information, similar in nature to documents previously sealed by the Court.

3. Sealing this document is necessary to protect **Plaintiff's privacy interests**, prevent misuse of **sensitive medical records**, and ensure the integrity of ongoing legal proceedings.

**II. LEGAL STANDARD**

4. Courts have broad discretion to seal records to protect **confidentiality, privacy, and privileged information** under **Federal Rule of Civil Procedure 26(c)** and **Local Rule 26.2**.

5. The **Seventh Circuit recognizes that sealing is appropriate** where disclosure would cause harm, particularly in cases involving **personal medical records and legally protected information** (*Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999)).

6. In accordance with these principles, the Court previously granted sealing of similar materials in **Dkt. 58**, establishing a precedent for sealing the present document.

## III. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. **GRANT this Motion to Seal Docket Number 75**, consistent with the Court's prior ruling in **Docket 58**;

2. **Direct the Clerk of Court to seal Docket Number 75** in its entirety; and

3. **Provide any further relief** that the Court deems just and proper.

Respectfully submitted,

---

**/s/Graciela Dela Torre**
Pro Se Plaintiff
653 Wing St, Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM