



**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

---

**GRACIELA DELA TORRE,**

Plaintiff,                    **Case No.: 1:22-cv-07059**

v.                            **Honorable Rebecca R. Pallmeyer**

**NIPPON LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

**PLAINTIFF'S MOTION TO SEAL DOCKET NUMBER 73**

TO THE HONORABLE COURT:

Plaintiff, **Graciela Dela Torre**, respectfully moves this Court to seal **Docket Number 73**, in accordance with the Court's prior ruling granting sealing for similar documents (Dkt. 58). In support of this Motion, Plaintiff states as follows:

**I. RELEVANT BACKGROUND**

1. On **February 6, 2025**, the Court **granted Defendant's Motion to Seal** (Dkt. 45), ordering that Docket Numbers **37, 45, and 46** be sealed (Dkt. 58).

2. Plaintiff's **filing at Docket 73** contains **confidential and legally sensitive material**, including medical records and privileged information, warranting similar protection.

3. Sealing is necessary to **protect Plaintiff's privacy and prevent misuse** of personal medical and legal information.

**II. LEGAL BASIS FOR SEALING**

4. Under **Federal Rule of Civil Procedure 26(c)** and **Local Rule 26.2**, courts may seal filings containing **private medical records and privileged legal matters**.

5. The **Seventh Circuit recognizes** that sealing is appropriate to prevent **harm from disclosure of sensitive personal information** (*Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999)).

6. Given the Court's prior ruling (Dkt. 58) sealing similar documents, the same protection should apply here.

**III. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

1. **GRANT this Motion to Seal Docket Number 73**, consistent with the Court's prior ruling in **Docket 58**;

2. **Direct the Clerk of Court to seal Docket Number 73** in its entirety; and

3. **Provide any further relief** that the Court deems just and proper.

Respectfully submitted,

---

**Graciela Dela Torre**
Pro Se Plaintiff
653 Wing St, Elgin, IL 60123
(630) 670-5914
GMESTIZA1@GMAIL.COM