**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Graciela Dela Torre

                                Plaintiff,

v.                                        Case No.: 1:22–cv–07059
                                           Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Dela Torre, who filed her amended motion to compel [73] and amended motion to reopen this case [75] on February 10, 2025, now asks the court to place those filings under seal, purportedly because they contain "confidential and legally sensitive material." The motions to seal [97], [98] are entered and continued. Ms. Dela Torre is directed to identify the specific portions of her earlier motions that she believes should be under seal, and submit versions of those motions for inclusion in the public record with sensitive information redacted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.