**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

GRACIELA DELA TORRE,                                   Case No.: 1:22-cv-07059

                                   Plaintiff,

                          v.                            Hon.  Rebecca R. Pallmeyer

NIPPON LIFES INSURANCE COMPANY

OF AMERICA

                                   Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – –X


## MOTION TO SEAL DOCUMENT


Pursuant to Local R. Civ. P. 26.2 (N.D.ILL), the Court's January 31, 2025 Minute Entry (Dkt.

No. 49), and the Court's Order to Seal Docket Number 46 (Dkt. 58), the Defendant respectfully moves

this Court to Seal page 6 of the Plaintiff's "Legal Argument That Settlement Funds Cannot be

Reclaimed If The Agreement Is Invalidated," filed as Docket number 87. Page 6 constitutes a printed

transaction sheet from the Defendant's JPMorgan Account with a check image indicating the settlement

amount paid by the Defendant, Nippon Life Insurance Company of America, to the Plaintiff. The

Defendant had previously submitted the document as part of two previous motions (Dkt. Numbers 46

and 51) which were filed under seal or were retroactively sealed by the Court. The Plaintiff reproduced

and republished the sealed document after it was sealed and/or submitted under seal.


(Signature on Following Page)

2

Dated: February 25, 2025

Respectfully submitted,

_____

Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America
666 Third Avenue, Suite 2201
New York, New York, 10017
Tel:    646-630-4923
Fax:    212-867-3057
J-WaxJacobs@nipponlifebenefits.com

2

## **CERTIFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify on February 25, 2025, caused a true and correct copy of the

Defendant Nippon Life Insurance Company's foregoing motion to seal, to be filed electronically with

the Clerk of Court via the Court's CM/ECF system.

_____
Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America

3