# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                             Plaintiff,

v.                                      Case No.: 1:22–cv–07059
                                       Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to seal document [100] is granted as follows: the entire document in entry [87] is sealed. The clerk of the court may only seal an entire document not a portion of a document, therefore, the plaintiff is directed to refile docket entry [87], with the elimination of page 6. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.