**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Graciela Dela Torre

                                        Plaintiff,

v.                                                      Case No.: 1:22–cv–07059
                                                        Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: On February 21, 2025, this court directed Plaintiff to identify the specific portions of her earlier motions that she believes should be under seal, and submit versions of those motions for inclusion in the public record with sensitive information redacted. She has not responded. Her motions for leave to file under seal [97, 98], are therefore stricken without prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.