

BC

FILED
4/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

**UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois**
**Eastern Division**

**Graciela Dela Torre,** Plaintiff,

**Case No.: 1:22−cv−07059**
**Honorable Rebecca R. Pallmeyer**

**Nippon Life Insurance Company of America**, Defendant

**Motion for Leniency, Removal of Unauthorized Email Recipients, and Protection of Privacy – Case No. 22-cv-7059, Dela Torre v. Nippon Life Insurance Company of America**

Dear Judge Pallmeyer,

I hope this letter finds you well. I am respectfully submitting this motion for leniency and to request the removal of certain unauthorized email recipients from receiving copies of my filings in the above-referenced case. I am a **self-represented litigant**, and due to my **documented cognitive disabilities** and **disability**, I am encountering difficulty navigating the complex legal procedures associated with this case. I request the Court's understanding in light of my medical condition and the difficulties I am facing.

## Motion for Leniency

As a **pro se Disable litigant** with **documented cognitive issues**, I am seeking leniency from the Court regarding my filing deadlines and adherence to procedural rules. I acknowledge that I may not fully comprehend every aspect of the legal process and the requirements associated with the filings in this case. My disability, including cognitive challenges, makes it extremely difficult to manage these complexities, and I am doing my best to comply with the Court's orders. I respectfully ask for the Court's understanding and relief regarding any inadvertent errors I may have made in the process, particularly those related to the confidentiality of filings and communications.

## Request for Removal of Unauthorized Email Recipients

I also respectfully request that the following individuals and their associated email addresses be **removed from the recipient list** for all future filings in this case, as they no longer represent me and should no longer receive copies of my filings:

1. **Kevin E. Probst**
   Email: kprobst@longtermdisability.net
2. **Edward Philip Taric Dabdoub**
   Email: paralegal@longtermdisability.net
   Email: geneses@longtermdisability.net

Email: eddie@longtermdisability.net
Email: nina@longtermdisability.net
3. **Justin R. Lewicky**
   Email: kwojtowicz@ankinlaw.com
   Email: jlewicky@ankinlaw.com
   Email: smazariegos@ankinlaw.com

These individuals are no longer representing me, and I consider their receipt of my filings a violation of my privacy. I respectfully request that the Court direct the appropriate parties to ensure that these email addresses are **removed from all future service lists** to prevent further inadvertent disclosures.

## Legal Basis for Privacy Concerns

As the Court is aware, confidentiality and privacy in litigation are paramount, especially when sensitive personal or medical information is involved. The **attorney-client privilege** and the **right to privacy** are fundamental protections in the legal process. I believe that continuing to send my filings to former representatives who no longer have my consent to be included is a violation of my right to privacy and confidentiality, as protected under **case law** and **ethical standards** governing attorney-client relationships (see *Swidler & Berlin v. United States*, 524 U.S. 399 (1998) regarding the sanctity of client communications).

The **Electronic Case Filing (ECF)** system and service rules in this District (Local Rule 5.1) require that documents be served on all relevant parties, but also provide for the removal of parties who are no longer involved in the case. As these individuals no longer represent me and no longer have my authority to receive documents, I ask the Court to issue an order to ensure their email addresses are removed from the service list.

## Conclusion

I respectfully request that the Court issue an order removing the above-listed email addresses from the service list for all future filings. I also ask for leniency in light of the challenges I face as a self-represented litigant with cognitive impairments. I deeply appreciate the Court's understanding and any relief it can grant in this matter.

Thank you for your time and consideration.

Respectfully submitted,
Pro se
/s/Graciela Dela Torre,
653 Wing St, Elgin IL 60123
**630-670-5914**

## Activity in Case 1:22-cv-07059 Dela Torre v. Nippon Life Insurance Company of America order on motion to seal document

2 messages

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>

To: ecfmail_ilnd@ilnd.uscourts.gov

Tue, Apr 1, 2025 at 10:26 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3)

### Notice of Electronic Filing

The following transaction was entered on 4/1/2025 at 10:25 AM CDT and filed on 4/1/2025
**Case Name:** Dela Torre v. Nippon Life Insurance Company of America
**Case Number:** 1:22-cv-07059
**Filer:**
**WARNING: CASE CLOSED on 01/24/2024**
**Document Number:** 102

**Docket Text:**
**MINUTE entry before the Honorable Rebecca R. Pallmeyer: On February 21, 2025, this court directed Plaintiff to identify the specific portions of her earlier motions that she believes should be under seal, and submit versions of those motions for inclusion in the public record with sensitive information redacted. She has not responded. Her motions for leave to file under seal [97, 98], are therefore stricken without prejudice. Mailed notice. (cp, )**

**1:22-cv-07059 Notice has been electronically mailed to:**

Ambria Dominise
Mahomes     docketgeneral@faegredrinker.com, legalresourcehub@faegredrinker.com, ambria.mahomes@faegredrinker.com

Matthew M
Morrissey     danielle.dantimcguire@faegredrinker.com, matthew.morrissey@faegredrinker.com

Justin Aaron Wax Jacobs     j-waxjacobs@nipponlifebenefits.com

Kevin E Probst     kprobst@longtermdisability.net

Graciela Dela Torre     gmestiza1@gmail.com

Edward Philip Taric
Dabdoub     paralegal@longtermdisability.net, geneses@longtermdisability.net, eddie@longtermdisability.net, nina@longtermdisability.net

Justin R.
Lewicky     kwojtowicz@ankinlaw.com, jlewicky@ankinlaw.com, smazariegos@ankinlaw.com

**1:22-cv-07059 Notice has been delivered by other means to:**

## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Graciela Dela Torre
Plaintiff,
v.                                              Case No.: 1:22−cv−07059
                                                Honorable Rebecca R. Pallmeyer
Nippon Life Insurance Company of
America
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2025:
MINUTE entry before the Honorable Rebecca R. Pallmeyer: On February 21, 2025, this court directed Plaintiff to identify the specific portions of her earlier motions that she believes should be under seal, and submit versions of those motions for inclusion in the public record with sensitive information redacted. She has not responded. Her motions for leave to file under seal [97, 98], are therefore stricken without prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.
For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.