# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

Plaintiff,

v.

                    Case No.: 1:22–cv–07059

                    Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of America

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Dela Torre's motion for leniency [103] is granted in that the court recognizes Plaintiff no longer desires representation from the following attorneys, and the Clerk is directed to terminate their names from the service list: Edward Philip Taric Dabdoub, Justin R. Lewicky, Kevin E Probst. This case remains closed. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.