UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Graciela Dela Torre

                                      Plaintiff,

v.                                                      Case No.: 1:22–cv–07059
                                                      Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case seeking an award of disability benefits was closed in January 2024 pursuant to stipulation [34]. In the years since then, Plaintiff has again sued Nippon Life Insurance Company and other Defendants, see Case No. 25 C 1483, but this court concluded that her claims were a challenge to the agreement she entered into and has ordered arbitration of the dispute. The court declines to vacate or stay enforcement of its orders; her motions [105, 106] are stricken. Plaintiff is reminded that Defendants have filed a motion to enforce this court's arbitration order in that other case, and that her response is due on January 20, 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.