**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

BC

FILED MAM

3/4/2026
THOMAS G. BRUTON,
CLERK, U.S. DISTRICT COURT

------------------------------- X

GRACIELA DELA TORRE,                :

                          Plaintiff, :

                                     :

            v.                       :      Case: 1:22-cv-07059

                                     :

NIPPON LIFE INSURANCE COMPANY OF     :
AMERICA,                             :

                          Defendant. :

------------------------------- X

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE UNDER FEDERAL RULE OF EVIDENCE 201** Insurance policy identifying Nippon Life as "A Stock Company - Des Moines, Iowa"

**I. REQUEST**

Plaintiff Graciela Dela Torre respectfully requests that this Court take judicial notice of the following facts, which are not subject to reasonable dispute:

- Nippon Life Insurance Company of America is incorporated in the State of Iowa.
- Nippon Life Insurance Company of America's domiciliary address is in Des Moines, Iowa.

**II. BASIS FOR JUDICIAL NOTICE**

These facts are established by the following documents, which are part of this District's permanent record:

- Docket 9-2 in Case No. 1:22-cv-07059: Insurance policy identifying Nippon Life as "A Stock Company - Des Moines, Iowa"
- Docket 9-1, ¶4 in Case No. 1:22-cv-07059: Sworn declaration stating: "Nippon is an insurance company incorporated in the State of Iowa"
- Docket 61-1, ¶4 in Case No. 1:22-cv-07059: Reaffirmed sworn declaration with same language

Under Federal Rule of Evidence 201(b), a court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The documents cited above meet this standard.

**III. CONCLUSION**

Plaintiff requests only that the Court take judicial notice of these facts. No further relief is sought at this time.

Respectfully submitted,

/s/ Graciela Dela Torre
Graciela Dela Torre, Pro Se
653 Wing Street
Elgin, IL 60123
(630) 670-5914
gmestiza1@gmail.com

Dated: March 4, 2026