

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
3/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

------------------------------------- X

GRACIELA DELA TORRE,                   :

          Plaintiff,                  :

                           :

          v.                         :      Case: 1:22-cv-07059

                           :

NIPPON LIFE INSURANCE COMPANY OF       :
AMERICA,

                           :

          Defendant.                 :

------------------------------------- X

**PLAINTIFF'S NOTICE OF COMPLIANCE AND GRATITUDE TO JUDGE REBECCA R. PALLMEYER AND COURT STAFF**

**NOTICE OF LIMITED ASSISTANCE**

I, Graciela Dela Torre, am a disabled person representing myself. I am experiencing a fibromyalgia flare-up and cognitive challenges. I received limited, non-legal assistance to organize the facts and format this document. Its contents were read aloud to me. I understand, approve, and adopt this filing as my own.

**I. PRELIMINARY STATEMENT**

Plaintiff Graciela Dela Torre respectfully submits this Notice to express her sincere gratitude to the Honorable Rebecca R. Pallmeyer and the dedicated staff of this Court for their patience, diligence, and fairness throughout these proceedings.

As a pro se litigant navigating complex legal terrain while managing significant disabilities, Plaintiff has been deeply grateful for the Court's guidance and oversight.

**II. PLAINTIFF'S COMPLIANCE**

Plaintiff wishes to inform the Court that she has fully complied with all her obligations under the parties' agreements and the Court's orders.

On February 26, 2026, the American Arbitration Association granted Plaintiff's request for a fee waiver in its entirety. Plaintiff owes nothing to proceed with her arbitration.

Plaintiff's arbitration case remains active and pending in the proper forum.

**III. PLAINTIFF THANKS THE FEDERAL COURT**

Plaintiff extends her deepest thanks to:

- Judge Rebecca R. Pallmeyer, for her wisdom, patience, and commitment to justice
- The courtroom deputies and clerks, for their professionalism and assistance
- All court staff, who work tirelessly to ensure access to justice for all, including pro se litigants

Plaintiff does not take this Court's time or attention for granted. She is profoundly thankful.

**IV. CONCLUSION**

Plaintiff remains committed to resolving her claims in accordance with the law and with respect for these proceedings. She files this Notice simply to express her gratitude and to document her compliance.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, a true and correct copy of the foregoing Plaintiff's Notice of Compliance and Gratitude to Judge Pallmeyer and Court Staff was filed via pro se box. A copy will be sent upon all counsel of record.

Respectfully submitted,

/s/ Graciela Dela Torre

Graciela Dela Torre, Pro Se

653 Wing Street

Elgin, IL 60123

(630) 670-5914

gmestiza1@gmail.com Dated: March 4, 2026