## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Graciela Dela Torre

                          Plaintiff,

v.                                    Case No.: 1:22–cv–07059

                                    Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case was dismissed pursuant to a settlement on January 24, 2024 [34, 35]. Plaintiff Dela Torre evidently had second thoughts about the resolution of the case, but the court has seen no basis in the record to reopen it. Ms. Dela Torre remains free to pursue any claims she may have in arbitration. But her continued challenges to the enforceability of the settlement agreement, and her recent suggestion that Defendant and its attorney have engaged in "Federal crimes," are frivolous. The court strikes all of her pending motions and requests [108, 109, 112, 113, 114] and warns that further efforts to challenge the termination of this litigation will result in a recommendation that the Executive Committee of this court impose filing restrictions. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.