# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Graciela Dela Torre

                        Plaintiff,

v.

Nippon Life Insurance Company of
America

                        Defendant.

Case No.: 1:22–cv–07059
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to unseal docket 37 under Local Rule 26.2 Compliance [116] is granted. The Clerk is directed to unseal document no. [37] and place the filing in the public record. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.