BC

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

FILED

6/3/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| v. | ) Honorable Rebecca R. Pallmeyer |
| NIPPON LIFE INSURANCE COMPANY OF | ) Case No. 1:22-cv-07059 |
| AMERICA, et al., | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF MATERIAL BREACH AND AUTOMATIC FRUSTRATION OF ORDER COMPELLING ARBITRATION (DKT. 94) PURSUANT TO *CARR V. GATEWAY, INC.*

This Notice is appropriately filed in the above-captioned matter because this Court is the originating forum that issued the underlying Order Compelling Arbitration (Dkt. 94) from which the current arbitral dispute arises.

PLEASE TAKE NOTICE that Plaintiff Graciela Dela Torre, proceeding *pro se*, hereby files the following document with the Clerk of the Court:

> Memorandum of Law in Support of Plaintiff's Notice of Controlling Authority Pursuant to Local Rule 7.1 and the Court's Inherent Authority: *Carr v. Gateway, Inc.*, 241 Ill. 2d 15 (2011) (Arbitration Agreement Terminates When Designated Forum Is Not Utilized).

A copy of the foregoing document is attached hereto.

**CERTIFICATE OF SERVICE**

I, Graciela Dela Torre, certify that I filed this using the Pro se portal, all counsel of record will receive an electronic copy via the Court's CM/ECF system

Respectfully submitted,
Graciela Dela Torre, Pro Se
Kane County Elgin, IL 60123
(630) 670-5914
gmestiza1@gmail.com

**NOTICE OF LIMITED ASSISTANCE:** Due to documented medical conditions, Plaintiff received limited assistance with the formatting and clerical preparation of this filing. The content of the filing was read aloud to Plaintiff in its entirety. Plaintiff fully approves, ratifies, and adopts the content as her own.