BC

FILED
6/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GRACIELA DELA TORRE, )
Plaintiff, )
)
v. ) Case No. 1:22-cv-07059
) Honorable Rebecca R. Pallmeyer
NIPPON LIFE INSURANCE COMPANY )
OF AMERICA, )
Defendant. )

## NOTICE OF FILING

PLEASE TAKE NOTICE that, Plaintiff Graciela Dela Torre, appearing pro se, submitted to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the authorized Pro Se Portal for electronic insertion into the permanent public litigation record, the accompanying:

1. (1) POINTING TO A STRUCTURAL LACK OF INFORMED CONSENT ALREADY PRESERVED IN THE RECORD: WHERE ON DECEMBER 29, 2023, PLAINTIFF WAS INDUCED TO EXECUTE AN ISOLATED SIGNATURE PAGE PAGE 7, REJECTING THE CHARACTERIZATION OF "SECOND THOUGHTS" [DKT. 94, 122] BASED ON MERELY DIGITAL SCREEN REDLINE DELIVERIES.

2. (2) POINTING TO A JURISDICTIONAL PARADOX ALREADY PRESERVED IN THE RECORD: WHERE FOLLOWING THE COURT'S OFFICIAL CASE TERMINATION ON SEPTEMBER 22, 2025, COUNSEL SUBSEQUENTLY OVERRODE AUTOMATED SYSTEM WARNINGS TO ENTER PUNITIVE POST-JUDGMENT CIVIL CONTEMPT REMEDIES VIA DKT. 129 AND DKT. 190.

3. (3) POINTING TO AN EXTRAJUDICIAL EXPANSION OF SERVICE SCOPE ALREADY PRESERVED IN THE RECORD: WHERE LONG AFTER CASE NO. 1:22-CV-07059 WAS OFFICIALLY CLOSED ON JANUARY 24, 2024, AND THE ARBITRATION ORDER ORIGINATED OUT OF DKT. 94 (CASE NO. 1:22-CV-07059), ALTHOUGH MANDATORY USMS PROTOCOL LIMITS IDENTIFICATION PHOTOGRAPHS EXCLUSIVELY TO FUGITIVE OR CRIMINAL TRACKING, COUNSEL SUBSEQUENTLY INTERJECTED UNAPPROVED NEW SURVEILLANCE PHOTOGRAPHS INTO CIVIL FORM USM-285 VIA DKT. 173 ON JULY 30, 2025, EXCEEDING THE SCOPE OF THE JUDICIAL ORDER APPROVING THE U.S. MARSHALS SERVICE (DKT. 135).

4. (4) POINTING TO A MATERIAL CONTRADICTION ALREADY PRESERVED IN THE RECORD: WHERE DEFENDANT CLAIMS IN DKT. 121 THAT THESE MATTERS ARE COMPLETELY CLOSED TO BLOCK THIRD-PARTY INVOLVEMENT, WHILE SIMULTANEOUSLY UTILIZING THESE EXACT CLOSED DOCKETS TO FORCE PLAINTIFF INTO A NON-CONTRACTUAL ARBITRATION FORUM (ICDR CASE NO. 01-25-0000-4189) IN DIRECT VIOLATION OF SECTIONS 3.6 AND 5.8 OF THE SETTLEMENT AGREEMENT.

Pursuant to the operational status of these closed dockets, no oral argument, hearing presentation, or scheduling date before the Court is requested. This document is submitted as a verified statement of fact to permanently reconcile the historical record.

In accordance with the electronic filing procedures of this Court, this Notice and the accompanying Verified Declaration are served upon all defense counsel of record via the Court's CM/ECF system.

Notice to Media: For the NY post please do not contact plaintiff further.

Respectfully submitted,
Graciela Dela Torre, Plaintiff Pro Se
Kane County, Elgin, IL 60123
(630) 670-5914 gmestiza1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed using the Pro se Box, which will send notification of such filing to all counsel of record.

NOTICE OF ASSISTANCE AND SEALED RECORDS:

Plaintiff Graciela Dela Torre received limited assistance preparing this document, reviewed its contents, and adopts them as her own. To protect her privacy, Plaintiff's medical records are under seal see (Dkt. 45), Case No. 1:22-cv-07059 (Dkt. 72), and Case No. 1:25-cv-01483 (Dkt. 182).