BC

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

FILED
6/9/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| v. | ) Honorable Rebecca R. Pallmeyer |
| NIPPON LIFE INSURANCE COMPANY OF | ) Case No. 1:22-cv-07059 |
| AMERICA, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF CONTROLLING AUTHORITY AND PRO SE SHOWING THAT THE ARBITRATION PROVISION IS UNENFORCEABLE AND THE ICDR PROCEEDING IS A NULLITY: DEMONSTRATING THAT FORUM DEFECTS VIOLATE THE STRICT NO-MODIFICATION MANDATE OF SECTION 5.2 AND EXCEED CONTRACTUAL BOUNDS UNDER SECTIONS 3.2, 3.6, AND 5.8 OF THE SETTLEMENT AGREEMENT; <u>AND RESPONSE TO COURT'S MINUTE ENTRY (DKT. 221)</u>**

Plaintiff, Graciela Dela Torre, appearing *pro se*, submits this Notice and Response to Docket No. 221 (Dkt 124 case 1:22-cv-07059 p. 1). All jurisdictional objections remain preserved (Dkt 124 case 1:22-cv-07059).

*I. SETTLEMENT AGREEMENT SECTIONS BAR FORUM SUBSTITUTION AND ADMINISTRATIVE ALTERATIONS*

1. Section 5.2 Bars Unilateral Forum Modifications: Contract mandates: *"No supplement, modification, waiver or amendment of this Agreement shall be effective or binding unless executed in writing by all of the Parties..."* (Dkt 51-1 of 1:22-cv-07059 p. 7). No party has written consent to depart (Dkt 124 case 1:22-cv-07059. p. 2). Alternative rules violate Section 5.2 (Dkt 51-1 1:22-cv-07059 p. 7).

2. Section 3.2 Strips Extra-Contractual Corporate Claims: Nippon bypassed domestic forum via parent company nationality (124 1:22-cv-07059 pp. 1, 12). Section 3.2 bars reliance on *"any promise, assurance, representation... not expressly set forth in writing..."* (51-1 1:22-cv-07059 p. 6). Parent nationality is omitted (51-1 1:22-cv-07059 pp. 2, 8). Counsel swore Nippon is domestic (124 1:22-cv-07059 p. 33). Outside structures violate Section 3.2 (51-1 1:22-cv-07059 p. 6).

3. Section 3.6 Demands Unitary Forum and Procedure: Disputes *"shall be settled by binding arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules..."* (124 1:22-cv-07059 pp. 6-7). Both elements are required simultaneously (124 1:22-cv-07059 6-7). Splitting them via ICDR or Employment Rules breaks the agreed mechanism (124 1:22-cv-07059 pp. 1-2).

4. Section 5.8 Choice-of-Law Mandates Illinois Law: Contract *"shall be construed and interpreted in accordance with Illinois law."* (51-1 1:22-cv-07059 p. 8). Forum selections must be enforced exactly as written under Illinois law (124 Carr M... pp. 1, 40).

**II. CONTROLLING SUBSTANTIVE LAW: *CARR V. GATEWAY, INC.***

5. *Carr v. Gateway, Inc.*, 241 Ill. 2d 15 (2011) rules arbitration provisions unenforceable if chosen integral rules are omitted (Dkt 124 1:22-cv-07059 p. 1).

6. Section 5 of Federal Arbitration Act (9 U.S.C. § 5) cannot appoint substitute arbitrator to rescue a fractured provision (Dkt 124 1:22-cv-07059 p. 1).

## III. REBUTTAL TO DEFENDANT'S RELIANCE ON *GREEN V. U.S. CASH ADVANCE*

7. *Green v. U.S. Cash Advance Illinois, LLC*, 724 F.3d 787 (7th Cir. 2013) is distinguishable (Dkt 124 1:22-cv-07059 p. 3). Chosen forum dissolved completely, rendering performance objectively impossible via external collapse (Dkt. 124 1:22-cv-07059 3).

8. AAA Commercial Rules remain functional and open (Dkt 124 1:22-cv-07059 p. 3). Forum variance stems from Nippon's deliberate non-compliance (Dkt 124 1:22-cv-07059 pp. 1, 3). *Green* only applies to third-party unavailability (124 1:22-cv-07059 p. 3).

### IV. CLARIFICATION OF RECORD AND DISMISSAL OF FORUM JURISDICTION

- Plaintiff acknowledges Docket No. 221 stating no pending proceedings exist (Dkt 124 1:22-cv-07059 p. 1). Plaintiff does not disrupt the current stay (Dkt 124 1:22-cv-07059 p. 1).
- Record must reflect that under Section 5.8 and *Carr*, extrajudicial proceedings operate outside contract bounds (Dkt 124 1:22-cv-07059 pp. 1, 40). ICDR track (01-25-0000-4189) and Employment track (01-25-0005-7312) violate Section 5.2 (124 Carr M... pp. 1-2, 25). Non-contractual tracks are a legal nullity (Dkt 124 1:22-cv-07059 p. 1).

### V. CONCLUSION AND REQUEST FOR JUDICIAL NOTICE

Plaintiff requests Judicial Notice of Memorandum of Law filings in Case No. 1:22-cv-07059 (Dkts. 123, 124) to accurately preserve the failure of the contractual mechanism (124 1:22-cv-07059 p. 1).

Dated: June 9, 2026

/s/ Graciela Dela TorrePro Se Plaintiff

653 Wing Street, Elgin, IL 60123

(630) 670-5914 | gmestiza1@gmail.com

**CERTIFICATE OF SERVICE**

I, Graciela Dela Torre, certify filing this via Pro Se portal. All counsel of record receive copies via CM/ECF system.

/s/ Graciela Dela Torre

**NOTICE OF LIMITED ASSISTANCE:** Plaintiff received limited formatting/clerical assistance due to medical conditions. Document contents were read aloud. Plaintiff ratifies and adopts content.