**BC**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-01483 AND |
| v. | ) Case No. 1:22-cv-07059 |
| | ) |
| NIPPON LIFE INSURANCE COMPANY | ) Hon. Rebecca R. Pallmeyer |
| OF AMERICA, | ) |
| Defendant. | ) |

**FILED** EE

6/10/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PLAINTIFF'S NOTICE OF CONTROLLING AUTHORITY PURSUANT TO *CARR V. GATEWAY, INC.*, 241 ILL. 2D 15 (2011), AND SECTIONS 5.2, 3.2, 3.6, AND 5.8 OF THE SETTLEMENT AGREEMENT: PROVIDING CONTRACTUAL NOTICE CONCERNING THE INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION (ICDR) PROCEEDING (CASE NO. 01-25-0000-4189) AND VERIFYING THE EXCLUSIVE APPLICABILITY OF THE ACCORDANCE WITH THE DOMESTIC AMERICAN ARBITRATION ASSOCIATION COMMERCIAL ARBITRATION RULES

DECLARATION

I, Graciela Dela Torre, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. Pursuant to the governing legal principles established in *Carr v. Gateway, Inc.*, 241 Ill. 2d 15 (2011), the arbitration provision set forth in Section 3.6 of the Settlement Agreement is legally inoperative.

2. The contractually specified forum, the American Arbitration Association acting under its *Commercial Arbitration Rules (domestic rules)*, was not implemented by the parties or by the administering agency.

3. The active International Centre for Dispute Resolution (ICDR) proceeding (Case No. 01-25-0000-4189) incorporates international procedural rules rather than the specific rule framework designated under Section 3.6 of the Settlement Agreement.

4. Because the contractually specified forum departs from the International Centre for Dispute Resolution (ICDR) framework, the current ICDR proceeding lacks an underlying contractual basis. This variance implicates the strict requirements of Section 5.2 (prohibiting modifications without written consent), Section 3.2 (excluding extracontractual representations), Section 3.6 (requiring administration exclusively under domestic American Arbitration Association Commercial Arbitration Rules), and Section 5.8 (mandating the application of Illinois law) of the Settlement Agreement.

5. *Plaintiff formally requests that Defendant suspend all further proceedings under the International Centre for Dispute Resolution (ICDR) framework to ensure complete alignment with the express terms of the Settlement Agreement, as Plaintiff reserves the right to seek appropriate judicial remedies to protect her contractual rights.*

6. The complete record and supporting memorandum are located at Docket Entries 123 and 124, and the certified civil docket summary reflecting the historical sequence of entries regarding the arbitration forum is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 

Executed on June 10, 2026

Respectfully submitted this 10th day of June, 2026.

/s/ Graciela Dela Torre Pro Se
Kane County, Elgin, IL 60123
(630) 670-5914 gmestiza1@gmail.com

Gracie Dlt <gmestiza1@gmail.com>

## Activity in Case 1:25-cv-01483 Dela Torre v. Nippon Life Insurance Company of America text entry

1 message

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>
Tue, Jun 9, 2026 at 5:34 PM

To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9)

### Notice of Electronic Filing

The following transaction was entered on 6/9/2026 at 5:34 PM CDT and filed on 6/9/2026
**Case Name:**          Dela Torre v. Nippon Life Insurance Company of America
**Case Number:**        1:25-cv-01483
**Filer:**
**WARNING: CASE CLOSED on 09/22/2025**
**Document Number:** 221

**Docket Text:**
**MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ms. Dela Torre is reminded that this case has been stayed pending arbitration [180]. There are no pending proceedings in this court. Mailed notice. (cp, )**

**1:25-cv-01483 Notice has been electronically mailed to:**

Robert Brunner      kathryn.farris@bclplaw.com, bbrunner@ktslaw.com, rec_km_ecf_chi@bclplaw.com

Joseph R. Jeffery      jpalm@cmn-law.com, jjeffery@cmn-law.com

Justin Aaron Wax Jacobs      j-waxjacobs@nipponlifebenefits.com

Graciela Dela Torre      gmestiza1@gmail.com



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

July 7, 2025

**Via Email**

Justin Wax Jacobs
Nippon Life Insurance Company of America
666 Third Avenue
Suite 2201
New York, NY 10017
Via Email to: j-waxjacobs@nipponlifebenefits.com

Graciela Dela Torre
653 Wing Street
Elgin, IL 60123
Via Email to: gmestiza1@gmail.com

Case Number: 01-25-0000-4189

Nippon Life Insurance Company of America
-vs-
Graciela Dela Torre

Dear Party Representatives,

The issue before the ICDR Administrative Review Council is whether the filing requirements contained in the applicable rules/procedures have been met by Claimant in the above-referenced matter. After careful consideration of the comments submitted by the parties and review of the documents in our possession, the ICDR Administrative Review Council has made an administrative determination that Claimant has met the filing requirements by filing a Notice of Arbitration providing for administration by the ICDR/AAA under its Rules and/or Procedures. Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the ICDR will proceed with the administration of this matter.

