## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Graciela Dela Torre

                                      Plaintiff,

v.                                                    Case No.: 1:22–cv–07059
                                                      Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of
America

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer:This case was dismissed pursuant to settlement, but Plaintiff Dela Torre continues her challenges to the settlement agreement and its provision requiring arbitration of any disputes. Those challenges appear to be baseless. Ms. Dela Torre now asks the court to unseal certain documents that were filed under seal. The court has reviewed those documents, which include the parties' written settlement agreement [51–,1, 45–1], bank records reflecting payment of the settlement amount [51–2, 45–2], the stipulation to dismiss this case [51–3, 45–3], materials from the American Arbitration Association [51–4] and Ms. Dela Torre's challenge to the arbitration provision [51–5]. The court believes the seal may be lifted with respect to all of these materials, with two exceptions: at the request of Defendant Nippon Life Insurance Company, the court will permit the settlement amount (paragraph 1.1 in [51–1 and 45–1] ) to be redacted, and copies of the bank records reflecting Defendant's account number [51–2 and 45–2] to remain under seal. Nippon's objection to this resolution or a proposal for other ruling on this issue, shall be made no later than July 14, 2026. The motions for leave to file materials under seal [45, 50] may be placed in the public record. Plaintiff's motions to lift the seal [119, 132] are thus granted in part and denied in part without prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.