UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

BC

FILED

MPV

7/7/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GRACIELA DELA TORRE,       )
Plaintiff,                   )
v.                         ) Case No. 1:22-cv-07059
                            )
Nippon Life Insurance Company of ) Hon.
America                 )
Defendants.          )

**PLAINTIFF'S MOTION TO RECEIVE SERVICE OF UNREDACTED DOCKET ENTRY 50 FOR THE 1ST TIME.**

Plaintiff, respectfully moves this Court for an Order directing Defendant Nippon Life Insurance Company of America to serve a complete, unredacted electronic copy of Docket Entry 50 directly to Plaintiff's registered email address.

In support, Plaintiff states:

1.  Defendant's prior Certificate of Service (Dkt. 59) confirms that the unredacted materials for Docket Entries 50 and 51 were exclusively served upon terminated counsel, leaving Plaintiff without direct access to the record.
2.  Following this Court's Minute Order dated July 7, 2026 (Dkt. 133) granting in part the lifting of the seal, Plaintiff requires an official copy of the substantive motion to compel arbitration (Dkt. 50) for her permanent records.

WHEREFORE, Plaintiff respectfully requests to receive service of the unredacted Docket Entry 50 for the first time.

Dated: July 7, 2026

Respectfully submitted,

**CERTIFICATE OF SERVICE**
I certify that on this date I filed this document through the Court's Pro Se electronic filing portal, which will serve all parties of record.

/s/ Graciela Dela Torre Pro Se
Kane County, Elgin, IL 60123
630-670-5914 I gmestiza1@gmail.com

Plaintiff clarifies that this petition is strictly an administrative request for service of records and shall not be construed as a challenge to any other substantive order or provision in this action.

Pursuant to the Electronic Public Access Fee Schedule (issued under 28 U.S.C. § 1914) and the Judicial Conference of the United States Policy on Privacy and Public Access to Electronic Case Files, parties of record, including pro se litigants, are entitled to receive one free electronic copy of all documents filed electronically.

NOTICE OF ASSISTANCE AND SEALED RECORDS:  Plaintiff Graciela Dela Torre received limited assistance preparing this document, reviewed its contents, and adopts them as her own. To protect her privacy, Plaintiff's medical records are under seal, Case No. 1:22-cv-07059 (Dkt. 72), and Case No. 1:25-cv-01483 (Dkt. 182)

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Graciela Dela Torre,                                                    Case No.: 1:22-cv-07059

                         Plaintiff,

            v.

Nippon Life Insurance Company

Of America,

                        Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**AFFIDAVIT AND CERTFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify that on February 4, 2025, I caused true and correct unredacted copies of the Notice of Motion to Compel Arbitration, Memorandum of Law in Support, and all exhibits attached thereto, which have been filed under seal as Docket Numbers 50 and 51, to be sent by FedEx overnight mail to Kevin Probst (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), Edward Dabdoub (1600 Ponce De Leon Blvd. Ste 1202, Coral Gables, FL 33134), and Justin R. Lewicky (10 N. Dearborn Street, Suite 500, Chicago, IL 60602) as attorneys for the Graciela Dela Torre.

_____                                        February 5, 2025
                                                                                      _____
Justin Wax Jacobs                                                             Date
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America