**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GRACIELA DELA TORRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 22 C 7059** |
| | ) | |
| **NIPPON LIFE INSURANCE COMPANY OF AMERICA,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff's motion to unseal certain documents is granted in part and denied in part as described below. The motion itself [132] shall be placed under seal. The "NOTICE MOTION" [138] is stricken.

## STATEMENT

Graciela Dela Torre entered into a settlement of her claims against Nippon Life Insurance Company. Her agreement with Nippon required that the terms of the agreement be kept strictly confidential, and the relevant documents were therefore filed under seal. Ms. Dela Torre now moves that the seal be lifted and that the settlement documents be placed in the public record. In its response to this motion [139], Nippon acknowledges that terms of the agreement are already in the record, in several filings that Ms. Dela Torre has made. Nippon suggests that a redacted version of the settlement documents be placed in the public record. The court agrees with the proposed resolution and directs Nippon to submit substitute filings with sensitive information (the amount of the settlement and Nippon's banking information) redacted. The redacted versions will be included in the public record; the challenged filings will otherwise remain under seal.

Ms. Dela Torre's motion itself [132] is thus granted in part and denied in part, and the Clerk is directed to place that motion [132] under seal. She is warned that filing the confidential information in the public record is a violation of the court's order. Her "NOTICE MOTION FOR MANDATORY JUDICIAL NOTICE" [138] appears in the court file, but this case is closed. The court declines to take any further action in this matter.

ENTER:

Dated: July 15, 2026

_____
REBECCA R. PALLMEYER
United States District Judge