However, the parties' contentions have been made a part of the file and will be available to the Tribunal upon appointment. The parties may submit their jurisdictional or arbitrability arguments to the Tribunal for a final determination.

At this stage the arbitration may proceed and a strike and rank list will be distributed.

Sincerely,

/s/

Sabriyah   Samsudeen
Senior Case Administrator
(212) 484-4143
SabriyahSamsudeen@adr.org



**AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

## COMMERCIAL ARBITRATION RULES
## DEMAND FOR ARBITRATION

| |
|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: Graciela Dela Torre |
| Address: 653 Wing Street |

| City: Elgin | State: Illinois ▼ | Zip Code: 60123 |
|---|---|---|
| Phone No.: 630-670-5914 | Fax No.: | |

| |
|---|
| Email Address: gmestiza1@gmail.com |
| Name of Representative (if known): |
| Name of Firm (if applicable): |
| Representative's Address: |

| City: | State: Select... | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

| |
|---|
| Email Address: |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute: |
| The Respondent violated a settlement agreement between the two parties by reopening a lawsuit which they had previously dismissed with prejudice and violated the settlement agreement's confidentiality clause by publishing information related to the agreement. |
| Dollar Amount of Claim: $ 90,000 |
| Other Relief Sought: ☑ Attorneys Fees   ☐ Interest   ☐ Arbitration Costs   ☑ Punitive/Exemplary ☐ Other: |
| Amount enclosed: $ $1,925 In accordance with Fee Schedule: ☐ Flexible Fee Schedule   ☑ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: Juris Doctorate admitted to practice law in any Court located in the state of Illinois, with a familiarity with Illinois state law. |
| Hearing locale: New York, New York (check one) ☑ Requested by Claimant   ☐ Locale provision included in the contract |

Please visit our website at www.adr.org/support to file this case online.
AAA Customer Service can be reached at 800-778-7879.



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | | |
|---|---|---|
| Estimated time needed for hearings overall: | hours or 1 | days |

Type of Business:

Claimant: **Insurance**        Respondent: **Private Individual**

<mark>Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?</mark>

<mark>Yes, Nippon is an American corporation whose parent company is a Japanese corporation.</mark>

| Signature (may be signed by a representative): | Date: |
|---|---|
| *Justin Jacobs* | **January 28, 2025** |

Name of Claimant: **Nippon Life Insurance Company of America**

Address (to be used in connection with this case): **666 Third Avenue, Suite 2201**

| City: **New York** | State: **New York** | Zip Code: **10017** |
|---|---|---|
| Phone No.: **646-630-4923** | Fax No.: **212-867-3057** | |

Email Address: **J-WaxJacobs@nipponlifebenefits.com**

Name of Representative: **Justin Wax Jacobs**

Name of Firm (if applicable):

Representative's Address: **666 Third Avenue, Suite 2201**

| City: **New York** | State: **New York** | Zip Code: **10017** |
|---|---|---|
| Phone No.: **646-630-4923** | Fax No.: **212-867-3057** | |

Email Address: **J-WaxJacobs@nipponlifebenefits.com**

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.



# COMMERCIAL ARBITRATION RULES
## DEMAND FOR ARBITRATION

*For Consumer or Employment cases, please visit **www.adr.org** for appropriate forms.*

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |

Name of Respondent: **Nippon Life Insurance Company of America**

Address: **1051 Perimeter Dr Suite 425,**

| City: **Schaumburg** | State: **IL** | Zip Code: **60173** |
|---|---|---|

| Phone No.: **(847) 619-4699** | Fax No.: |
|---|---|

Email Address: **jpdesk@nipponlifebenefits.com**

Name of Representative (if known):

Name of Firm (if applicable):

Representative's Address:

| City: | State: | Zip Code: |
|---|---|---|

| Phone No.: | Fax No.: |
|---|---|

Email Address: **jpdesk@nipponlifebenefits.com**

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:
This is a domestic contractual dispute, this action arises under Section 3.6 of the parties' Settlement Agreement, which expressly requires that any controversy arising out of or relating to the Agreement must be arbitrated under the American Arbitration Association ("AAA") Commercial Arbitration Rules. AAA (not ICDR)

Dollar Amount of Claim: $   **$4,000,000+ (benefits, offsets, consequential damages, and all related relief)**

Other Relief Sought:   Attorneys Fees     Interest     Arbitration Costs     Punitive/Exemplary
   Other:

Amount enclosed: $ **$0 Fee waiver requested due to documented financial hardship and disability**
In accordance with Fee Schedule:   Flexible Fee Schedule     Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:
ERISA benefit disputes, Insurance bad faith, Contract formation challenges

Fraud on tribunals / procedural misconduct, Disability and cognitive-impairment–related settlement issues

Hearing locale: **Chicago, Illinois**
*(check one)*   Requested by Claimant     Locale provision included in the contract

Estimated time needed for hearings overall:                hours  or     **2-3** days


American LegalNet, Inc.
www.FormsWorkFlow.com



# COMMERCIAL ARBITRATION RULES
# DEMAND FOR ARBITRATION

| | | | |
|---|---|---|---|
| Type of Business:<br>Claimant: **Claimant: Individual<br>(Disability Insurance Beneficiary)** | | Respondent: **Insurance Company** | |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
**NO. (Nippon Life Insurance Company of America: a U.S. corporation,<br>A parent company in Japan has zero relevance.)**

| Signature (may be signed by a representative):<br>/s/Graciela Dela Torre | Date:<br>11/18/2025 | |
|---|---|---|
| Name of Claimant: **Graciela Dela Torre** | | |
| Address (to be used in connection with this case): **653 Wing St, Elgin IL 60123** | | |
| City: **Elgin** | State: **ILLINOIS** | Zip Code: **60123** |
| Phone No.: **630-670-5914** | Fax No.: | |
| Email Address: **GMESTIZA1@GMAIL.COM** | | |
| Name of Representative: **GRACIELA DELA TORRE** | | |
| Name of Firm (if applicable): **PRO SE DISABLED LITTIGANT** | | |
| Representative's Address: **653 Wing St** | | |
| City: **Elgin** | State: **ILLINOIS** | Zip Code: **60123** |
| Phone No.: **630-670-5914** | Fax No.: | |
| Email Address: **gmestiza1@gmail.com** | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online.*
*AAA Case Filing Services can be reached at 877-495-4185.*


American LegalNet, Inc.
www.FormsWorkFlow.com



120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

February 26, 2026

Graciela Dela Torre
653 Wing Street
Elgin, IL 60123
Via Email to: gmestiza1@gmail.com

Justin Wax Jacobs
Nippon Life Insurance Company of America
666 Third Avenue
Suite 2201
New York, NY 10017
Via Email to: j-waxjacobs@nipponlifebenefits.com

**Case Number: 01-25-0005-7312**

Graciela Dela Torre
-vs-
Nipton Life Insurance Company of America

Dear Parties:

The outcome of our preliminary administrative review, which is subject to review by the arbitrator, is that this dispute will be administered in accordance with the AAA's Employment/Workplace Arbitration Rules and Mediation Procedures and Employment Due Process Protocol, which can be found on our website, www.adr.org. Please note that the AAA's administrative review is not an opinion on whether the arbitration agreement, the contract or plan, or any part of them is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

**Accordingly, we request that the employer pay its share of the filing fee in the amount of $2,100.00 on or before March 28, 2026. Upon receipt of the balance of the filing fee, the AAA will proceed with administration. The employer's share of the fee is due regardless of whether the case settles or is withdrawn.**

Please note payment should be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment.

In the event, a check is the only method that you can provide payment, please make the check payable to the American Arbitration Association and include a reference to the case number. Checks should be mailed to 120 Broadway, Floor 21 – Intake, New York, NY 10271. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator compensation deposits in advance of any hearings. Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay all of the arbitrator's fees and expenses.

Please note: no answering statement or counterclaim is due at this time. The AAA will notify the parties of the response deadlines when all fees have been received.

**We would like to remind the employer that Under the Costs of Arbitration Section of the Employment/Workplace Arbitration Rules and Mediation Procedures, the "employer's full share is due as soon as the employee meets his or her filing requirements, even if the matter settles or is withdrawn". This notice confirms that employee's filing requirements have been met.**

We hope that this situation does not escalate to this level, but we want you to be aware that it is the policy of the AAA that if an employer does not comply with our request to pay the administrative fees stated in the Employment/Workplace Arbitration Rules and Mediation Procedures, the AAA may decline to administer future cases involving that employer. In addition, the employer may be requested to remove the AAA as the provider organization from their employment arbitration clauses.

If you have any questions, please email the Employment Filing Team at employmentFiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentFiling@adr.org
(856) 679-4610

cc:



120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

April 6, 2026

Graciela Dela Torre
653 Wing Street
Elgin, IL 60123
Via Email to: gmestiza1@gmail.com

Justin Wax Jacobs
Nippon Life Insurance Company of America
666 Third Avenue
Suite 2201
New York, NY 10017
Via Email to: j-waxjacobs@nipponlifebenefits.com

Case Number: 01-25-0005-7312

Graciela Dela Torre
-vs-
Nippon Life Insurance Company of America

Dear Parties:

The Respondent has failed to submit the previously requested filing fee; accordingly, we have administratively closed our file in this matter. Any filing fees received from the Claimant will be refunded under separate cover.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents may be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,

Employment Filing Team
Employmentfiling@adr.org
(856) 679-4610

cc: